AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF New Jersey

Ernest W. Hinson, Jr().

V.

United States of America

**EXHIBIT AND WITNESS LIST**

Case Number: 18-cv-870-BRN-LHG

| PRESIDING JUDGE<br>Hon. Brian R. Martinotti | PLAINTIFF'S ATTORNEY<br>Andrew V. Buchsbaum | DEFENDANT'S ATTORNEY<br>Joshua H. Joseph |
|---|---|---|
| TRIAL DATE (S)<br>10/29/19-10/30/19; 1/27/20-1/28/20 | COURT REPORTER<br>Megan McKay-Soule | COURTROOM DEPUTY<br>Lisette Rodriguez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Photograph, Injury Location #1 (US 00069) |
| 2 | | | | | Photograph, Injury Location #2 (US 00070) |
| 3 | | | | | Photograph, Corrective Action Taken (US 00071) |
| 4 | | | | | Photograph of SS "Antares" coaming (figure 5, right picture, p. 11 of McAvoy 2/28/19 report). |
| 5 | | | | | Evidence List (US 00068) |
| 6 | | | | | Photograph, Injured Arm (US 00072) |
| 7 | | | | | Medical Log (US 00073) |
| 8 | | | | | SS Denebola Deck Log (US 00074) |
| 9 | | | | | Serious Injury/Illness Report Package (US 00056) |
| 10 | | | | | Seafarer Data Sheet (US 00057) |
| 11 | | | | | Initial Report of Personal Illness/Injury (US 00058) |
| 12 | | | | | Tote Services, Inc. Statement of Person Claiming Injury (US 00059) |
| 13 | | | | | Master's Report of Request for Medical Attention (US 00060) |
| 14 | | | | | Tote Services Requisition for and Report for Medical Attention (US 00061-00062) |
| 15 | | | | | Report of Investigation of Serious Illness/Injury (US 00063) |
| 16 | | | | | Statement of Witness to or Person Nearby Scene of Reported Accident (US 00064) |
| 17 | | | | | Statement of Non-Witness to Personal Injury Incident (US 00065) |
| 18 | | | | | Dept of Homeland Security/USCG Report of Marine Casualty (US 00066-00067) |
| 19 | | | | | Medical Records, MedStar Harbor Hospital, Baltimore, MD (US-MEDST-000001-000007) |
| 20 | | | | | Medical Records, Jeffrey V. Mayer, M.D. (US-MAYER-000001-000011) |
| 21 | | | | | Medical Records, Advanced Radiology with cd of 6/29/16 MRI (US-ADVANRAD 000001-000003) |
| 22 | | | | | Medical Records, Michael J. Sclafani, M.D. (US-SCLAF 000001-000203) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     New Jersey

Ernest W. Hinson, Jr.

V.

United States of America

## EXHIBIT AND WITNESS LIST

Case Number: 18-cv-870-BRN-LHG

| PRESIDING JUDGE<br>Hon. Brian R. Martinotti | PLAINTIFF'S ATTORNEY<br>Andrew V. Buchsbaum, Esq. | DEFENDANT'S ATTORNEY<br>Joshua H. Joseph |
|---|---|---|
| TRIAL DATE (S)<br>10/29/19-10/30/19; 1/27/20-1/28/20 | COURT REPORTER<br>Megan McKay-Soule | COURTROOM DEPUTY<br>Lisette Rodriguez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Medical Records, Northern Monmouth Regional Medical Center |
| 24 | | | | | Physical Therapy Records, Peak Performance Physical Therapy (US-PeakPerf 000001-000466) |
| 25 | | | | | Plaintiff's tax returns |
| 26 | | | | | Plaintiff's American Maritime Officer (AMO) Union pension records |
| 27 | | | | | Plaintiff's Individual Time Sheets |
| 28 | | | | | Plaintiff's Payroll Register Sheets (US 01200 et seq.) |
| 29 | | | | | Plaintiff's Duty Day Tabulations (US 01207 et seq.) |
| 30 | | | | | Plaintiff's Merchant Mariner Service Record received from the United States Coast Guard |
| 31 | | | | | Report & Supplemental Report of Kenneth Fisher, Ph.D. & diagrams |
| 32 | | | | | Report of David B. Stein, Ph.D. |
| 33 | | | | | Report of Kristin K. Kucsma, M.A. with charts |
| 34 | | | | | Any exhibit listed by defendant |
| 35 | | | | | Any exhibit required to impeach defendant's exhibits or witnesses, or any exhibit not listed herein |
| | | | | | necessary to achieve substantial justice |
| | | | | | |
| | | | | | WITNESSES |
| | | | | | ERNEST W. HINSON, Jr., 17 Picket Place, Freehold, NJ 07728 |
| | | | | | KENNETH FISHER., c/o Fisher Maritime, 70 S. Orange Ave, Ste. 206A, Livingston NJ 07039 |
| | | | | | DAVID STEIN, c/o Vocational Consulting Group, 11 Dundar Rd., Ste. 101, Springfield, NJ 07081 |
| | | | | | KRISTIN KUCSMA, c/o Sobel Tinari Econ. Grp, 293 Eisenhower Pkwy, Livingston, NJ 07039 |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.