

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ERNEST W. HINSON, JR.,          CIVIL NUMBER:

     Plaintiff,                 3:18-cv-00870-BRM-LHG

     v.                         TRIAL (VOLUME I)

UNITED STATES OF AMERICA,       Pages 1 - 159

     Defendant.


                      Frank R. Lautenberg
             United States Post Office and Courthouse
                      2 Federal Square 07101
                      Tuesday, October 29, 2019
                      Commencing at 9:30 a.m.


B E F O R E:                  THE HONORABLE BRIAN R. MARTINOTTI,
                              UNITED STATES DISTRICT JUDGE


                      Megan McKay-Soule, RMR, CRR
                      Official Court Reporter
                      megansoule430@gmail.com
                      (215) 779-6437

     Proceedings recorded by mechanical stenography; transcript
          produced by computer-aided transcription.

1   **A P P E A R A N C E S:**

2

3       FRIEDMAN, JAMES & BUCHSBAUM LLP
        BY:  BERNARD D. FRIEDMAN, ESQUIRE
        BY:  ANDREW V. BUCHSBAUM, ESQUIRE
4       21 Kilmer Drive, Building 2, Suite G
        Morganville, New Jersey 07751
5       (212) 233-9385
        bfriedman@friedmanjames.com
6       abuchsbaum@friedmanjames.com
        For the Plaintiff
7
        UNITED STATES DEPARTMENT OF JUSTICE
8       BY:  JOSHUA HUNT JOSEPH, ESQUIRE
             THOMAS MACKINNON BROWN, ESQUIRE
9       175 North Street, NE, 8th Floor
        Washington, DC 20002
10      (202) 460-6577
        joshua.h.joseph@usdoj.gov
11      For the Defendant

12

13  **A L S O   P R E S E N T:**

14      Ernest W. Hinson, Jr., Plaintiff
        Olive Eisdorfer, Paralegal, USDOJ
15      Trina F. Crosby, Paralegal, USDOJ

16

17

18

19

20

21

22

23

24

25

United States District Court                3

```
 1                        I N D E X

 2   EXAMINATIONS                                    PAGE

 3
     ERNEST W. HINSON, JR.                              5
 4        DIRECT EXAMINATION BY MR. BUCHSBAUM           6
          CROSS-EXAMINATION BY MR. JOSEPH              58
 5
     KENNETH FISHER                                    79
 6        DIRECT EXAMINATION BY MR. BUCHSBAUM          79
          CROSS-EXAMINATION BY MR. BROWN             106
 7        REDIRECT EXAMINATION BY MR. BUCHSBAUM       136

 8                      E X H I B I T S

 9   Exhibit No.        Description               Page

10        Plaintiff's Exhibit 20                    8
          Plaintiff's Exhibit 34                   26
11        Plaintiff's Exhibit 27                   26
          Plaintiff's Exhibit 20                   27
12        Defendant's Exhibit 1                    27
          Plaintiff's Exhibit 2                    30
13        Plaintiff's Exhibit 4                    35
          Plaintiff's Exhibit 12                   39
14        Plaintiff's Exhibit 13                   39
          Plaintiff's Exhibit 7                    40
15        Plaintiff's Exhibit 8                    41
          Plaintiff's Exhibit 15                   41
16        Plaintiff's Exhibit 16                   42
          Plaintiff's Exhibit 17                   42
17        Plaintiff's Exhibit 18                   42
          Plaintiff's Exhibit 14                   44
18        Plaintiff's Exhibit 21                   46
          Plaintiff's Exhibit 19                   46
19        Plaintiff's Exhibit 20                   46
          Plaintiff's Exhibit 36                   51
20        Plaintiff's Exhibit 25                   56
          Plaintiff's Exhibit 1                    58
21        Defendant's Exhibit 22                   71
          Plaintiff's Exhibit 31                  105
22        Defendant's Exhibits 10, 21, 6, 7,      105
          9, and 11
23        Plaintiff's Exhibit 22                  138
          Defendant's Exhibit 15                  138
24        Plaintiff's Exhibits 23 and 24          139

25
```

*Proceedings recorded by mechanical stenography;*
*District of New Jersey*

1            (PROCEEDINGS held in open court before The Honorable

2     BRIAN R. MARTINOTTI, United States District Judge, on October

3     29, 2019, at 9:30 a.m.)

4            THE COURT:  Good morning everyone.  Appearances for

5     the record, please.

6            MR. BUCHSBAUM:  Good morning, Your Honor.  Andrew

7     Buchsbaum, Friedman, James & Buchsbaum for the plaintiff,

8     Ernest W. Hinson, Junior.

9            MR. JOSEPH:  Joshua Joseph for the United States of

10    America.

11           MR. BROWN:  Good morning, Your Honor.  Thomas Brown

12    for the United States.

13           MS. CROSBY:  Trina Crosby for the United States.

14           MS. EISDORFER:  Olive Eisdorfer, United States.

15           THE COURT:  Welcome.  You may be seated.

16           Before we get started, I'd first like to welcome

17    everyone to the District of New Jersey, Newark vicinage.

18           I commend both counsel for their well thought out

19    preparation.  The Court has reviewed the trial briefs, the

20    pretrial, all the exhibits, and the very thorough, thought out

21    legal arguments set forth therein, and I have a very good

22    handle on the nature of the lawsuit, the claims, liability,

23    and the alleged damages sustained by the plaintiff.

24           This is a bench trial, as we've discussed in

25    chambers.  That being said, for purposes of the client that's

United States District Court                      5

```
 1   here, rest assured your lawyer would be certainly more

 2   animated and entertaining, I would say, if there were a jury

 3   here.  There is not, so I asked him to be more efficient than

 4   he otherwise would have been, understanding that the Court is

 5   the finder of fact.

 6          So that being said, rest assured he is prepared.  He

 7   has aggressively, yet civilly, represented your interests, and

 8   I'm confident he will maintain that way throughout the trial.

 9          To the government, thank you for your submissions.

10   Understanding everyone has a position, this is not personal,

11   sir.  It's just their position and your lawyer's position

12   can't come together.  Maybe it will as the trial progresses.

13          That being said, I understand that opening statements

14   have been waived.

15          MR. BUCHSBAUM:  That's correct, Your Honor.

16          THE COURT:  Okay.

17          Call your witness.

18          MR. BUCHSBAUM:  Plaintiff calls Earnest W. Hinson,

19   Junior.

20   (**ERNEST W. HINSON, JR.**, HAVING BEEN DULY SWORN/AFFIRMED,

21   TESTIFIED AS FOLLOWS:)

22          THE DEPUTY COURT CLERK:  State your name.

23          THE WITNESS:  Ernest William Hinson, Junior.

24          THE COURT:  Thank you, sir.  You may be seated.

25          Counsel, you may proceed.
```

1          MR. BUCHSBAUM:  Thank you, Your Honor.

2   (DIRECT EXAMINATION OF ERNEST W. HINSON, JR. BY MR.

3   BUCHSBAUM:)

4   Q.  Good morning, Mr. Hinson.

5   A.  Good morning.

6   Q.  Try and keep your voice up, speak into that microphone.

7          What is your date of birth, sir?

8   A.  October the 12th, 1953.

9   Q.  Are you left-hand or right-hand dominant?

10  A.  Right hand.

11  Q.  Where were you born?

12  A.  Bronx, New York City.

13  Q.  Where did you grow up?

14  A.  Bronx, New York City.

15  Q.  Are you married?

16  A.  Yes.

17  Q.  Tell us your educational background.  Did you go to high

18  school?

19  A.  Yes, I went to high school.

20  Q.  Did you complete high school?

21  A.  No.

22  Q.  When did you stop high school?

23  A.  I believe in the 10th grade.

24  Q.  Okay.  Why did you stop in the 10th grade?  What did you

25  do?

```
 1   A.   I went in the U.S. Navy at that time.

 2   Q.   And what rank did you achieve in the Navy?

 3   A.   I was E-2 in the Navy.

 4   Q.   E-2 is one step above an E-1?

 5   A.   Yes.

 6   Q.   How long were you in the Navy?

 7   A.   Three years.

 8   Q.   Were you honorably discharged?

 9   A.   Yes.

10   Q.   When did you first go to sea as a merchant mariner?

11   A.   In 1997 -- 1977.  I'm sorry.

12   Q.   Okay.  And can you explain to the Court how one gets a

13   job on a merchant vessel, United States merchant vessel?

14   A.   Well, I was in the Navy, and I had sea time while I was

15   in the Navy.  I was on what they call an unwrapped tanker.

16   That refuels ships out at sea.  And because of my sea time, I

17   was eligible enough to go to the Coast Guard and get merchant

18   mariner's documents.

19   Q.   In order to get a merchant mariner's document, do you

20   have to pass certain physical tests, meet certain

21   requirements?

22   A.   Yes.

23   Q.   Okay.  What type of ships did you work on in your career?

24   A.   In my career I worked on Military Sealift Command.  I

25   worked on unwrapped -- what they call unwrapped tankers.  They
```

1  refuel aircraft carriers and destroyers out at sea.  I worked

2  on missile carriers.  I worked on a ship called the Vanguard

3  who tracked missiles from Cape Canaveral.  I worked on a -- I

4  believe a survey ship, the Hartness, and I believe the Wilks.

5  And they do surveys in the Indian Ocean.  And then Egypt.

6  Q.   You mentioned a merchant mariner's document.  I'm going

7  to put up on the screen what we've marked as Exhibit 20, which

8  I'll move into evidence.

9          MR. BUCHSBAUM:  I don't think there's any real

10  dispute about admissibility, Your Honor.

11          THE COURT:  Okay.

12          MR. BUCHSBAUM:  For the record, Exhibit 20 is going

13  to be Mr. Hinson's merchant mariner's document.

14  (Plaintiff's Exhibit 20 in evidence.)

15  BY MR. BUCHSBAUM:

16  Q.   Do you see that, Mr. Hinson?

17  A.   Yes.

18  Q.   Is that what is known as a merchant mariner's document,

19  or as it says, a merchant mariner credential?

20  A.   Yes.

21  Q.   Is that what's required to work on a United States

22  merchant vessel?

23  A.   Yes.

24  Q.   Is this your current merchant mariner's document?

25  A.   Yes.

1  Q.   Is it valid through 2020?

2  A.   Yes.

3  Q.   Okay.

4        When you worked for -- you've worked on various

5  ships.  When you were assigned to a vessel, does the employer

6  usually require a pre-employment physical?

7  A.   Yes.

8  Q.   All right.  Where have you sailed in your career?

9  A.   All around the world.  I've been around the world about

10 two and a half times, you know, in the Indian Ocean, Pacific,

11 Atlantic.

12 Q.   Did you like sailing?

13 A.   Yes.

14 Q.   Now, can you explain to the Court the three departments

15 that are on merchant vessels?

16 A.   You have the steward department, which are cooks,

17 stewards, room stewards, utility guys that clean the ships.

18 You have the deck department, which is basically all ordinary

19 seaman and able-bodied seaman.  Those guys are helmsmen on

20 board the ship.  And the deck department.

21        Then you have the engine department where you have

22 different ratings in the engine department.  The lowest rating

23 is the wiper.  He cleans up in the engine room.

24 Q.   You've sailed most of your career as a member of the

25 engine department; is that right?

HINSON - DIRECT - BUCHSBAUM                          10

1    A.   Yes.

2    Q.   You sit here in a suit today.  Do you a wear suit when

3    you're on the vessel?

4    A.   No, you wear jumpers.

5    Q.   Jumpsuit, coveralls?

6    A.   Yeah.  Coveralls, long sleeve.

7    Q.   All right.

8         On the date of this incident that we're here for

9    today, you were serving in what rating?

10   A.   I was rated second assistant engineer.

11   Q.   Can you tell the Court how you moved up, like we call it,

12   up through the hawse pipe on the vessel to the rating of

13   second assistant engineer?  What did you start as?

14   A.   I started as a dishwasher in the steward department.

15   Then I worked my way up into the engine department as the

16   wiper, an oiler, a fireman, and I took all the license tests.

17   And I sailed in those positions with the Coast Guard, and I

18   worked my way up the hawse pipe and got a third assistant

19   engineers license.

20   Q.   Okay.

21        Can you explain to the Court what a ship's engine

22   room looks like?  It's not like a car engine.  What does it

23   look like?

24   A.   It's like a power plant.  You know, you got a big console

25   there with all kinds of controls and lights and alarm systems.

1  You got the main propulsion system.  You got the electrical

2  system.  You got the auxiliary system and you got the

3  miscellaneous systems in one big control room.

4  Q.   Can you estimate for us the height of an engine room,

5  say, on a 946 vessel like the Denebola and the Antares were?

6  A.   I would say anywhere between seven and eight stories from

7  the bottom all the way up to the stack.

8  Q.   What's the approximate horsepower of something like the

9  Denebola or the Antares?

10 A.   The Denebola, it had what they call twin propellers.  So

11 you had -- basically you have six engines in there, and it's

12 about 120,000 horsepowers.

13 Q.   Okay.

14      The Denebola and the Antares were steam powered,

15 correct?

16 A.   That's correct.

17 Q.   Do you have any expertise in steam-powered vessels?

18 A.   Yes.  Most of my career was on steam-powered vessels, a

19 lot of it.

20 Q.   Okay.

21      Can you explain to us what type of work a marine

22 engineer such as yourself does?

23 A.   Well, when you out at sea you stand watch.  You stand

24 four hours on, eight hours off.  You are down in the engine

25 room monitoring equipment down there.  You might have to

 1  monitor the propulsion section where that the bridge might

 2  call down.  You might have to do a speed change, either go up

 3  or go down, and all that's the responsibility of the engineer

 4  on watch.

 5  Q.   Okay.  Do you need to use tools when you're doing this

 6  work?

 7  A.   Yes.

 8  Q.   What type of tools do you use?

 9  A.   Well, basically I use all the tools -- I mean, any tool

10  that you can think of:  Hammers, wrenches, crescent wrenches,

11  big hammers.  You know, I would have to take you to Home Depot

12  and point out where all the tools at we use on board a ship.

13  Wrenches, open-end wrenches.

14  Q.   How big are some of these wrenches?

15  A.   Anywhere between two, three, four, five inches.

16  Q.   What do you use the wrenches for?

17  A.   Well, we have what you call flanges.  It's two pipes

18  coming together, and you have bolts on these pipes.  And being

19  as though these bolts been there so long, you might have to

20  change the gasket that's inside there because it might blow,

21  or something like that.  You know, you have steam leaking out

22  of it.  You got the bust those bolts loose, those nuts.

23  Q.   Do you need a wrench to crack open a valve?

24  A.   Yes.

25  Q.   How much weight do you have to lift when you're working

```
 1   in the engine room?

 2   A.   Can you repeat that question.

 3   Q.   How much weight on an average day or an average trip

 4   would you have to lift while you're working in the engine

 5   room?

 6   A.   That varies.  I mean, you might have to bring a pump up

 7   to the machine shop using chainsaws and slings, you know, or a

 8   motor you might have to take up to the electrical shop and --

 9   and change the bearings on it.  So it's various weight, you

10   know, anywhere between 150, 200, 300 pounds.

11   Q.   There's a machine shop on the vessel?

12   A.   Yes.

13   Q.   It's an electrical shop?

14   A.   Yes.

15   Q.   Is it fair to say that you've sailed continuously from

16   1976 up until the date of this accident?

17   A.   Yes.

18   Q.   Have you worked at all since the date of the accident?

19   A.   No.

20   Q.   All right.

21        Now, if you're unable to do your job while you're on

22   a vessel, is there someone who can do your job for you?

23   A.   No.

24   Q.   Why is that?

25   A.   Because they won't accept you.  If you're not capable of
```

1  handling wrenches or lifting things up, you know, you're not

2  going to get -- company won't accept you, you know.

3  Q.   For example, you can't get a wiper to do all your duties?

4  A.   No.  No.

5  Q.   Do you live on board the ship?

6  A.   Yes.

7  Q.   All your meals, you eat on the ship?

8  A.   Yes.

9  Q.   Can you leave the ship whenever you want when you're

10  assigned to a ship?

11  A.   No.  Only time you can leave is when you're off duty and

12  you're required to come back.

13  Q.   Or if you get a medical clearance to leave, right?

14  A.   Yes.

15  Q.   Do you have to do drills when you're on board a vessel?

16  A.   Yes.  We have fire drills.  We have terrorist drills,

17  terrorist operations and stuff like that.

18  Q.   What is a fire drill?

19  A.   A fire drill is when you have a fire on board the ship

20  and you're required to go to what they call your fire station,

21  which is on the station bill listed on all ships.

22  Q.   Did you do life boat drills as well?

23  A.   Yes.

24  Q.   Just explain briefly what that is.

25  A.   A life boat drill is basically going to your life boat

 1  station, lowering the life boat.  In some instances you get

 2  inside it and you move away from the ship, if the ship is

 3  either at dock or anchored out.

 4  Q.   In your experience, have you sailed in heavy weather?

 5  A.   Yes, sir.

 6  Q.   Can you describe what that's like?

 7  A.   It's so heavy, you know, I mean, the seas are so rough

 8  that, you know, you have to put your life jacket under your

 9  mattress in order to sleep, do you know what I mean?  Because

10  it's rolling or either pitching too high, too much.

11  Q.   What is the highest waves you've ever sailed in?

12  A.   I'd say about 12, 14 feet, you know.

13  Q.   Have you ever sued anyone before?

14  A.   No.

15  Q.   Have you ever been sued before?

16  A.   No.

17  Q.   All right.

18       Are you -- were you a union member?

19  A.   Yes.

20  Q.   What union were you a member of?

21  A.   American Maritime Officers Union.

22  Q.   As a member of that union, were you provided with certain

23  benefits?

24  A.   Yes.

25  Q.   Can you describe some of those benefits?

1   A.   Medical benefits, 401(k), retirement benefits.

2   Q.   Vacation pay?

3   A.   Vacation pay.

4   Q.   Generally what's that?

5   A.   Well, basically if you take a contract with the union,

6   120 days on board the ship, that's your contract.  It all

7   depends what ship you are on.  You get vacation pay.  You

8   might get 25, 26 days or day-for-day vacation.

9   Q.   So that's basically money in your pocket, right?

10  A.   Yes.

11  Q.   You get a 1099 or some other document indicating what

12  your vacation pay was at the end of the year, right?

13  A.   Right.

14  Q.   Do you wear glasses?

15  A.   Yes.

16  Q.   How is your vision with the glasses on?

17  A.   Good.

18  Q.   20/20?

19  A.   Yeah.

20  Q.   Were you wearing glasses at the time of the incident?

21  A.   Yes, I was.

22  Q.   Do you have high blood pressure?

23  A.   Yes.

24  Q.   Is it controlled?

25  A.   Yes, it's controlled.

HINSON - DIRECT - BUCHSBAUM                17

1  Q.   Do you take medication?

2  A.   Yes.

3  Q.   You've been diagnosed with Hep C.  Is that resolved or

4  controlled?

5  A.   That's resolved.

6  Q.   Let's talk a little bit about the Denebola and the

7  Antares.  Okay.

8        They were docked side by side, right?

9  A.   That's correct.

10  Q.   I put up on the screen what's been marked as Defendant's

11  Exhibit 1.  Do you see that, Mr. Hinson?

12  A.   Yes.

13  Q.   And that's at the Locust Point Marine Terminal,

14  Baltimore, Maryland, right?

15  A.   Correct.

16  Q.   And that's where the Antares and the Denebola were docked

17  when you signed on, right?

18  A.   Yes.

19  Q.   Are you able to tell which ship is which?

20  A.   If I'm not mistaken, the Antares is the one closest to

21  the dock.

22  Q.   Okay.

23        Now, they've been described as sister ships.  Are

24  they identical in every respect?

25  A.   No.

1   Q.   Do you see the helicopter pads on the deck?

2   A.   Yes.

3   Q.   Can you circle those with your finger?  Let's see if it

4   works on the screen.  Are the helicopter pads identical on the

5   two ships?

6   A.   No.

7   Q.   What's the difference?  Just describe for the record what

8   the difference is.

9   A.   The markings in the middle, they are different.  And

10   where they painted the lines, it's different.

11   Q.   All right.  Were there other -- even though these ships

12   were sister ships, were there other differences between the

13   two ships?

14   A.   Oh, yeah.  You can't make every ship exact identical.

15   It's no way you can do that.  You know, there's going to be a

16   change somewhere.

17   Q.   Did the two ships have different builders, do you know?

18   A.   I believe so.

19   Q.   Okay.

20          And they were refitted at some time.  Do you know if

21   they had the same refitting outfit do the refitting?

22   A.   I don't think so because they was in different shipyards.

23   Q.   Okay.

24          Now, you were first assigned to the Antares, it looks

25   like, in February of 2016; correct?

HINSON - DIRECT - BUCHSBAUM                    19

1  A.   That's correct.

2  Q.   I've put up on the screen what we've marked as

3  Exhibit-27.  Do you see that, Mr. Hinson?

4  A.   Yes.

5  Q.   And this was produced by defendants -- or defendant.

6        It looks like the first day on the Antares was

7  February 22nd of 2016.  Does that seem about right?

8  A.   Yeah.  I think so.

9  Q.   Okay.

10        If we scroll through this document, it looks like you

11  served on the Antares from February 22nd to March 6th.  And

12  then from March 7th to March 20th.  And then from April 4th to

13  April 17th, April 18th to May 1st, May 16th to May 29th.  Do

14  you see that?

15  A.   Correct.

16  Q.   Okay.

17        Now, you were assigned to the Antares as second

18  assistant engineer?

19  A.   Right.

20  Q.   And at some point you were ordered to board the Denebola?

21  A.   That's correct.

22  Q.   Who gave that you order?

23  A.   Chief Engineer.  Both chief engineers on the Antares and

24  on the Denebola, they made an agreement.

25  Q.   Why were you told to go on board the Denebola?

HINSON - DIRECT - BUCHSBAUM                    20

1    A.    Because I got experience as a steamship engineer.

2    Q.    What were you instructed to do on board the Denebola?

3    A.    Help them light off the plant.  Bring the plant up to

4    steam pressure.

5    Q.    Describe for the Court what the light-off procedure

6    involves.

7    A.    Well, you got a ship that's coal, you know, so basically

8    what you have to do, you have to light the ship off with

9    diesel fuel in the furnace, and that required putting a torch

10   in the furnace until that diesel fuel catch on fire.

11         Once you got a fire in the furnace, then you

12   basically just let it -- leave it in there for like 10, 15

13   minutes, then shut it off.  You keep doing that for a couple

14   of hours to warm the furnace up, warm everything up at the

15   time.

16   Q.    What's the purpose of doing that?

17   A.    So you don't crack any tools and you don't mess with the

18   refractory in the furnace.

19   Q.    How big is this furnace?

20   A.    I'd say from here all the way down from this part of the

21   jury box to that.  Or even more and over some.

22         THE COURT:  When you say "this part of the jury box,"

23   you're referring to the corner closest to the witness stand?

24         THE WITNESS:  The corner close to the --

25         THE COURT:  To where you're sitting.

1        THE WITNESS:  -- to the window, yeah, up until about

2   where this young lady is sitting.

3        THE COURT:  Okay.

4        THE WITNESS:  And then it goes back to where the end

5   of the jury box is.

6        THE COURT:  So it would be where Megan is sitting,

7   and it goes back to the jury box.  So basically the length of

8   the entire jury box pushed out maybe about five feet, four

9   feet.

10        THE WITNESS:  Right.

11        THE COURT:  Is that fair, counsel?

12        MR. BUCHSBAUM:  That's fair.

13        THE COURT:  Thank you.

14   BY MR. BUCHSBAUM:

15   Q.   When were you first told to board the Denebola?

16   A.   I believe on the date of the --

17   Q.   Let me show you -- let's go back to Exhibit-27 and look

18   at this page, which is denominated U.S. 01212.

19        Does that refresh your recollection as to the first

20   day that you were sent over to the Denebola to help with the

21   light-off duties?

22   A.   Yes, it is.

23   Q.   Okay.  What day is that?

24   A.   That's on May the 23rd.

25   Q.   Now, we know that your accident occurred when you were

HINSON - DIRECT - BUCHSBAUM                22

1  leaving a certain room on board the Denebola.  On May 23rd,

2  had you been in that room?

3  A.   No.

4  Q.   What did you do on May 23rd?

5  A.   Well, I helped.

6  Q.   On the Denebola?

7  A.   I helped them light off the ship, and we was opening and

8  closing valves and we was getting -- putting steam on the

9  propulsion system to roll over the engines, you know.  And I

10 mentioned to the -- to the engineer that he needs to test the

11 boilers while everything was up and running.

12 Q.   Was there a second assistant engineer assigned to the

13 Denebola?

14 A.   Yes, it was.

15 Q.   Who was that?

16 A.   It was Craig Merrick, I believe.

17 Q.   Craig Meredith, I think his name is?

18 A.   Yes.

19 Q.   What was your understanding of Mr. Meredith's experience

20 lighting off a steam-powered vessel such as the Denebola?

21 A.   He had no experience.

22 Q.   Is that why you were called over to help?

23 A.   Yes.

24 Q.   How much experience had you had in lighting off steam

25 vessels?

HINSON - DIRECT - BUCHSBAUM                23

1   A.   Maybe about 25 years.

2   Q.   Okay.

3   A.   You know.

4   Q.   All right.

5        All right.  Let's go to May 24th, which is, everybody

6   I think agrees, the date of the incident.  You were sent back

7   over to the Denebola from the Antares?

8   A.   Yes.

9   Q.   And at some point you entered -- we'll call it "the

10  room," right?

11  A.   Whatever they call it.

12  Q.   All right.

13  A.   I'm not too sure what it is.

14  Q.   All right.

15       Let me try and pull up a picture of what that room

16  looked like.  It wasn't taken on the date of the accident.  It

17  was taken some time after just to get a general idea of what

18  the room looked like.

19       I put up on the screen Exhibit-34.  Is this a fair

20  and accurate representation generally of what that room looked

21  like on the date May 24th, 2016?

22  A.   I believe so.

23  Q.   What is that room used for?

24  A.   Carrying junk.  I mean, there's nothing really in there.

25  Q.   Is there another room on the Denebola and the Antares

 1   which has controls and other things?

 2   A.   No.   There's no control in that room right there.

 3   Q.   All right.   But are there other rooms where main controls

 4   for the engines are located?

 5   A.   No.

 6   Q.   Okay.   What was in that room?   What do you see in that

 7   room?

 8   A.   Really just boxes and junk.   I don't see anything that's

 9   -- that you can use.   I mean, I don't know what's in there.

10   Q.   At some point on May 24th you went into that room,

11   correct?

12   A.   Yes, yes.

13   Q.   What do you want to call that room?   Just so we can stop

14   calling it "the room."

15   A.   Uh --

16   Q.   Somebody has called it the log office.   Is that what you

17   would call it?

18   A.   No.   I don't know what you call it, you know.

19   Q.   I'm going to keep calling it "the room," okay?

20   A.   It's just a room, you know.

21   Q.   Okay.

22        Why did you go into the room?

23   A.   Well, the second engineer, Craig Meredith, didn't have no

24   experience in testing high pressure boilers.   He never did it

25   in his whole life.   They bumped him up from a third engineer

1  to a second engineer, and I had to show him how to test the

2  boiler water.

3  Q.   How do you test the boiler water?

4  A.   Well, there's a chart and there's -- you have to get a

5  sample of the boiler water itself off the boilers.  So it goes

6  through a cooler to cool it down so it doesn't flash into

7  steam, and you get a sample from there.  And then there's

8  different chemicals that you have to use to find out whether

9  you have -- if the boiler got chlorine in it, the pH of the

10  boiler, the hardness of the boiler, whether, you know, it's a

11  lot of chemicals that you have to use to treat these boilers.

12  Q.   And why did you go into that room?  What were you looking

13  for?

14  A.   I was looking for chemicals that he said that was in the

15  room.  So I asked him, well, where's your chemicals at?

16  Because we looked at his chemical testing stand.  He had

17  nothing in there.  So I said, well, where are your chemicals?

18  Well, let me check this room right here.

19  Q.   And you went into the room?

20  A.   And I went into the room.

21  Q.   Okay.

22        And that was the first time you were in that room on

23  board the Denebola, correct?

24  A.   Yes.

25  Q.   All right.

1          MR. BUCHSBAUM:  Judge, just for the record, can we

2   move Exhibit-34 into evidence as well as Exhibit-27?

3          THE COURT:  So 34 is the picture of, quote, "the

4   room."

5          MR. BUCHSBAUM:  Right.

6          THE COURT:  Any objection to Exhibit-34 coming into

7   evidence?

8          MR. JOSEPH:  No objection.

9          THE COURT:  Okay.

10          MR. BUCHSBAUM:  Exhibit-27.

11          THE COURT:  What are we going to make this?  P-1 in

12   evidence.

13          MR. BUCHSBAUM:  We've premarked it, Judge, as P-34.

14          THE COURT:  Okay.  So P-34 is in evidence.  Is it

15   P-34 or J-34 or --

16          MR. BUCHSBAUM:  We're just calling it, I guess, P-34.

17          THE COURT:  So P-34 is in evidence.  That is the

18   picture of, quote, "the room," and that's without objection.

19   (Plaintiff's Exhibit P-34 in evidence.)

20          MR. BUCHSBAUM:  And also 27, P-27, which are the time

21   sheets.

22          THE COURT:  Any objection to P-27?

23          MR. JOSEPH:  No objection, Your Honor.

24          THE COURT:  So P-27 is now in evidence.

25   (Plaintiff's Exhibit P-27 in evidence.)

1           THE COURT:  Without objection.  That's the time

2   sheets.

3           MR. BUCHSBAUM:  As well as P-20, which is the

4   merchant mariner's document.

5           THE COURT:  P-20.  Any objection?

6           MR. JOSEPH:  No.  No, objection Your Honor.

7           THE COURT:  P-20 is the merchant mariner document

8   with the photo of the plaintiff.

9   (Plaintiff's Exhibit P-20 in evidence.)

10          MR. BUCHSBAUM:  Also D-1, which is the photo of the

11  two vessels side by side.

12          THE COURT:  Any objection?

13          MR. JOSEPH:  No objection, Your Honor.

14          THE COURT:  D-1 is now in evidence.  Those are the

15  photos of the two vessels.

16  (Defendant's Exhibit 1 in evidence.)

17          THE COURT:  Okay.

18          MR. BUCHSBAUM:  All right.

19  BY MR. BUCHSBAUM:

20  Q.   Let's re-set the scene.  You're in the room looking for

21  the chemicals.  What happened next when you were in the room?

22  A.   While we was in the room, we had two unlicensed personnel

23  at the control boards.

24  Q.   Where's the control boards?

25  A.   The control is right on the same level, but that's where

HINSON - DIRECT - BUCHSBAUM                    28

```
 1   -- where all the controls are.
 2   Q.   Not in the room, but somewhere else?
 3   A.   No.  Nowhere near the room.
 4   Q.   All right.
 5   A.   You know, and I went in there to help him look for
 6   chemicals for the boiler so we can test it.
 7   Q.   At some point, did an alarm go off?
 8   A.   Yeah.  An alarm went off --
 9   Q.   Let me stop you there.  Can you describe -- how does the
10   -- is it an audible alarm?  Is it a visual alarm?
11   A.   It's an audible alarm.
12   Q.   What's the significance, if any, of an alarm on a vessel
13   such as the Denebola?
14   A.   Well, any vessel you have to acknowledge that alarm and
15   you have to go to the console itself and make sure you know
16   what alarm went off on what piece of equipment.  And you have
17   to acknowledge it.  That's part of Coast Guard federal rules
18   and regulations.
19   Q.   Was there any heightened significance of the alarm?  Was
20   there anything going on on the ship that made it a --
21   A.   We have -- we had the whole steam plant up and running,
22   and we was only on one generator.  We couldn't -- we couldn't
23   get the other generator up and running, so the whole load of
24   the ship was on that one generator.
25   Q.   So what's a possible outcome of an alarm given that
```

1   circumstance?

2   A.   Well, if it's on the generator you have to act and find

3   out what's going on with the generator.  Are the lights going

4   to go off?  Everything shuts down.

5   Q.   What do you mean everything shuts down?  What does that

6   mean?

7   A.   That means you black out the whole ship once you lose the

8   generator.

9   Q.   So what did you do once you heard the alarm?

10  A.   Well, I went to answer that alarm, and all of a sudden I

11  find myself on the deck.

12  Q.   All right.

13       I'm showing what we've marked as P-2.  Is this a fair

14  and accurate representation of what the doorway and sill in

15  the room on the Denebola looked like at the time of your

16  accident?

17  A.   Yes.

18       MR. BUCHSBAUM:  Your Honor, I move into evidence P-2.

19       THE COURT:  Any objection?

20       MR. JOSEPH:  No objection, Your Honor.

21       THE COURT:  Just for the Court's purpose, is this

22  looking from the room out or out into the room?  Do you

23  understand what I'm saying?

24       THE WITNESS:  This is looking out from the room.

25       THE COURT:  Okay.  So you're standing in the room

HINSON - DIRECT - BUCHSBAUM

1  looking out into -- looking out toward the top of the picture,

2  for lack of a better word, correct?

3          THE WITNESS:  That is correct.

4          THE COURT:  Okay.

5  (Plaintiff's Exhibit P-2 in evidence.)

6  BY MR. BUCHSBAUM:

7  Q.  And what caused you -- strike it.

8          Did you trip and fall?

9  A.  Well, when I went out the room I thought the white part

10  was the lip and -- and the rest was deck red, you know.

11  Q.  So what caused you to fall?

12  A.  I fell off of that white part right there.

13  Q.  Okay.  You've marked on the exhibit P-2 a white portion

14  of sill; is that right?

15  A.  That's correct.

16          THE COURT:  Is the still also referred to as the

17  coaming?

18          MR. BUCHSBAUM:  Yes.

19          THE COURT:  Is it?  Can we agree to that?

20          MR. JOSEPH:  Yes.

21          MR. BROWN:  Your Honor, I think you're going to hear

22  sill, coaming, and threshold interchangeably.  And I don't

23  think there's any disagreement that these all refer to what

24  you're seeing in this picture.

25          MR. BUCHSBAUM:  I've heard lip as well.

 1            THE COURT:  Lip or lick?

 2            MR. BUCHSBAUM:  L-I-P, like Peter.

 3            THE WITNESS:  In some instances they call it a fish

 4  plate.

 5            THE COURT:  What do they call it?

 6            THE WITNESS:  Fish plate.

 7            THE COURT:  Plate.

 8            MR. BUCHSBAUM:  Okay.

 9  BY MR. BUCHSBAUM:

10  Q.  Describe how you fell.  Body position.

11  A.  Well, when I -- when I was coming out of the room I heard

12  the alarm, and my foot, I guess, tripped up on the white part

13  of that -- that sill there and I fell and I hit the deck.

14  Q.  All right.

15            Did you experience -- tell us how you felt after you

16  hit the deck.

17  A.  I was in much pain.

18  Q.  Where was the pain located?

19  A.  It was located in my arm up here by my triceps.

20  Q.  Indicating the right arm, right?

21  A.  Right arm.

22  Q.  All right.

23            Do you remember approximately what time this was?

24  A.  Between 2:30 and 3:00.

25  Q.  All right.

HINSON - DIRECT - BUCHSBAUM                    32

1          Now, in your experience, since sailing on vessels

2   since approximately 1976, are these sills, lips, coamings,

3   whatever you want to call it, similar to Exhibit-2, are they

4   painted any different color?

5   A.   Yes, they are.

6   Q.   What color?

7   A.   They usually paint it safety yellow and black.

8   Q.   Now --

9   A.   With black stripes.

10  Q.   Let's talk about the Antares.  Was there a similar room

11  on the Antares where you were primarily assigned?

12  A.   Similar room, yes.

13  Q.   Do you remember what the sill looked like on the Antares?

14  A.   No, I don't remember that.

15  Q.   All right.  Let me show you what's been marked as P-4,

16  which is part of defendant's expert's report.  And do you see

17  where the cursor, the little cross is located?

18  A.   Yes.

19  Q.   That's been represented by the defendant's expert to be

20  the sill on the Antares.  Do you see that?

21  A.   Yes.

22  Q.   Was that the condition and color of the sill on the

23  Antares on and before the date of your accident on the

24  Denebola?

25  A.   Yes.

HINSON - DIRECT - BUCHSBAUM                          33

1   Q.   All right.

2           THE COURT:  Just again for the record, this is P-4.

3   There are two pictures on P-4.  The cursor is on the left --

4           MR. BUCHSBAUM:  It's the right.

5           THE COURT:  I thought it's the little arrow.  Wait a

6   minute.  Go ahead.  I saw what I thought was the cursor.  I'm

7   sorry.  That is the right.  On the right side indicating

8   between three and four, it's on, it looks like, a ruler or

9   a --

10          MR. BUCHSBAUM:  It's figure 4, bottom right photo.

11          THE COURT:  Right.

12          MR. BUCHSBAUM:  All right.

13  BY MR. BUCHSBAUM:

14  Q.   Who, if anyone, witnessed your accident?

15  A.   Craig Meredith.

16  Q.   Had you ever had any prior injuries to your right arm?

17  A.   No.

18  Q.   Did you ever have any injuries to your right triceps

19  tendon in your right arm?

20  A.   No.

21  Q.   Did you ever have any injuries to any tendon in your

22  body?

23  A.   No.

24  Q.   All right.

25          Was your arm -- your right arm swollen?

HINSON - DIRECT - BUCHSBAUM                34

1   A.   Yes.

2   Q.   Did anyone come to your assistance?

3   A.   Yes.  Once I came out of the room, once I got up and I

4   went to the control operating section and I told the Chief

5   Engineer.  Because we was shutting down the plant, and I

6   couldn't close any of the valves and it was hurting so much.

7   I when I took -- I had this guy help me take off my jumper and

8   I seen that my arm was all bloated up.

9   Q.   Was there a medical officer on board the Denebola?

10  A.   Yes.

11  Q.   Who was that?

12  A.   I believe that was Mike Ryan.

13  Q.   Rawlins.

14  A.   Rawlins.

15  Q.   R-A-W-L-I-N-S, I think is the correct spelling.

16       What, if anything, did Mr. Rawlins tell you to do?

17  A.   Well, he filled out an accident report, and I took a

18  urine sample and he -- he set up some papers so I can go to

19  the hospital.

20  Q.   What was the result of the urine sample?

21  A.   Negative.

22  Q.   Okay.

23       And did you go to the hospital on May 24th, 2016?

24  A.   Yes, I went to the hospital.

25  Q.   How did you get to the hospital?

1   A.   The chief mate on the Antares drove me there.

2   Q.   You had a car down there.  You drove from Freehold down

3   to the ship?

4   A.   Yes, I did.

5   Q.   Why didn't you take your car to the hospital?

6   A.   My arm was killing me.  I couldn't drive.  Not in the

7   condition like that.

8          MR. BUCHSBAUM:  Your Honor, I would move Exhibit 4,

9   P-4 into evidence.

10         THE COURT:  Any objection?

11         MR. JOSEPH:  No objection, Your Honor.

12         THE COURT:  So P-4 is in evidence without objection.

13  (Plaintiff's Exhibit P-4 in evidence.)

14         THE COURT:  Just for the record, P-4 has two photos

15  on it.  The one on the right is the Denebola.  The one on the

16  -- I'm sorry.  The one on the right -- wait a minute.

17         MR. BUCHSBAUM:  Bottom right.

18         THE COURT:  Four photos on P-4.  Bottom right is the

19  Antares.  Left is the Denebola.  What's on top?  Just because

20  it's all going to be in.  Okay.  All right.

21         MR. BUCHSBAUM:  Okay.  Just so we're clear, the one

22  on the left of the Denebola at the bottom is after it was

23  painted.

24         THE COURT:  The Denebola is on the left.

25         MR. BUCHSBAUM:  After it was repainted.

1           THE COURT:  Correct.  Because he's already

2    authenticated in another document that it was red and white on

3    top, I guess, right.

4           MR. BUCHSBAUM:  Okay.

5           THE COURT:  Any exceptions, comments, counsel?

6           MR. BROWN:  No, Your Honor.

7           THE COURT:  Okay.

8    BY MR. BUCHSBAUM:

9    Q.   You mentioned some paperwork that was completed in order

10   for you to go to the hospital.  I'm showing you what's been

11   marked as P-13.  Is it something known as a Masters Report or

12   Masters Certificate?

13   A.   Yes.  On our ships it's like that.

14   Q.   That's what you need to leave the ship, and you present

15   it to the hospital when you go for medical treatment?

16   A.   That's correct.

17   Q.   This was completed on May 24th, 2016, correct?

18   A.   That's correct.

19   Q.   All right.  And it was signed -- it looks like it was

20   blacked out, but the notation C, slash, E, it looks like Chief

21   Engineer at the bottom, right?

22   A.   Yeah.

23   Q.   And that's what you need to bring to the hospital --

24   A.   That's correct.

25   Q.   -- so they'll treat you?

HINSON - DIRECT - BUCHSBAUM                37

1   A.   Right.

2   Q.   Okay.

3        And did you go to the hospital on May 24th, 2016?

4   A.   I went to the emergency room.

5   Q.   What did they do for you?

6   A.   Well, basically they didn't do anything.  They just gave

7   me some, I believe, Motrins and told me to ice it down because

8   it's just a bruise.

9   Q.   Okay.  They told you it was just a bruise?

10  A.   Yes.

11  Q.   Did you go back to the ship?

12  A.   Yes.

13  Q.   Okay.  On May 24th of 2016, did you complete an accident

14  report?  And I will try to find it and pull it up.  Okay.

15  I've put on the screen what we've marked as P-12.  Okay.  Is

16  that your -- well, it's blacked out, but would that have been

17  your signature below the name "Ernest Hinson?"

18  A.   Yes.

19  Q.   The date was May 25th, 2016?

20  A.   That's correct.

21  Q.   And that's your handwriting?  Can you identify the

22  handwriting?  There's some preprinted typed stuff.

23  A.   I believe the handwriting was the chief mate, Mike

24  Rawlins.

25  Q.   He was the chief mate on the Denebola?

1  A.   Right.

2  Q.   Can you read into the record what he wrote where the

3  cursor is pointed?

4  A.   "Deck area.  There was no safety yellow on the lip."

5  Q.   Okay.  And there's some typed information on P-12.  Can

6  you just read what that says?

7  A.   "While responding to alarm on the first level of the

8  engine room, I tripped on the lip on the deck outside the

9  engineering office and fell on my right elbow."

10 Q.   Okay.  And it lists the witness as Craig Meredith,

11 correct?

12 A.   That's correct.

13 Q.   Okay.

14      And just -- you were doing the following in this

15 typewritten -- what?

16 A.   While on the Denebola -- while on duty during the

17 Denebola light-off, I was in the process of looking for test

18 chemicals.

19 Q.   Okay.

20      And who typed the information that's typed?

21 A.   I believe it was Mike Rawlins.

22 Q.   Was it you?

23 A.   No.  It was the chief mate on there.

24 Q.   All right.  And what's listed on Exhibit 12, is that the

25 fair and accurate -- is there anything that's incorrect or

1   needs to be changed?

2   A.   No.

3   Q.   Okay.

4           MR. BUCHSBAUM:  I move Exhibit 12 into evidence, Your

5   Honor.

6           THE COURT:  No objection?

7           MR. JOSEPH:  No objection, Your Honor.

8           THE COURT:  P-12 into evidence.

9   (Plaintiff's Exhibit P-12 in evidence.)

10           MR. BUCHSBAUM:  Also Exhibit 13, which is the Masters

11  Certificate, I move into that into evidence as well.

12           THE COURT:  Any objection?

13           MR. JOSEPH:  No objection, Your Honor.

14           THE COURT:  P-13 in evidence.

15  (Plaintiff's Exhibit P-13 in evidence.)

16           THE COURT:  Just, counsel, as an aside, before you

17  leave after every trial day, please meet with Lissette to make

18  sure we have all the evidence properly marked and properly

19  secured just as a matter of housekeeping because I'm going to,

20  hopefully, remember, but if I don't, thank you.

21  BY MR. BUCHSBAUM:

22  Q.   Is there a medical log that's kept on board vessels?

23  A.   Yes, it is.

24  Q.   Exhibit-7 I'm putting up on the screen is the medical

25  log.  Is the medical log an official ship's document?

1  A.   Yes.  It goes in the medical log and it goes in -- in the

2  deck U.S. Coast Guard logbook.

3  Q.   All right.  It's hard to read, but Exhibit-7, there's a

4  notation that on -- I can't even read it.  Let's make it

5  bigger.  On May 24th, 2016, it says, "Fall on right elbow

6  while on duty in engine room.  Sent ashore to local hospital

7  for treatment."  Do you see that?

8  A.   Yes.

9           MR. BUCHSBAUM:  Move Exhibit-7 into evidence.

10          MR. JOSEPH:  No objection, Your Honor.

11          THE COURT:  Thank you.  P-7.

12  (Plaintiff's Exhibit P-7 in evidence.)

13  BY MR. BUCHSBAUM:

14  Q.   There's a deck log that's kept on every vessel, correct?

15  A.   That's correct.

16  Q.   And I'm pulling up as P-8 the deck log from the Denebola

17  from May 24th, 2016.  And there's a notation at the bottom,

18  which I'll just read into the record, 14:30, quote, "Antares

19  second assistant engineer Ernest Hinson, while working aboard

20  the SS Denebola assisting with the light-off, suffered an

21  injury to his right elbow.  He was taken to a local hospital

22  for examination and treatment and declared FFD, which means

23  fit for duty.  No breathalyzer given due to rushing him to

24  hospital, but urine test was given," close quote.

25          Move Exhibit-8 into evidence.

1            THE COURT:  Any objection?

2            MR. JOSEPH:  No objection, Your Honor.

3            THE COURT:  P-8 in evidence.

4   (Plaintiff's Exhibit P-8 in evidence.)

5            BY MR. BUCHSBAUM:  Just for the record, there were

6   certain other forms that were completed.  I'm putting up P-15

7   on the screen, which is captioned Report of Investigation of

8   Serious Illness or Injury, which has already been stipulated

9   pursuant to a request for admission that this is a business

10  record.  It was completed some time after Mr. Hinson was off

11  the vessel on August 30th, 2016, but I -- I move that into

12  evidence as well.

13           MR. JOSEPH:  No objection, Your Honor.

14           MR. BUCHSBAUM:  Just for the record, in the section

15  Condition of Accident Scene at time of the Investigation is

16  handwritten, quote, "Door lip in question did not have safety

17  yellow," close quote.

18           THE COURT:  P-15 is in evidence.  The record should

19  reflect counsel reading the evidence into the record or the

20  portion thereof.

21  (Plaintiff's Exhibit P-15 in evidence.)

22           MR. BUCHSBAUM:  Just to try to go through this

23  quickly, Exhibit-16 is a statement of witness, which has also

24  been agreed as a business record from Craig Meredith, the

25  second assistant engineer on the Denebola.  And I move that

 1   into evidence as well.

 2          MR. JOSEPH:  No objection, Your Honor.

 3          THE COURT:  P16, Mr. Meredith's statement is now in

 4   evidence.

 5   (Plaintiff's P-16 in evidence.)

 6          MR. BUCHSBAUM:  Exhibit-17 is a statement of

 7   non-witnesses to Mr. Hinson's incident, which has also been

 8   stipulated as or agreed to as a business record, which lists

 9   individuals who did not witness the incident, and I move

10   Exhibit-17 into evidence.

11          THE COURT:  Any objection?

12          MR. JOSEPH:  No objection.

13          THE COURT:  P-17 in evidence.

14   (Plaintiff's Exhibit P-17 in evidence.)

15          MR. BUCHSBAUM:  Exhibit-18 is a United States Coast

16   Guard form 2692, which was completed and also has been agreed

17   as a business record, and I move Exhibit-18 into evidence.

18          THE COURT:  Any objection?

19          MR. JOSEPH:  No objection.

20          THE COURT:  Thank you.  P-18 in evidence.

21   (Plaintiff's Exhibit P-18 in evidence.)

22   BY MR. BUCHSBAUM:

23   Q.   Were you able to do your job on the Denebola after

24   returning from the hospital on May 24th, 2016?

25   A.   Not really.

HINSON - DIRECT - BUCHSBAUM                    43

1   Q.   Why?

2   A.   Well, I needed help.

3   Q.   Why?

4   A.   To carry things around and -- it just hurt too much, you

5   know.

6   Q.   All right.

7        June 20th, 2016, did you go back for medical

8   treatment?

9   A.   Yes, I did.

10  Q.   Between May 24th and June 20th, did you have any other

11  accidents?

12  A.   No.

13  Q.   All right.

14       Let's go to Exhibit-14.

15       Second page of Exhibit-14, which I have up on the

16  screen, is this another Masters Certificate?

17  A.   Yes, it is.

18  Q.   And that's dated June 20th, 2016, right?

19  A.   Yes.

20  Q.   And you took this to get medical attention, right?

21  A.   Yes.

22  Q.   And this was related to what?

23  A.   My fall on the ship.

24  Q.   On May 24th?

25  A.   Right.

1  Q.  All right.

2       And did you go to the doctor?

3  A.  Yes, I did.

4  Q.  Okay.  And what were you told?

5  A.  That I needed MRI.

6       MR. BUCHSBAUM:  Move Exhibit 14 into evidence.

7       THE COURT:  Any objection?

8       MR. JOSEPH:  No objection, Your Honor.

9       THE COURT:  P-14 is in evidence.

10  (Plaintiff's Exhibit P-14 in evidence.)

11  BY MR. BUCHSBAUM:

12  Q.  Did you get the MRI?

13  A.  Yes, I did.

14  Q.  Where was that MRI taken?

15  A.  That was at MedStar Harbor.

16  Q.  Was it down in Baltimore, somewhere near Baltimore?

17  A.  Yes.

18  Q.  Okay.

19       Did they send to you an orthopedist down in Baltimore

20  as well?

21  A.  Yes.

22  Q.  Do you remember his name?

23  A.  I can't think of his name offhand.

24  Q.  Is it Jeffrey Mayer, M-A-Y-E-R?

25  A.  Mayer, yeah.

1  Q.   Did he review the MRI with you?

2  A.   Yes, he did.

3  Q.   What did the MRI show?

4  A.   It showed that I had torn triceps.

5  Q.   Triceps tendon?

6  A.   Tendon.

7  Q.   Okay.

8          MR. BUCHSBAUM:  I put up on the screen Exhibit-21,

9  which is the MRI report of Mr. Hinson's right elbow, which was

10  taken June 29th, 2016.

11  BY MR. BUCHSBAUM:

12  Q.   Mr. Hinson, is this the report of the MRI that was

13  conducted?

14  A.   Yes, it is.

15  Q.   And can you read what it says where the cursor is,

16  "triceps"?

17  A.   The distal triceps tendon is torn and reacted --

18  Q.   Retracted.

19  A.   -- retracted slightly from the incision.

20  Q.   Insertion.

21  A.   Insertion on the --

22  Q.   Olecranon.

23  A.   Olecranon.

24  Q.   I'll read the rest of it.  It's a lot of medical

25  terminology.  "The tendonness gap is approximately 2.7

1    centimeters.  There is edema at its expected insertion.  In

2    addition, there is edema within the muscle more proximally."

3           What did Dr. Mayer say to you as a result of the MRI?

4    A.   He said that I would need -- I would need surgery to

5    repair it.

6    Q.   All right.

7           MR. BUCHSBAUM:  I move Exhibit-21 into evidence.

8           MR. JOSEPH:  No objection.

9           THE COURT:  Exhibit-21, the MRI report, is in

10   evidence without objection.

11   (Plaintiff's Exhibit P-21 in evidence.)

12          MR. BUCHSBAUM:  And I move Exhibit-19, which are the

13   hospital records, into evidence as well.

14          THE COURT:  Any objection?

15          MR. JOSEPH:  No objection.

16          THE COURT:  Was that 19?

17          MR. BUCHSBAUM:  Yes, Your Honor, P-19.

18          THE COURT:  P-19, hospital records.

19   (Plaintiff's Exhibit P-19 in evidence.)

20          MR. BUCHSBAUM:  And I move P-20, which are Dr.

21   Mayer's records into evidence as well.

22          THE COURT:  Any objection?

23          MR. JOSEPH:  No objection.

24          THE COURT:  P-20 Dr. Mayer's records.

25   (Plaintiff's Exhibit P-20 in evidence.)

1          MR. BUCHSBAUM:  Going back to Exhibit-14.

2    BY MR. BUCHSBAUM:

3    Q.   Were you given the first page, which I have up on the

4    screen?  On July 6th, 2016, were you given another Masters

5    Certificate?

6    A.   Yes.

7    Q.   And were you told to leave the ship, go home and get

8    further surgical consult?

9    A.   Yes.

10   Q.   All right.

11          Did you ever return to either the Antares or the

12   Denebola after July 6th?

13   A.   No.

14   Q.   So July 6th you left the ship, went home to Freehold?

15   A.   Right.

16   Q.   All right.

17          And eventually you came under the care of Dr.

18   Sclafani, S-C-L-A-F-A-N-I?

19   A.   Sclafani.

20   Q.   How did you find Dr. Sclafani?

21   A.   I believe the doctor in -- at Baltimore recommended I go

22   to an orthopedic institution of New Jersey, I think, or either

23   I looked it up through my insurance.  I'm not too sure.

24   Q.   Had you ever treated with Dr. Sclafani before?

25   A.   Never.

HINSON - DIRECT - BUCHSBAUM                 48

1    Q.   What did Dr. Sclafani tell you?

2    A.   He told me that I needed surgery.

3    Q.   All right.

4         And did you have surgery on August 3rd, 2016?

5    A.   Yes, I did.

6    Q.   All right.

7         So July 6th, when you left the shift, you were unfit

8    for duty, correct?

9    A.   That's correct.

10   Q.   All right.

11        Tell us your understanding of what the surgery was

12   that you had on August 3rd, 2016.

13   A.   Well, my understanding that I asked him, you know, would

14   I be able to, you know, would my arm be okay.

15   Q.   Tell us what you think the surgery was.  Was anything put

16   into your elbow?

17   A.   Oh, yeah, yeah, it was -- it was stitches.  I had staples

18   in my elbow all the way down in my triceps all the way down.

19   Stitches and I got permanent stitches in my arm.

20   Q.   All right.

21        How did you feel after that surgery?

22   A.   I didn't feel better, that's for sure, you know.

23   Q.   Were you in pain?

24   A.   I was in a whole lot of pain.  Still am in pain.

25   Q.   All right.

1          Were you given any type of devices or slings after

2   the surgery?

3   A.   I was given casts on my arm, on there, and with a sling.

4   Then I believe after that they took the cast off.

5   Q.   All right.

6          Eventually did you start physical therapy?

7   A.   Yes, I did.

8   Q.   All right.  It looks like physical therapy went from

9   September 13th, 2016 through January 12th, 2018; is that your

10  recollection?

11  A.   Yes, that's correct.

12          THE COURT:  2018?

13          MR. BUCHSBAUM:  Yes.  January 12, 2018.

14  BY MR. BUCHSBAUM:

15  Q.   Did you diligently attend physical therapy?

16  A.   Every time I went there, yes, I go -- I went there.

17  Q.   What did they do at physical therapy?

18  A.   Well, they -- they worked my elbow and did some massage

19  on it, you know, I lift very light, light weight, you know,

20  just keep it from stiffening up.  And that's about it.

21  Q.   All right.  Did you continue to follow up with Dr.

22  Sclafani?

23  A.   Yes, I did.

24  Q.   Did he give you any limitations on the amount of weight

25  you could lift with that right arm?

1  A.   Yes, he did.

2  Q.   What were those limitations?

3  A.   Ten pounds.

4  Q.   All right.

5       Have you been back to work at all since May 24th,

6  2016?

7  A.   No.

8  Q.   All right.

9       Do you have any limitations in the right arm now?  If

10 so, can you please describe for the Court?

11 A.   Yes.  I can't use tools.  I can't do the things that I

12 used to do at home, pick up things, carry things, pull things,

13 you know, because I'm limited to how much weight I can put on

14 my arm.

15 Q.   All right.

16       You're familiar with the Coast Guard standards to

17 obtain a merchant mariner's document as far as physical

18 requirements?

19 A.   A little bit.

20       MR. BUCHSBAUM:  Let me pull it up on the screen.

21 It's not marked as an exhibit, Your Honor, but I would ask the

22 Court to take judicial notice of the Coast Guard requirements.

23       THE COURT:  Are you going to put it up?

24       MR. BUCHSBAUM:  Yep.

25       THE COURT:  Any objection to this?

 1            MR. JOSEPH:  Can we see it?

 2            MR. BUCHSBAUM:  Yeah.

 3            MR. JOSEPH:  Your Honor, the United States has no

 4   objection to the document itself being admitted into evidence.

 5   The document speaks for itself.  In terms of judicial notice

 6   of the document, I'm not sure there's any need for that --

 7            THE COURT:  Okay.

 8            MR. JOSEPH:  -- since the document is speaking for

 9   itself.

10            THE COURT:  So we need to mark this as something.

11            MR. BUCHSBAUM:  Let's call it P-36.

12            THE COURT:  P-36, for the record, is coming into

13   evidence without objection.  And if plaintiff's counsel could

14   just proffer what P-36 represents.

15   (Plaintiff's Exhibit P-36 in evidence.)

16            MR. BUCHSBAUM:  Yes.  P-36 is a portion of the

17   instructions for a renewal of merchant mariner's document, and

18   it can be obtained online.  I can read the whole --

19            THE COURT:  Well, no.  It's Section 8, which is

20   Demonstration of Physical Ability.

21            MR. BUCHSBAUM:  Right.

22            THE COURT:  Okay.

23            MR. BUCHSBAUM:  Okay.

24   BY MR. BUCHSBAUM:

25   Q.  Mr. Hinson, one of the requirements states:  Examiner

1   should be satisfied that the applicant is able, without

2   assistance, to lift at least 40 pounds.  Lift at least a

3   40-pound 18.1 kilogram load off the ground, and to carry,

4   push, or pull the same load.

5         In your current condition, are you able to do that?

6   A.  No.

7   Q.  All right.

8         Another requirement is that you are able, without

9   assistance, to grasp, lift, and manipulate various common

10  shipboard tools.  Are you able to do that?

11  A.  No.

12  Q.  Another requirement is able, without assistance, to pull

13  an uncharged one-and-a-half inch diameter 50-foot fire hose

14  with nozzle to full extension and to lift a charged

15  one-and-a-half inch diameter fire hose to fire fighting

16  positions.

17        In your current condition, are you able to do that?

18  A.  No.

19  Q.  Another requirement is able, without assistance, to climb

20  up and down vertical ladders and stairways.

21        In your current condition, are you able to do that?

22  A.  No.

23        MR. JOSEPH:  The United States just has an objection

24  to the continued use of the word "requirement" to this

25  document.  This is simply a questionnaire that the individual

 1   takes to the examiner.  There's nothing in here that's a

 2   requirement.  It's simply a questionnaire, and the United

 3   States would like to clarify that for the record.

 4           MR. BUCHSBAUM:  Your Honor, it does use the word

 5   "necessary."

 6           THE COURT:  Well, why don't you just ask him can you

 7   do this, can you do that, can you do the other thing, and then

 8   you can tie this in later, perhaps.

 9           MR. BUCHSBAUM:  All right.

10           THE COURT:  Okay.  So the objection is sustained.

11   BY MR. BUCHSBAUM:

12   Q.   Are you able, without assistance, to crouch, kneel, and

13   crawl?

14   A.   No.

15   Q.   Specifically crawl.  Are you able to crawl?

16   A.   No.

17   Q.   You need to have the -- strike.

18           Do you have the agility, strength, and range of

19   motion to put on a personal flotation device and exposure suit

20   without assistance from another individual?

21   A.   No.

22           MR. BUCHSBAUM:  Your Honor, now we have this issue

23   about the subsequent remedial measure.  I don't know if you

24   want --

25           THE COURT:  Ask your question and we'll see what the

 1  objection is.

 2  BY MR. BUCHSBAUM:

 3  Q.   Mr. Hinson, when you went back to the Denebola -- strike.

 4        You went back on the Denebola the following day, May

 5  25th, according to the time record, correct?

 6  A.   That's before the accident.

 7  Q.   That's after the accident.  Let me go to Exhibit-22 --

 8  Exhibit-27.  Do you see what I have on the screen?  The

 9  accident was May 24th.  You went back on the Denebola, it

10  looks like, May 25th, May 26th, May 27th, correct?

11  A.   It looks that way, yeah.

12  Q.   Did you happen to look at the sill that you tripped over

13  and it had been repainted?

14  A.   It had been repainted, yes.

15  Q.   All right.

16        Let me ask you about the condition of the sill when

17  you went into the room on the Denebola.  Okay?  You went into

18  the room.  Did you pass over that sill when you went into the

19  room on the Denebola?

20  A.   Yeah.  I went -- yeah.

21  Q.   Okay.  Can you describe what the sill looked like from

22  the position of going into the room?

23  A.   Well, it looks like there was a lip there, you know, it

24  was all painted the same color.

25  Q.   What color was that?

1  A.  Deck red.

2  Q.  Was there any white portion on the lip going into the

3  room?

4  A.  Nothing.  No.

5  Q.  All right.

6       Is your arm still in pain?

7  A.  Yes.

8  Q.  Do you take any medication?

9  A.  I take Motrin.  I take Aleve.  You know, try not to take

10  it every day, but I'm still in pain.

11  Q.  All right.  Do you have full range of motion in the arm?

12  A.  No.

13  Q.  Do you have full strength in the right arm?

14  A.  No.

15  Q.  Now, at some point, you were examined by a doctor on

16  behalf of the United States down in Hamilton, New Jersey; do

17  you remember that?

18  A.  Yes.

19  Q.  That was Dr. Bills.  How long did that exam last?

20  A.  15 minutes.

21  Q.  How many times did he examine you?

22  A.  Once.

23  Q.  Mr. Hinson, how long did you intend to work if you were

24  not injured?

25  A.  The rest of my life, you know.

1  Q.  In fact, your merchant mariner document is still valid

2  until 2020, right?

3  A.  That's correct.

4  Q.  Does the union have any mandatory retirement age?

5  A.  No.

6  Q.  You filed tax returns every year?

7  A.  Yes.

8  Q.  All right.

9        MR. BUCHSBAUM:  Exhibit-25, Your Honor -- and I'll

10 give you a hard copy of all this -- is plaintiff's tax returns

11 for the years -- I don't remember.  For certain years.  I move

12 those into evidence.

13       MR. JOSEPH:  No objection, Your Honor.

14       THE COURT:  Okay.  Just work out with Lissette at a

15 break or at the end of the day what the exhibits are.  They

16 will be kept under seal so that nobody can see his personal

17 information.  I assume there's no objection to that.

18       MR. JOSEPH:  No, no objection.

19       THE COURT:  Okay.

20 (Plaintiff's Exhibit P-25 in evidence.)

21       MR. BUCHSBAUM:  Give me one minute, Your Honor.

22       Nothing further, Your Honor.

23       THE COURT:  You okay, sir?  You ready to proceed or

24 would you like a break?

25       THE WITNESS:  I'd like a break.

1          THE COURT:  Let's take a ten-minute break.  Is that

2   okay, counsel?

3          MR. JOSEPH:  Yes.

4          THE COURT:  Okay.  Thank you.

5          (A short recess occurred.)

6          THE COURT:  Sir.

7          MR. BUCHSBAUM:  Your Honor, I just need to get one

8   more photo into evidence, please.

9          THE COURT:  Sure.

10          MR. BUCHSBAUM:  Please.

11  BY MR. BUCHSBAUM:

12  Q.  Mr. Hinson, I've placed on the screen what's been marked

13  as P-1.  Do you see that photo?

14  A.  Yes.

15  Q.  What does that photo show?

16  A.  It shows the lip going into the door, going into the

17  room.

18  Q.  Is that a photo from the outside looking into the room?

19  A.  That's from the outside looking in.

20  Q.  Okay.

21          And you testified earlier that the lip going into the

22  room was painted only one color, deck brown?

23  A.  Red.

24  Q.  Deck red, deck brown, right?

25  A.  Yes.

 1   Q.   Does that photograph show that?

 2   A.   Yes.

 3          MR. BUCHSBAUM:  I have nothing further.  I move P-1

 4   into evidence.

 5          THE COURT:  Any objection?  Is this D or P?

 6          MR. BUCHSBAUM:  P.

 7          MR. JOSEPH:  No objection, Your Honor.

 8   (Plaintiff's Exhibit P-1 in evidence.)

 9          THE COURT:  Cross-examine.

10   (CROSS-EXAMINATION OF ERNEST W. HINSON, JR. BY MR. JOSEPH:)

11   Q.   Good morning, Mr. Hinson.  As you know, my name is Josh

12   Joseph representing the United States.

13          So looking at this photo that you've just discussed,

14   I think you've testified initially it was deck gray.  Is that

15   correct?

16   A.   No, I did not.  I said deck red.

17   Q.   Okay.  And the deck red on that photo, does the deck red

18   go all the way up what we are calling the threshold?

19   A.   Yes.

20   Q.   Thank you.

21          Mr. Hinson, you worked -- you're an experienced

22   seaman, correct?

23   A.   Yes.

24   Q.   You worked in the Navy from 1971 to '74?

25   A.   Yes.

1  Q.   So three years in the Navy, between 1977 and 1981, you

2  worked for the Military Sealift Command, correct?

3  A.   That's correct.

4  Q.   What is the Military Sealift Command?

5  A.   Well, they carry -- either carry troops or carry supplies

6  for the troops, you know.  I also worked on what they call an

7  unwrapped tanker whereas we refuel the naval vessels out at

8  sea.

9  Q.   These were large cargo ships that you were working on in

10 the Military Sealift Command?

11 A.   It was tankers, cargo ships, missile trackers, survey

12 ships, you know.  Government ships, Department of Defense.

13 Q.   Okay.  And then, Mr. Hinson, you worked as what's called

14 a seaman from 1977 until 2016 when you tripped; is that

15 correct?

16 A.   That's correct.

17 Q.   So you've had over 35 years working on ships; is that

18 accurate?

19 A.   That's correct.

20 Q.   By the way, Mr. Hinson, during this period, during 2007,

21 you obtained your GED; is that correct?

22 A.   Yes.

23 Q.   What was the purpose of obtaining your GED?

24 A.   Well, I just wanted it because I never had it before.  I

25 wanted to attend a night class and get it.

 1  Q.   Okay.

 2         And did you have to prepare for the GED?

 3  A.   Yes.

 4  Q.   Did that require you to study?

 5  A.   Yes.

 6  Q.   Did that require you to study math?

 7  A.   Yes.

 8  Q.   Required you to study algebra?

 9  A.   Yeah.  I went to an adult community program, and I had a

10  tutor help me throughout some of the math.  I'm not good at

11  math.

12  Q.   So you obtained your GED then about ten years ago?

13  A.   Yeah.

14  Q.   You passed the examination for your GED; is that correct?

15  A.   That's correct.

16  Q.   In your career as a seaman, Mr. Hinson, you've worked as

17  a third assistant engineer?

18  A.   Yes.

19  Q.   Worked as a second assistant engineer?

20  A.   Yes.

21  Q.   You've worked as a first assistant engineer?

22  A.   Yes.

23  Q.   You've worked as a Chief Engineer; is that correct?

24  A.   That's correct.

25  Q.   To become each level of engineer, you have to acquire a

 1  certain number of sea days; is that correct?

 2  A.   That's correct.

 3  Q.   To become each level of engineer, you have to take and

 4  pass an exam, correct?

 5  A.   That's correct.

 6  Q.   Is the exam a multiday exam?

 7  A.   Yes.

 8  Q.   Okay.  Did you have to study for that exam?

 9  A.   Yes.

10  Q.   Did you spend a significant amount of time preparing and

11  studying for that exam?

12  A.   Yes, I did.

13  Q.   On any ship there are licensed and unlicensed members of

14  a crew; is that correct?

15  A.   That's correct.

16  Q.   And you first became a licensed crew member in 1984?

17  A.   That's when I obtained my first third assistant

18  engineer's license.

19  Q.   And that was 1984?

20  A.   Yes.

21  Q.   Okay.

22         So 30 years ago or more?

23  A.   Yeah.

24  Q.   You testified that you were a first and Chief Engineer as

25  well?

HINSON - CROSS - JOSEPH

1   A.   I took a relief chief job on one of the ships, yes.

2   Q.   But you were licensed to be a Chief Engineer?

3   A.   Yes.

4   Q.   First engineers are considered senior officers in a ship;

5   is that correct?

6   A.   That's correct.

7   Q.   Chief engineers are considered senior officers in a ship?

8   A.   Well, the Chief Engineer is the senior officer on board

9   the ship.

10  Q.   Okay.

11  A.   As they say, on board ships there's only one engineer and

12  that's the Chief Engineer.  Everybody else is assistants.

13  Q.   Okay.  But you also testified that you've been a first

14  engineer, correct?

15  A.   That's correct.

16  Q.   The first engineer runs the entire engine room; is that

17  accurate?

18  A.   That's accurate.

19  Q.   You supervise the unlicensed crew as a first engineer?

20  A.   Yes.

21  Q.   You maintain the engine room equipment; is that correct?

22  A.   Yes.

23  Q.   You are in charge of cleanliness in the engine room?

24  A.   Yes.

25  Q.   You ensure that painting is kept up; is that correct?

1   A.   Yes.

2   Q.   And by the way, when you are working in the engine room,

3   are you required to wear steel-toed shoes?

4   A.   Yes.

5   Q.   At all times?

6   A.   Yes.

7   Q.   Did you have steel-toed shoes on the day of the accident?

8   A.   Yes, I did.

9   Q.   Were they steel-toed boots?

10  A.   Yes.

11  Q.   And as Chief Engineer, which you've just spoken about,

12  the Chief Engineer oversees the entire Engineering Department;

13  is that correct?

14  A.   That's correct.

15  Q.   You -- they're essentially the head of the Engineering

16  Department?

17  A.   Yes.

18  Q.   Second only to the captain?

19  A.   Well, yes.

20  Q.   And you'll supervise other engineers?

21  A.   Yes.

22  Q.   Okay.  I'd like to show you what's been premarked as

23  Exhibit-22.

24          I'm showing you what's been premarked as Exhibit-22.

25  Have you ever seen this document, Mr. Hinson?

1  A.   I've got discharges from all the ships I've been on.

2  Q.   It's what?

3  A.   I have discharges from all the ships I've been on.

4  Q.   What is the title of this document as shown at the top of

5  the document?

6  A.   It's your sea service report.

7  Q.   Okay.  Is that essentially a list of all the ships that

8  you've worked on since 1981?

9  A.   You showed me that before, and I told you no because I

10  had discharges from Military Sealift Command.

11  Q.   Okay.  But from 1981, does it show all the ships that you

12  were on?

13  A.   I believe so.

14  Q.   Okay.

15       And if we could scroll to the last page of this

16  exhibit.  The last page of this sea service exhibit, Mr.

17  Hinson, have you seen that before?

18  A.   Yes.

19  Q.   Okay.

20       Where it says "total sea time," that's from 1981 to

21  2014; is that correct?

22  A.   Yeah.  I see that.

23  Q.   Okay.

24       And that's 5,285 days at sea during that time,

25  correct?

1  A.   Right.

2  Q.   That does not include your experience in the Navy?

3  A.   No.

4  Q.   That does not include your Military Sealift experience?

5  A.   No.

6  Q.   That does not include any time at sea after 2014; is that

7  correct?

8  A.   That's correct.

9  Q.   So fair to say that you've had over 5,285 days at sea?

10  A.   That's correct.

11  Q.   Okay.

12        Fair to say, Mr. Hinson, that you've worked on over

13  50 ships during the course of your career?

14  A.   That's correct.

15  Q.   You've worked on steamships?

16  A.   Yes.

17  Q.   Worked on large container ships?

18  A.   Yes.

19  Q.   Worked on tankers?

20  A.   Yes.

21  Q.   Worked on large cargo ships?

22  A.   Yes.

23  Q.   All of these ships had thresholds; is that correct, Mr.

24  Hinson?

25  A.   That's correct.

HINSON - CROSS - JOSEPH                                    66

1   Q.   You've stepped over hundreds of thresholds during your 35

2   plus career; is that correct?

3   A.   That's correct.

4   Q.   Mr. Hinson, you signed aboard the Antares, I think you

5   testified, in February of 2016?

6   A.   Yes.

7   Q.   Okay.

8        And in the Antares, you maintained the boiler and the

9   engine room; is that essentially what you did?

10  A.   Yes.

11  Q.   You actually lived on the Antares during those three

12  months?

13  A.   Yes.

14  Q.   You were on board the Antares for that entire three-month

15  period?

16  A.   Well, on weekends we -- we're off, so I drive up to New

17  Jersey.  Unless I had the duty, then I have to stay on board

18  the ship for the weekend.

19  Q.   But on weekdays you were living there; is that accurate?

20  A.   Yes.

21  Q.   And you worked in the engine room of the Antares every

22  day, correct?

23  A.   That's correct.

24  Q.   You've been, I take it, in the Antares's room office?

25  What we're calling, I guess, "the room," for purposes of this

1    case.

2    A.   In the Antares's office or the Denebola?

3    Q.   In the Antares's office?

4    A.   That's an office, yes.

5    Q.   Okay.  That's the office.  All right.

6         And in fact, you went into that office on a daily

7    basis while you were on the Antares; is that correct?

8    A.   That's correct.  Because that's where I kept my chemicals

9    to do my boiler testing.

10   Q.   Were you required to cross the threshold every day to get

11   into the Antares office?

12   A.   Yes, I was.

13   Q.   You testified earlier today while you were on the stand

14   that the threshold in the Antares was painted yellow at the

15   time of the accident; is that correct?

16   A.   At the time I -- I told you I didn't remember until I

17   seen the picture, and then that's when I seen the picture and

18   I told you it was painted yellow.

19   Q.   Okay.  And you were deposed in this case on July 27th of

20   2018; is that accurate?

21   A.   I was what?

22   Q.   Do you remember taking a -- being deposed in this case

23   when I came and asked you questions under oath?

24   A.   Yes, I remember.

25   Q.   That was on July 27th of 2018; is that accurate?

1   A.   That's correct.

2   Q.   Okay.

3           I'm going to give you a copy of your --

4           MR. JOSEPH:  May I approach the witness, Your Honor?

5           THE COURT:  Sure.

6   BY MR. JOSEPH:

7   Q.   I'm going to give you a copy of your deposition exhibit.

8           If you could turn to page --

9           THE COURT:  Counsel, do you have a copy?

10          MR. BUCHSBAUM:  Yes, I do, Your Honor.

11          THE COURT:  Thank you.

12  BY MR. JOSEPH:

13  Q.   If you could turn to page 52 of your deposition, Mr.

14  Hinson.  In the middle of that page, I ask you, "QUESTION:

15  Was the lip the same, to your knowledge, the lip on the door,

16  the one that you tripped on in the Denebola, was that the same

17  on the Antares or were they different?

18          Your answer was, "ANSWER:  I don't recall.

19          "QUESTION:  You don't recall how the Denebola lip

20  looked?

21          "Yeah, no, how the Antares -- yeah, I don't recall.

22  I can't remember."

23          Mr. Hinson, was that deposition taken closer in time

24  to the accident than today?

25  A.   I don't understand what you're saying.

1   Q.   Was this deposition taken before today?  Was it closer in

2   time to the accident, essentially?

3   A.   No.

4   Q.   July 27th of 2018, was that over a year ago?

5   A.   Oh.

6           THE COURT:  I don't think he understands the

7   question.  Why don't you rephrase the question.

8   BY MR. JOSEPH:

9   Q.   When was this deposition taken, Mr. Hinson?

10  A.   When you -- when we was at the lawyer's office and you

11  asked me about it.

12  Q.   July 27th of 2018; is that correct?  If you look at the

13  first page.

14          THE COURT:  The Court will take judicial notice that

15  July 27th, 2018 was closer to the date of the incident as we

16  sit here today.

17          MR. JOSEPH:  Understood.

18          THE COURT:  Thank you.

19  BY MR. JOSEPH:

20  Q.   I want to talk to you briefly about the day of the fall.

21  Before you tripped over what we're calling "the threshold,"

22  you walked into the office; is that correct?

23  A.   I walked into that particular office on the Denebola,

24  yes.

25  Q.   Craig Meredith also walked into the room with you?

1    A.    Yeah.  He walked in first.

2    Q.    And you had to cross over the threshold to enter the

3    office?

4    A.    Yes.

5    Q.    Okay.

6          MR. JOSEPH:  Could we call Exhibit-34 of plaintiffs.

7    BY MR. JOSEPH:

8    Q.    Is this -- I think you were asked about this on direct.

9    Is this a photo of the -- of the office or room in the

10   Denebola?

11   A.    Yes, it is.

12   Q.    Okay.  Do you recall where you were standing before you

13   -- when you first entered the room?

14   A.    When I first entered the room I think it was right over

15   by whatever that is, a radiator or heater.  We was -- Craig

16   was standing on the desk on the top here, and looking -- I

17   think he had shelves up there and he was looking for some

18   chemicals or something.

19   Q.    Were you looking at Craig as he was trying to get the

20   chemicals?

21   A.    Yeah.

22   Q.    And is that the direction you were facing when the alarm

23   first sounded?

24   A.    Yes.

25   Q.    Okay.

1            And when you heard the alarm, did you turn your body?

2  A.   Yes.

3  Q.   Okay.

4            And were you looking through the door when you exited

5  the room?

6  A.   I had to be.  I mean, I was -- I think I was just looking

7  to go to answer the alarm.

8  Q.   And I think Plaintiff's Exhibit-34 has been already been

9  moved into evidence.

10            THE COURT:  Was that?  Yes.

11            THE DEPUTY COURT CLERK:  It's the engineering room.

12            MR. JOSEPH:  By the way, I should have moved

13  Exhibit-22 into evidence.

14            THE COURT:  Any objection?

15            MR. BUCHSBAUM:  No objection, Your Honor.

16            THE COURT:  P-22 in evidence.  I'm sorry D-22.

17  (Defendant's Exhibit D-22 in evidence.)

18            MR. JOSEPH:  Yes, D-22.

19            THE WITNESS:  When I walked in that room, I'm -- I

20  believe he was looking on the top, but somewhere I was looking

21  down the bottom and, you know, I can't remember.  Everything

22  happened so fast.

23  BY MR. JOSEPH:

24  Q.   Do you recall when you entered the room whether you were

25  looking at the threshold?

HINSON - CROSS - JOSEPH                                72

1   A.   No, I don't recall.

2   Q.   Okay.

3        But you were able to enter the room without tripping;

4   is that accurate?

5   A.   That's accurate.

6   Q.   Mr. Hinson, is it true that alarms go off on ships all

7   the time?

8   A.   24 hours a day.

9   Q.   They can go off for a variety of reasons?

10  A.   Yes.

11  Q.   They can be triggered by temperature being out of range?

12  A.   Temperature, pressure, anything.

13  Q.   Okay.

14       And you did not know the purpose of this alarm when

15  it went off; is that correct?

16  A.   That's correct.

17  Q.   Do you always sprint to an alarm every time one goes off?

18  A.   Oh, yeah.

19       MR. BUCHSBAUM:  Objection.

20       THE COURT:  Sustained.  I don't think he said he

21  sprinted, but you can rephrase the question.

22  BY MR. JOSEPH:

23  Q.   Do you generally run every time an alarm goes off?

24       MR. BUCHSBAUM:  Objection.

25       THE COURT:  Sustained.  I don't think he said he ran.

1  BY MR. JOSEPH:

2  Q.   Have you ever reapplied for a Coast Guard medical

3  certificate after you tripped, Mr. Hinson?

4  A.   I'm not too sure.  I might have went down to Dana Beach

5  and I needed the -- the -- to complete this course and add it

6  up and send it to Coast Guard.

7  Q.   And do you know if you've ever been denied a request for

8  a medical certificate from the U.S. Coast Guard?

9  A.   At one time they wanted me to -- they wanted me to do a

10  biopsy because I had hepatitis C.

11  Q.   After you tripped, were you ever denied a request for

12  medical certificate?

13  A.   No.

14  Q.   And after the incident you returned to the Denebola to

15  work for approximately about a month; is that accurate?

16  A.   No.  I didn't go to the Denebola to work.  I went to the

17  Antares.

18  Q.   Okay.

19        And you were working on it for about a month?

20  A.   Yes.

21  Q.   Okay.

22        And during that time, did you receive assistance with

23  your work?

24  A.   Yes.

25  Q.   Did the ship provide you with assistance to work?

1   A.   Yes.

2   Q.   And they assigned someone to help you with certain tasks?

3   A.   Yes.

4   Q.   Okay.

5        And you were able to complete some of your job tasks;

6   is that correct?

7   A.   With the help of somebody.

8   Q.   Okay.  And you've not worked at all since your discharge

9   from the Antares on July 7th, 2016; is that accurate?

10  A.   That's correct.

11  Q.   You've not looked for employment since that time?

12  A.   No.

13  Q.   Okay.

14        MR. JOSEPH:  I have no further questions.

15        THE COURT:  Any redirect?

16        MR. BUCHSBAUM:  No, Your Honor.

17        THE COURT:  Okay.  I just have a couple of questions,

18  sir.

19        Which is the exhibit with the lip with the red and

20  the white?

21        MR. BUCHSBAUM:  I think it's P-2, Your Honor.

22        THE COURT:  P-2.  Is that it?  Yes.

23        Sir, I'm confused.  As I'm looking at this, it looks

24  like the coaming or the curve or the lip or the threshold is

25  painted white; is that correct?

1            THE WITNESS:  That's correct.

2            THE COURT:  Was that the way it was on the date of

3     the trip and fall?

4            THE WITNESS:  Yes.

5            THE COURT:  Okay.  So that white part wasn't painted

6     red, correct?

7            THE WITNESS:  Right.

8            THE COURT:  And, sir, what -- tell me about the pain

9     you experienced as you were lying on the ground from a

10    1-to-10, 10 being the most, 1 being the least.

11           THE WITNESS:  It was 10.

12           THE COURT:  Ten.

13           And the month after when you were back at work, how

14    was the pain then generally over those 30 days?

15           THE WITNESS:  It just kept increasing.

16           THE COURT:  Well, it was a ten, which is the most,

17    the date of the incident.  Was it always around a ten?

18           THE WITNESS:  Yes.

19           THE COURT:  Then at some point you went to the doctor

20    and they -- they did the MRI and then they scheduled you for

21    surgery; correct?

22           THE WITNESS:  Yes.

23           THE COURT:  So the day after the surgery, how was

24    your pain on a 1-to-10?

25           THE WITNESS:  It was about 8.

1          THE COURT:  Eight.

2          And then you were going for physical therapy.  How

3  was the pain?  Around an eight?  Did it get any better?  Did

4  it get worse?

5          THE WITNESS:  It got a little better down to about

6  seven.

7          THE COURT:  Seven.

8          THE WITNESS:  You know.

9          THE COURT:  And how about generally today?  And I

10  don't mean as you're sitting here right now.  I mean generally

11  on a 1-to-10, how is it?

12          THE WITNESS:  I'd say about a five.

13          THE COURT:  About a five.

14          THE WITNESS:  I can't put my arm up like this because

15  it hurts.  I have to keep it hanged down.

16          THE COURT:  Describe the pain.  Is it a throbbing

17  pain?  A sharp pain?  A dull pain?

18          THE WITNESS:  It's a very sharp pain.

19          THE COURT:  Sharp pain.  Does it come and go?  Do you

20  get spurts when it hits?

21          THE WITNESS:  Yeah.  It just stays there.

22          THE COURT:  It just stays there.

23          THE WITNESS:  It just stays there.

24          THE COURT:  Do you take any medication now, any

25  Motrin or Tylenol?

1            THE WITNESS:  Motrin and Aleve.

2            THE COURT:  About every day?

3            THE WITNESS:  I try to do it every other day or every

4     three days.  I don't want to get too involved with the

5     over-the-counter stuff.

6            THE COURT:  Before this accident, tell me some of the

7     things you used to like to do outside of work, understanding

8     that you're on the ship --

9            THE WITNESS:  Right.

10           THE COURT:  -- a lot.  Any hobbies or --

11           THE WITNESS:  Oh, yeah.  I used to play paddle ball.

12    I used to go out to the gun range in Lakewood and shoot, you

13    know.  I used to go bowling with my brother.

14           THE COURT:  Okay.

15           THE WITNESS:  Row boating on lakes and stuff.

16    Fishing.  You know.  I like doing things in the house, you

17    know, putting up molding, painting, you know, sanding wood.

18           THE COURT:  How about since this?  Have you played

19    paddle ball?

20           THE WITNESS:  No.

21           THE COURT:  Gone bowling?

22           THE WITNESS:  No.

23           THE COURT:  Row boat?

24           THE WITNESS:  No.

25           THE COURT:  Fishing?

 1          THE WITNESS:  No activities.

 2          THE COURT:  No activities?

 3          THE WITNESS:  No.

 4          THE COURT:  You used to enjoy doing those things?

 5          THE WITNESS:  Yes.

 6          THE COURT:  Okay.  You may step down.  Thank you.

 7          THE WITNESS:  Thank you.

 8          THE COURT:  With the Court's thanks.

 9          Do you have another witness, counsel?

10          MR. BUCHSBAUM:  Yes, Your Honor.

11          THE COURT:  Are you ready to go?  Do you want to take

12   a break?

13          MR. BUCHSBAUM:  Take ten minutes?

14          THE COURT:  Is that okay, counsel.

15          MR. JOSEPH:  Yes, Your Honor.

16          THE COURT:  Ten minutes.  Who do we have next?

17          MR. BUCHSBAUM:  We have plaintiff's maritime expert,

18   Ken Fisher.

19          THE COURT:  Okay.  Anybody else today?

20          MR. BUCHSBAUM:  No.  We can play the doctor's

21   videotape deposition.

22          THE COURT:  How long do you think this expert is

23   going to take?

24          MR. BUCHSBAUM:  Probably about the shame, maybe a

25   little less.

1          MR. BROWN:  Similar, yes, Your Honor.

2          THE COURT:  Okay.  Thank you.

3          (A short recess occurred.)

4          THE COURT:  Counsel, do you have another witness?

5          MR. BUCHSBAUM:  Yes, Your Honor.  Plaintiff calls

6   Kenneth Fisher.

7   (**KENNETH FISHER,** HAVING BEEN DULY SWORN/AFFIRMED, TESTIFIED AS

8   FOLLOWS:)

9          THE DEPUTY COURT CLERK:  State your name.

10         THE WITNESS:  Kenneth Fisher, F-I-S-H-E-R.

11         THE DEPUTY COURT CLERK:  Thank you very much.

12         THE COURT:  Welcome, sir.  You may be seated.

13         THE WITNESS:  Thank you.

14         THE COURT:  You can proceed, counsel.

15         MR. BUCHSBAUM:  Thank you, Your Honor.

16  (DIRECT EXAMINATION OF KENNETH FISHER BY MR. BUCHSBAUM:)

17  Q.  Good morning, Dr. Fisher.

18  A.  Good morning, sir.

19  Q.  Are you currently employed?

20  A.  Yes, I am.

21  Q.  By whom?

22  A.  Fisher Maritime Consulting Group.

23  Q.  What is the business of Fisher Maritime Consulting Group?

24  A.  We are consulting naval architects, marine engineers, and

25  project management.

 1  Q.   For how long have you been so employed?

 2  A.   43 years.

 3  Q.   Can you tell us your educational background, which I've

 4  put up on the screen for your ready reference?

 5  A.   I studied as an undergraduate after high school.  I

 6  studied naval architecture and marine engineering and got a

 7  degree in both in 1964 from Webb Institute of Naval

 8  Architecture.

 9  Q.   Where was that located?

10  A.   Glen Cove, Long Island, New York.

11       THE COURT:  Counsel, for the record, I reviewed his

12  C.V.  It was submitted.  I've reviewed the report.  Can we

13  stipulate that he is an expert without going through his

14  qualifications, which are extensive and impressive?  So why

15  don't you proffer him for the area that you want him to be

16  able to give expert opinion in.

17  BY MR. BUCHSBAUM:

18  Q.   Dr. Fisher, what do you consider yourself an expert in?

19  A.   Project management and project preparation for ship

20  maintenance, repair, and design.

21  Q.   Marine architecture?

22  A.   Naval architecture and marine engineering both regarding

23  ship maintenance, ship repair, ship construction, and ship

24  design.

25  Q.   Now, there's been some issue raised about your expertise,

DIRECT - FISHER - BUCHSBAUM                81

1   or lack thereof, in human factors.  Can you explain anything

2   to do with human factors in your experience or credentials?

3   A.   Yes.  When preparing specifications, be it for any of the

4   repair or maintenance or ship construction, human factors have

5   to be considered.  The people who prepare the specifications

6   and the drawings are not experts in human factors, so they

7   turn to experts who are to say what standard I should be

8   using.

9           Same thing, for example, if you're going to repair

10  radar.  The marine engineering person doesn't write the

11  specification for overhauling the radar.  He returns to radar

12  specialists and says what standard shall we use for

13  overhauling it.

14          So regarding human factor areas, the people preparing

15  the specifications for ship maintenance or repair or

16  construction turn to appropriate standards that have been

17  developed by people who are expert in human factors.  So they

18  look for those standards to incorporate into the

19  specifications.

20  Q.   Do you consider yourself an expert in those

21  specifications?

22  A.   I am certainly an expert in the preparation of

23  specifications as acknowledged by the fact that I wrote the

24  book, so to speak, on specification training or marine

25  engineering and ship design.  I give a course that I designed

DIRECT - FISHER - BUCHSBAUM                    82

1   worldwide.  I've given the course over 400 times worldwide to

2   over 6,000 people from different companies and organizations,

3   and they keep asking me to come back because they recognize

4   the expertise.

5   Q.   But you have no formal education in human factors,

6   correct?

7   A.   That's correct.

8   Q.   The specifications that you rely on and have helped

9   design incorporate human factors considerations?

10  A.   Absolutely.

11  Q.   As part of your -- you were hired by our office in

12  connection with Mr. Hinson's case, correct?

13  A.   Yes, yes, sir.

14  Q.   And as part of your retention, you reviewed certain

15  documents which are listed in your report, which I'm sure --

16          THE COURT:  We have.

17  BY MR. BUCHSBAUM:

18  Q.   -- Judge Martinotti has reviewed?

19          THE COURT:  Are you still doing qualifications or are

20  you going into his expert report at this point?

21          MR. BUCHSBAUM:  I would tender Dr. Fisher as an

22  expert in the areas he just discussed.

23          THE COURT:  Okay.  Those areas would be ship

24  maintenance, repair, design, and construction.  What other

25  areas?

DIRECT - FISHER - BUCHSBAUM                    83

 1           THE WITNESS:  And the preparation of specifications

 2    for them.  That's it.

 3           THE COURT:  Okay.

 4           Counsel, would you like to question the witness as to

 5    his qualifications to be deemed an expert in those areas?

 6           MR. BROWN:  Your Honor, I have no questions for this

 7    witness insofar as he's being proffered as an expert in the

 8    areas of naval architecture or preparing specifications for

 9    ship construction or design.

10           THE COURT:  Okay.

11           The witness will be so qualified and may render

12    opinions in his area of expertise.

13           MR. BUCHSBAUM:  Thank you, Your Honor.

14    BY MR. BUCHSBAUM:

15    Q.   Dr. Fisher, at our request, did you obtain clearance to

16    board the Denebola?

17    A.   Yes, I did.

18    Q.   Where was Denebola located?

19    A.   It was located at Locust Point, Baltimore, Maryland.

20    Q.   All right.

21           Prior to boarding the Denebola, did you do some

22    research into the Antares and the Denebola?

23    A.   Well, I researched them to -- I knew from common

24    knowledge in the industry that they had been constructed for

25    SeaLand Service, a commercial cargo company.  The class of

1    ships that SeaLand called them was the SL-7's, and I was aware

2    of their design, of the nature of the power plants, the nature

3    of the cargo system.  And I was also then aware that at one

4    point they had been transferred to the U.S. Navy to become a

5    reserve ship and had been modified during the course of that

6    conversion.

7    Q.   Were they built by the same builder?

8    A.   No.  One was built in Germany.  One was built in the

9    Netherlands in the 1970s.

10   Q.   At some point, were these vessels, the Antares and the

11   Denebola, refitted in order to carry military type cargo?

12   A.   Yes.  The Navy required extensive modification of the

13   ships, and those modifications were done for those two ships,

14   in fact, at two separate shipyards.

15   Q.   There's been testimony that they are known as sister

16   ships.  What is a sister ship?

17   A.   A sister ship is when two or more ships are constructed

18   using the same contract plans and specifications, which are,

19   you know, only the thin end, the small end of a -- of a much

20   bit of task to create drawings and specifications.  So the

21   contract drawings and contract specifications that are used

22   for the same ships, for the sister ships, don't have all the

23   details.  Don't have many details at all.  But then each

24   shipyard that builds the ships has to add a lot more details

25   and add what we call detailed drawings or working plans.

1          So the sister ship means it starts with the same

2     contract plans, which shows the shape of the hull, the major

3     subdivision, where the major bits of steel go.  Shows where

4     the major machinery components will go.  Okay.  The

5     configuration of the deck house and so forth.  But the details

6     are not there yet in the contract documents, and those get

7     added later by the shipyard that constructs the ship.

8     Q.   Does that mean the two ships are identical in everything?

9     Are they mirror images?

10    A.   Not at all.  Far from it.  It just means that the shape

11    of the hull, the major subdivisions and the major machinery

12    components will be the same.  Maybe not even the same brand

13    name but the same location.

14          But then each shipyard has to develop many, many

15    additional details.  For example, with the SL-7's, as they

16    were originally built, they were probably in the order of 120

17    to 150 contract drawings, and these same contract drawings are

18    used for all of those sister ships.  There was several of them

19    built.  But each shipyard that built them has to then add a

20    lot of detail drawings.  Typically I'd expect it would be

21    about 800 to 900 additional detail drawings done individually

22    for each shipyard.  Okay.  Because they will be different from

23    shipyard to shipyard, the details, because there's lots of

24    reasons why the shipyard chooses the details.

25          The important thing to remember is that these details

 1  have to satisfy regulatory and classification requirements,

 2  but otherwise the shipyard's free to do it any way they

 3  please, as long as it's still consistent with the rest of the

 4  contract documents.  That's why we end up with ships which are

 5  -- other than these major features -- not identical at all.

 6  Q.    Now, you reviewed Mr. McAvoy's report.  That's

 7  defendant's maritime expert, correct?

 8  A.    Yes, yes, I did.

 9  Q.    I'll direct your attention to Exhibit-4 in evidence,

10  which is on the screen, which shows the two different sills,

11  one on Denebola after repainting and one on the Antares after

12  repainting.  Are the two repaints identical in every respect?

13  A.    No, not at all.

14          MR. BROWN:  Objection, Your Honor.

15          THE COURT:  What's the objection?

16          MR. BROWN:  Your Honor, he's making reference to the

17  repainting on board the Denebola, the ship in which the

18  accident occurred.  This gets into calling for remedial

19  measures.  That's not admissible in evidence.

20          MR. BUCHSBAUM:  I'm not looking for remedial

21  measures.  I'm just trying to point out differences in two

22  quote-unquote sister ships.

23          THE COURT:  I'm going to allow it for that purpose,

24  not for remedial measure.

25          MR. BROWN:  If I may respond briefly, Your Honor, I

 1  think if it's a comparison, the appropriate photograph would

 2  be the photograph with the white that had the red under it,

 3  which was the condition at the time, and then to juxtapose

 4  that with the painting condition on the sister ship as opposed

 5  to showing the remedial condition on the Denebola.

 6           MR. BUCHSBAUM:  Let me lay a foundation.

 7           THE COURT:  Okay.  Go ahead.  I'm going to give you

 8  some latitude.

 9           MR. BUCHSBAUM:  Thank you.

10  BY MR. BUCHSBAUM:

11  Q.   Dr. Fisher, in addition to contract designs and the

12  actions of ship builders and yards, over time do crew members

13  on board vessels make -- paint various items on board the

14  ship?

15  A.   From time to time, for purposes of economy and

16  convenience, the ship owner or ship operating organization may

17  choose to have the ship's crew do some routine, fairly simple

18  to accomplish maintenance work aboard the ship.

19  Q.   And I want you to assume that the various crews painted

20  what's shown in Exhibit-4.  Are the paintings of the sill in

21  Exhibit-4, the bottom two photographs, the shame or are they

22  different?

23           MR. BROWN:  Objection.  Lacks relevancy.

24           THE COURT:  I'm sorry.  Lacks?

25           MR. BROWN:  Relevancy.

1          THE COURT:  Again, it's a hypothetical situation.

2    I'll give it whatever weight it's worth.  Go ahead.

3          THE WITNESS:  There is a marked difference here.

4    While structurally the two sills appear to be about the same

5    height, the markings of them -- the painting of them as shown

6    here are very different.  The one on the left, which is the

7    Denebola, Denebola, the coaming is the same as the deck in

8    front of it.  Whereas on the Antares, the picture on the

9    right, the coaming is a color which is different from the deck

10   next to it.

11   BY MR. BUCHSBAUM:

12   Q.   As part of your review of documents, you reviewed various

13   Coast Guard documents and various classification documents.  I

14   think we understand what the Coast Guard is.  Can you explain

15   to the Court what a Classification Society is?

16   A.   A Classification Society is an independent set of naval

17   architects and engineers and other kinds of engineers,

18   electrical, mechanical, structural, who review the design and

19   maintenance of ships independently in order to confirm the

20   ships are in reasonably good condition, which the insurance

21   companies like to know about from an independent perspective.

22   So they serve that segment of the market.

23   Q.   What does it mean to say a ship is in class?

24   A.   What it means, if you read Classification's own rules, I

25   know it sounds a bit awkward, but what the rules say is that a

1  ship in class reasonably satisfies their own interpretation of

2  their own rules, and specifically declares that being in class

3  does not represent that the ship is tight, staunch, strong, or

4  seaworthy in any regard.  This is the AVS classification

5  rules.

6  Q.   As part of your review, you reviewed Defendant's

7  Exhibit-10, which I have on the screen.

8  A.   Yes.  Certificate of Inspection.

9  Q.   What is Exhibit-10?

10 A.   This is -- the U.S. Coast Guard issues a Certificate of

11 Inspection, if appropriate, for commercial ships, okay, which

12 attests to the fact that the ship reasonably complies with

13 Coast Guard regulations, which appear in the Code of Federal

14 Regulations.

15 Q.   Are there any Coast Guard regulations applicable to the

16 sill or lip that we've been talking about?

17 A.   Not on vessels.  The Coast Guard has its own standards to

18 apply to its own ships, but the Coast Guard does not have any

19 standard.  There's no regulation in the CFR's or even

20 elsewhere which talks about how the sills should be painted or

21 marked.

22 Q.   Is there anything on Defendant's Exhibit-10 which

23 indicates that the sill we've been talking about was

24 inspected?

25 A.   No.  The sill was never inspected.  It wouldn't have been

DIRECT - FISHER - BUCHSBAUM

90

1  inspected.  It's not part of the inspection protocol for

2  Certificate of Inspection of the ship.  Some of the sills are,

3  but not this sill.  The sills which are reviewed are the ones

4  which are addressed by regulation.  Mainly the ones that come

5  from the weather deck to the interior passageways or interior

6  things.  Those have to be a certain height.

7  Q.  Can you explain what the weather deck is?

8  A.  A weather deck is the outside where it can rain, where

9  the waves can wash up onto the deck and so forth.  So there

10  are standards, there are regulatory requirements for how high

11  the sills or combings have to be at those doorways to keep

12  green seas from washing in.

13      And also, on even higher decks where we don't worry

14  about the seas, but we just worry about the accumulation of

15  rain and spray, there's also standards, but the standards are

16  for slightly lower sills.  But those are the ones that the

17  Coast Guard regulates whereas they don't regulate interior

18  ones that are nowhere near the exterior of the ship.

19  Q.  There's nothing in Exhibit-10 which indicates the lip was

20  inspected or that it was found to be in compliance with any

21  standard?

22  A.  Absolutely correct.

23  Q.  All right.

24      Let's pull up U.S. -- Defendant's Exhibit-21.

25      Can you explain to the Court what this document is?

1   A.   This is a Certificate of Documentation which is the

2   formal identification of who owns the ship.

3   Q.   Is there anything in this exhibit, Defendant's

4   Exhibit-21, indicating that the lip we've been talking about

5   was inspected or that it was in compliance?

6   A.   No.  This has nothing to do with the condition of the

7   ship.  This just has to do with ownership of the vessel.

8   Q.   I'm pulling up Defendant's Exhibit-6.  Can you tell us

9   what Exhibit-6 is?  This is D-6.

10  A.   This is a certificate from the American Bureau of

11  Shipping, ABS, a classification organization, which is hired

12  and paid to review the design and maintenance of the ship to

13  say if it's in class or not in class.  This just says that the

14  -- this case -- somewhere here it will mention the name of the

15  vessel.  Excuse me.  This is only looking at the safety

16  management system that there's -- under the International

17  Treaty there's codes for the management of ships, oceangoing

18  ships that go in international waters, and this just says that

19  the American Bureau of Shipping has reviewed the safety

20  management system --

21  Q.   Let me just cut you off.  The question is, anything in

22  this document, Exhibit-6, Defendant's Exhibit-6 indicating

23  that the lip or the sill was inspected or that it was in

24  compliance?

25  A.   No, it has nothing to do with the condition of the ship.

DIRECT - FISHER - BUCHSBAUM

1  Just has to do with some management systems.

2  Q.   Okay.

3       Let's move on to Defendant's Exhibit 7.  The same

4  question.  Anything in this document indicating that the lip

5  or sill that we've been talking about was inspected by the

6  Coast Guard or was in compliance?

7  A.   No.  This just speaks about their management of

8  environmentally sensitive issues.

9  Q.   Moving on to Exhibit-9, which is hard to read, but it's

10  something that you have reviewed, correct?

11  A.   Yes, but I've reviewed -- I don't remember what this

12  one's about.

13  Q.   It's just a list of items.  Well, anything in this that

14  indicates that the sill was inspected or found to be in

15  compliance?

16  A.   I'm sorry.  I don't recall who prepared this document, so

17  I can't not --

18  Q.   Well, it's listed by defendant as ABS findings.

19  A.   It's the ABS.  I'm sorry.  I can not read a single word

20  on it.

21  Q.   Let me see if I can make it bigger.

22  A.   Go one step bigger.  Thanks.

23  Q.   Bigger.

24  A.   Oh, here we are.  This had to do that they reviewed --

25  ABS reviewed the things on the ship that they reviewed to

DIRECT - FISHER - BUCHSBAUM                93

1  confirm that it's in reasonably good condition and reasonably

2  complies with their own interpretation of their own rules

3  here.  Here they're talking about certain things need to be

4  repaired or maintained and other things are in good shape.

5  But none of these -- none of these address the sill.

6  Q.    Finally, D-11.  Anything in there indicating that -- even

7  though it's a Certificate of Classification -- that the sill

8  was inspected or found to be in compliance?

9  A.    No, not at all.  Because ABS's rules certifies, of

10  course, that it reasonably complies with ABS's interpretation

11  of its own rules, and ABS rules could not address the height

12  of those sills.

13  Q.    You boarded the Denebola.  Do you know what date that

14  was?

15  A.    November 1st, 2018.

16  Q.    You took certain measurements of the sill, correct?

17  A.    Yes, I did.

18  Q.    Let me see if I can pull that up.  Referring you to page

19  3 of your report.

20  A.    My report of September -- December 11, 2018.

21  Q.    I have it up on the screen.  Can you explain to the Court

22  the measurements that you took?

23  A.    Well, these are the measurements looking at the doorway,

24  you know, with the sill on which Mr. Hinson tripped.  So those

25  are the measurements.  It's a 30-inch wide opening.  The

DIRECT - FISHER - BUCHSBAUM                94

1   bottom of the sill is flat for 16 inches, and has a seven-inch

2   radius on either end for a total of 30 inches.  The coaming is

3   six-and-a-quarter inches above the deck, the top surface of

4   the coaming.

5   Q.   At the time you had inspected the sill, it had been

6   repainted, correct?

7   A.   Yes, it had been.

8   Q.   All right.  Were you able to determine the painting as it

9   existed on the date of Mr. Hinson's accident, and if so, how

10  were you able to determine that?

11  A.   Yes.  I was provided a photograph of the sill at the time

12  of the accident.

13  Q.   And that's Exhibit-4 in your report, which we have on the

14  screen now, correct?

15  A.   Yes.

16  Q.   Were you --

17  A.   I did not take that photograph.

18  Q.   Right.  That was provided to us, and Mr. Hinson has

19  testified -- and you were here for that testimony -- that

20  that's the way it looked at the time of his accident.  Can you

21  explain what the painting was on that sill at the time of his

22  accident based on your inspection and how you determined that?

23  A.   Yes.  Well, I could see -- when I was there I could see

24  residual differentiation of where there was different colors

25  of paint previously.  You could just tell by the thickness and

1   the coloration underneath the new paint.  So I could determine

2   then that the white part of this photograph is

3   one-and-three-quarter inches high.  And the rest of it, the

4   four-plus inches, is a different color, and -- according to

5   this exhibit here.  So at the time of Mr. Hinson's accident,

6   the white part was one-and-three-quarter inches high, and

7   four-and-a-quarter inches or four-and-a-half inches was the

8   same color as the deck.

9   Q.   So in other words, on one vertical piece of metal, you

10  had two different colors?

11  A.   This is on the side looking out --

12  Q.   Right.

13  A.   -- from the room, not looking in.

14  Q.   All right.  But you had two different colors on the

15  vertical piece of metal looking out from the room?

16  A.   Yes.

17  Q.   And just one more time, what -- how many inches up from

18  the deck was the brown?

19  A.   Four-and-a-half inches up, okay, and then the white part

20  was one-and-three quarters.

21  Q.   Right on top --

22  A.   Yes.

23  Q.   -- of the brown portion?

24  A.   Right.

25  Q.   On one piece of metal?

1  A.   Or red, as Mr. Hinson said.

2  Q.   On one piece of metal?

3  A.   Right.

4  Q.   Okay.

5        Now, based on your experience in the industry and the

6  custom and practice in the industry, is this a safe way of

7  demarking a sill?

8        MR. BROWN:  Objection, Your Honor.  This calls for

9  testimony outside the witness's area of expertise.

10        MR. BUCHSBAUM:  Your Honor, he's designed ships.

11  He's been on ships.  He's seen other sills.  He's familiar

12  with regulations for other vessels.

13        THE COURT:  Well, doesn't this go to the design?

14        THE WITNESS:  Yes, sir.

15        THE COURT:  Counsel, hold on.

16        Doesn't this go to the design?

17        MR. BROWN:  Your Honor, I don't think there's been

18  foundation that this witness has experience designing paint

19  schemes inside a ship.  He's an architect that builds and

20  analyzes the structural strength on the ship.

21        THE COURT:  Okay.  Try to lay a foundation regarding

22  paint schemes.

23  BY MR. BUCHSBAUM:

24  Q.   Dr. Fisher, have you -- are you familiar with paint

25  schemes on sills and coamings?

 1   A.    Absolutely, yes.

 2   Q.    How?

 3   A.    Because the specifications that when the shipyard or the

 4   ship manager or whoever it is is determining where things are

 5   to be painted, they have to talk about how it's to be painted.

 6   So someone has to identify what the final arrangement of paint

 7   colors, if they're multiple ones, should be.  So the people

 8   who write the specifications -- and that's what I train people

 9   to do -- don't make up things on their own.  They say is there

10   a standard we can use, and hand that standard to the people

11   who are going to paint and say paint in accordance with this

12   standard.  And the answer is yes, there are standards for what

13   the colors of these sills should be, and they're not with this

14   kind of thing.  They're with stripes so it's very

15   attention-getting.

16             THE COURT:  Go ahead.  Counsel.

17             MR. BROWN:  Your Honor, just like that testimony

18   showed, the witness's experience is not in analyzing what

19   would be or would not be a safe paint scheme.  The witness

20   takes an order for specifications of paint and makes sure

21   that's applied to a vessel that's constructed.  Those are two

22   different sciences:  Constructing vessels and applying

23   specifications on the one hand, and deciding what's a safe

24   paint scheme on the other hand.

25             THE COURT:  Well, he indicates that he does get into

1  the design and the specs, and the specs include what the paint

2  scheme is.  I guess try to lay a foundation whether or not

3  color is a part of that scheme.

4  BY MR. BUCHSBAUM:

5  Q.  Dr. Fisher, are colors part of the scheme in designing

6  ships, and more particularly sills and lips such as we have

7  here?

8  A.  Yes.  Specification writers have to acknowledge that the

9  design of the paint scheme for sills or coamings is a human

10  factor's question.  And since the specification writers are

11  not human factor's experts, they turn to people who have used

12  or are experts or people who have incorporated to show what

13  the results of the human factors experts have come to.

14         And so, in fact, what we do is we look at industry

15  custom and practice has turned to certain standards and said,

16  well, those standards were developed taking into account human

17  factors from human factors experts.  So, therefore, that

18  implies that they are a safe mechanism.  We'll use that

19  mechanism that comes from human factor's experts to

20  organizations which have published the standards as derived

21  from that.  We'll use those standards.

22         THE COURT:  Just for the record, I am satisfied that

23  the witness is qualified to render opinions in the area of

24  ship design, paint schemes, including colors, and human

25  factors.

```
 1              You want to preserve your objection.

 2              MR. BROWN:  Your Honor, I'd like to reserve the

 3    objection on the human factors piece in particular, and can

 4    address it in cross.

 5              THE COURT:  Okay.  Thank you.

 6    BY MR. BUCHSBAUM:

 7    Q.   Dr. Fisher, again, is this a safe color scheme as shown

 8    in Exhibit-4 in your report for that sill?

 9    A.   Let me put it this way.  It is not safe if you accept the

10    other standards, the standards which talk about sill colors.

11    If you accept them as representing safe according to human

12    factor's experts, then this is definitely not safe.

13    Q.   Why is it not safe?

14    A.   The standards to which I refer talk about all of them --

15    I mean both of them in the U.S. talk about having stripes,

16    diagonal or vertical stripes to make it much more

17    attention-getting.  So it's very easily identified for the

18    full height of the sill to be alternating colors so that

19    clearly the full height of the sill is appreciated from

20    anybody approaching it.

21    Q.   And you included in your report such a sill which you

22    believe has been painted in a safe manner, right?

23    A.   Yes, I did.

24    Q.   And let me show you what's been marked in your report --

25    your report is Exhibit P-31.  Exhibit 6 on page 8.
```

1   A.   Yes, sir.

2   Q.   Can you describe what is shown there?

3   A.   Yes.  This is a Coast Guard vessel, and you can see

4   looking through this passageway here two sills, one in the

5   foreground one in the background, both of which have been

6   painted in accordance with the Coast Guard standard for what

7   they apply to their own ships.  You can see it's alternating

8   colors of yellow and black.  Okay.  And those colors both

9   contrast with the deck next to them, which is a red.  So this

10  makes it more highly visible.  So this is why I would say this

11  is safe because after lots of research and evolution of

12  industry custom and practice, this is what people have found

13  provides for safe passageway.

14  Q.   You mentioned certain standards that you're familiar

15  with.  Please explain to the Court what those standards are.

16  A.   Well, the standards that industry uses routinely are

17  actually developed initially by the U.S. Navy and the U.S.

18  Coast Guard for their own ships because they don't have

19  authority to command.  For example, the Navy can't command

20  what should go on a commercial ship.  But having put the

21  research and effort into developments of their standards for

22  their own ships, what we look for commercially is standards

23  which will do the job but which can be implemented at

24  reasonable cost.  Well, certainly the cost of painting the

25  sill with alternating stripes is not much different, if any,

DIRECT - FISHER - BUCHSBAUM                101

1    from painting it with white on top and red on the bottom.

2           So this would be a safe standard to use.  Okay.  So

3    commercially we accept what was developed first for the Navy

4    and Coast Guard for their own ships, but because it's easily

5    applicable in a commercial setting, commercial organizations

6    don't develop their own standards.  We've already got usable

7    standards.  ABS doesn't develop a standard.  There's already a

8    well-defined standard.  So they just expect people to use

9    that.

10   Q.  The custom and practice in the maritime industry to paint

11   sills, coamings, whatever you want to call them, yellow with

12   stripes --

13   A.  In passageways.

14          MR. BROWN:  Objection, Your Honor.  The witness does

15   not have the qualification to define the custom and practice

16   in the maritime industry for painting sills.  There's no

17   foundation for that.

18          MR. BUCHSBAUM:  May I lay a foundation, Your Honor?

19          THE COURT:  Go ahead.  Try.  Sustained with

20   exception.

21   BY MR. BUCHSBAUM:

22   Q.  Dr. Fisher, are you familiar with the paint schemes on

23   sills and coamings on vessels generally in the maritime

24   industry?

25   A.  Absolutely.

1  Q.   How?

2  A.   Well, besides having seen and been on dozens and dozens

3  of ships, when I teach the course on specification writing, I

4  keep pointing to the fact that the specification writers

5  should look for standards which are already in use in the

6  industry in custom and practice that have worked for

7  everybody.  You know, I point to the fact that you can use

8  standards developed by noncommercial organizations if they are

9  easily implementable in a commercial world.

10       MR. BROWN:  If I may, Your Honor, the witness has

11  just pointed to two things there.  One, that he puts out in a

12  course that he thinks people should do in the industry.  And

13  two, what he's observed on dozens and dozens of ships.  I

14  don't think that those things combined make him an expert

15  qualified to testify about the custom and practice for

16  painting all sills in the maritime industry.

17       MR. BUCHSBAUM:  Your Honor, not all sills.  I'm

18  talking about based on his experience and what he's seen on

19  other ships and his review of specifications, is there a

20  custom and practice in the industry for painting sills.

21       MR. BROWN:  Your Honor, if he were to give that

22  testimony, it would be based on his anecdotal experience on

23  dozens and dozens of ships, but not based on any kind of

24  scientific --

25       THE COURT:  Sustained.  That objection is sustained.

DIRECT - FISHER - BUCHSBAUM                    103

 1  You can move on.

 2  BY MR. BUCHSBAUM:

 3  Q.  Dr. Fisher, based on your review of the documents

 4  provided to you, your inspection of the vessel, hearing Mr.

 5  Hinson testify this morning, do you have an opinion with a

 6  reasonable degree of certainty or probability as to the cause

 7  of Mr. Hinson's accident?

 8          MR. BROWN:  Objection, Your Honor.  He is not called

 9  as an accident reconstruction expert or someone qualified to

10  give the final conclusion of what caused the trip and fall in

11  this case.  He's a naval architect.

12          MR. BUCHSBAUM:  Your Honor, he's -- would you like me

13  to respond?

14          THE COURT:  Sure.

15          MR. BUCHSBAUM:  He's stated in his report what he

16  believed the underlying cause was.  There's been no Daubert

17  motion to restrict his testimony other than the human factors

18  issue, which was raised today.  He stated conclusions in his

19  report.  He's been deposed.  He has 46 years of experience in

20  the maritime industry.  His C.V. lists dozens of cases where

21  he's expressed opinions as to causes of maritime personal

22  injury accidents, and I think he's more than qualified to

23  render an opinion on this issue.

24          THE COURT:  Go ahead.

25          MR. BROWN:  Your Honor, the opinion I understand

1  that's about to be elicited is the witness's visual

2  perception.  He has no experience to give Rule 702 testimony

3  about what the witness perceived or how his brain would have

4  processed that picture.

5          MR. BUCHSBAUM:  Your Honor, he heard the witness's

6  testimony this morning.

7          THE COURT:  Well, he's rendered reports.  He's been

8  deposed.  This certainly is not a surprise to anyone.  You can

9  certainly cross him on it, but this is his opinion based on

10 his experience in design, et cetera, of ships, and safety

11 measures in ships as it relates to this witness's testimony

12 that he's reviewed.  I'm going to allow it and give it

13 whatever weight it's worth.  Go ahead.

14 BY MR. BUCHSBAUM:

15 Q.   Please.

16 A.   I have to make three -- three things related to this.

17 Number one, I just want to point out that I've been speaking

18 about internal sills, not the sills on the weather decks.

19          Number two, the paint scheme that was in front of Mr.

20 Hinson when he fell denied him the opportunity to be protected

21 by the paint scheme of sills that have been identified by

22 other organizations using human factors backgrounds to be safe

23 and usable and easily implement able in the commercial world.

24 So he's denied the opportunity to be exposed to a safely --

25 what I'll call safely painted sill.  Safely is defined by

1    those standards.

2          The third thing is not only was he denied the

3    opportunity, but he was given what, to me, looks to be

4    misrepresentation because a quick glance at it, when you're

5    walking and you quickly glance at it, perhaps, okay, but if he

6    did quickly glance at it, then he would have thought that the

7    sill was only one-and-three quarters inch in height or

8    thereabouts, not a full six-and-a-quarter inches.

9          So he is first denied the opportunity to see a safe

10   looking sill in the paint scheme.  Second, then he was given a

11   misleading skill -- a misleading paint scheme, rather.

12          MR. BUCHSBAUM:  Nothing further.  Thank you.

13          I just have to offer Dr. Fisher's report, which is

14   P-31, in evidence, Your Honor.

15          THE COURT:  Any objection to the report coming in?

16          MR. BROWN:  No objection, Your Honor.

17          THE COURT:  Report's in evidence.  P-31.

18   (Plaintiff's Exhibit P-31 in evidence.)

19          MR. BUCHSBAUM:  And also the Coast Guard documents

20   that I referred to, which are defendant's exhibits 10, 21, 6,

21   7, 9, and 11.

22          MR. BROWN:  No objection, Your Honor.

23          THE COURT:  10, 21, 6, 7, 9, 11 in evidence.

24   (Defendant's Exhibits 10, 21, 6, 7, 9, and 11 in evidence.)

25          MR. BUCHSBAUM:  Thank you.

```
 1            THE COURT:  Hold on one second.

 2            Cross-examine?

 3            THE DEPUTY COURT CLERK:  D-6 is in then?

 4            THE COURT:  D.  Yes, without objection.

 5            MR. BROWN:  Thank you, Your Honor.

 6  (CROSS-EXAMINATION OF KENNETH FISHER BY MR. BROWN:)

 7  Q.   Dr. Fisher, my name is Thomas Brown.  I'm an attorney

 8  with the United States government representing the defendants

 9  in this case.

10            You do not consider yourself to be a human factors

11  expert, correct?

12  A.   That's correct.

13  Q.   You're not the human factors expert to which ship

14  designers would consult or refer when they were developing the

15  specifications you discussed in your direct testimony,

16  correct?

17  A.   That's correct.

18  Q.   Your role as the naval architect in that loop was to take

19  human factors specifications a human factor expert built and

20  then see that they got applied on board a ship; is that

21  correct?

22  A.   Well, there was another organization in between, but yes.

23  Q.   And you don't have any expertise in the science that was

24  underlying the work of those human factors experts in

25  developing those standards, correct?
```

DIRECT - FISHER - BUCHSBAUM                    107

1   A.   No.  I regard them as experts like I'd regard a radar

2   technician as an expert and so forth.

3   Q.   So you defer to them in any understanding or application

4   of the field of human factors, correct?

5   A.   Well, I only know about on ship board's purposes, and

6   that's all I can do.

7   Q.   You haven't written any publications in human factors,

8   correct?

9   A.   No.

10  Q.   You don't have any formal education in the science behind

11  human factors, correct?

12  A.   That's correct.

13  Q.   Do you know what steps an expert in human factors would

14  take when investigating an accident?

15  A.   I have to ask them.

16  Q.   Do you have any scientific measures of Mr. Hinson's

17  psychological state at the time he heard the alarm and tripped

18  over the door?

19  A.   Outside my area of expertise.

20  Q.   You have not sailed as a professional marine engineer

21  correct, sir?

22  A.   I sailed as a cadet many years ago, and that's the extent

23  of my professional experience as a member of a crew.

24  Q.   So you have neither scientific nor personal anecdotal

25  experience to how Mr. Hinson would respond to hearing a horn

1    in his engine room, correct?

2    A.    Could you separate that out?

3    Q.    Do you have -- well, I already asked you, sir.  You have

4    no scientific measures of Mr. Hinson's physiologic response

5    when hearing that horn, correct?

6    A.    No scientific.

7    Q.    That's correct, right, sir?

8    A.    That's correct.

9    Q.    And you have no personal experiences because you've not

10   ever sailed as a professional marine engineer with how a

11   marine engineer would respond when hearing a horn, correct?

12   A.    Wrong.

13   Q.    In what way do you, as a person who's never sailed as a

14   professional marine engineer, understand how Mr. Hinson would

15   respond when hearing the horn?

16   A.    Because I was very impressed when I was a cadet on watch

17   in the machinery space of a steam-powered cargo ship on Winter

18   North Atlantic when the Chief Engineer -- I was on night

19   watch -- Chief Engineer comes running down, having detected an

20   alarm that we hadn't heard, and how he responded.  And he was

21   a seasoned Chief Engineer.

22         And so after taking care of the issue, when I was

23   sitting with him at lunch the next day, I remember talking to

24   him about this at length.

25   Q.    During that lunch you were a cadet, correct, sir?

1   A.   I was a cadet.

2   Q.   A cadet is a trainee, like an intern on board a ship,

3   correct?

4   A.   I was paid to do services.  It was called a cadet, but I

5   was paid.

6   Q.   You were a trainee or an intern aboard the ship, correct,

7   sir?

8   A.   I was a cadet.  I don't know -- I haven't put any other

9   name to it.  I was a cadet.  I had a Z card, which is a Coast

10  Guard's documentation, and I was paid.  So call it whatever

11  you want.

12  Q.   As a cadet, were you filling any billet on the ship that

13  the ship needed filled to sail?

14  A.   I don't know.  I didn't look at the certificate of

15  inspection, but I stood watch, you know, in machinery space.

16  Q.   You don't know, after testifying about certificates and

17  documents on this screen here, whether ships ever required

18  cadets -- excuse me -- the Coast Guard ever requires a cadet

19  on a CLI?

20  A.   That's not my area of expertise.

21  Q.   Okay.

22        You, sir, are not a human visual perception expert,

23  correct?

24  A.   That's correct.

25  Q.   Do you know what steps an expert in human visual

1   perception would take in investigating an accident and

2   formulating opinions?

3   A.   No, of course not.

4   Q.   As a naval architect, have you studied the science of

5   visual physiology?

6   A.   Not any more than to read what has evolved from the human

7   factors experts.

8   Q.   As a naval architect, have you studied the science of

9   light adaptation?

10   A.   No, sir.

11   Q.   Do you have any specific knowledge of the lighting that

12   was in the log room at the time Mr. Hinson tripped?

13   A.   Only what I see from the photographs.

14   Q.   The photographs taken after the accident?

15   A.   Well, there's one taken before -- well, yes, excuse me.

16   The one that shows the white stripe was, in fact, after the

17   accident but before there had been any modification to the

18   paint.

19   Q.   That's your only knowledge of the lighting condition at

20   the time of the accident, correct?

21   A.   I'm not certain that's correct because I didn't see any

22   evidence that the lighting had changed when I had inspected

23   the vessel.

24   Q.   Okay.

25   A.   In other words, I didn't see any new light fixtures.  I

DIRECT - FISHER - BUCHSBAUM                    111

 1  didn't see any evidence of modification of light fixtures.

 2  Q.   I'm trying to understand, are you offering any testimony

 3  today other than as an expert in naval architecture?

 4  A.   Well, the specification preparation, certainly.

 5  Q.   If I understand correctly, sir, your opinion is that

 6  there was nothing wrong with the height of the threshold

 7  onboard Denebola at the time Mr. Hinson tripped over it; is

 8  that correct?

 9  A.   I have not expressed an opinion about the height of it.

10  Q.   Do you have an opinion whether there was anything wrong

11  with the height of the threshold onboard Denebola?

12  A.   I have no opinion about that.  I think I made it clear

13  that there was no need for such a sill.  It was an option.

14  It's not required by regulation or classification.  If someone

15  wants a sill there, they put a sill.

16  Q.   Do you recall ever stating any opinion in the course of

17  developing this litigation whether or not the height of the

18  sill on Denebola was incorrect or wrong?

19  A.   No, I have not expressed such an opinion.

20  Q.   You have no opinion that the height was improper, just so

21  I understand you correctly, sir?

22  A.   There was no proper or improper.

23  Q.   Thank you.

24       Are you aware, sir, of any meaningful difference

25  between the height of the sill on Antares and the height of

DIRECT - FISHER - BUCHSBAUM                    112

1   the sill on Denebola?

2   A.   With the accuracy of using a tape measure, they were the

3   same.

4   Q.   They were the same, right, sir?

5   A.   They appeared to be the same.

6   Q.   So all the discussion of the fact that these two ships

7   were built in different shipyards and may not have been

8   perfect carbon copies, that doesn't matter to this case since

9   the sills on both were the same, correct?

10  A.   The height -- you see, you're confusing two things.

11  You're saying "the sills," but there are multiple

12  characteristics about a sill.

13  Q.   Let me break --

14  A.   If you talk about the dimensional characteristics, then

15  they were the same.

16  Q.   Let me -- to be very clear, and I appreciate that, sir,

17  let me just ask you about the height of the sill.

18  A.   The dimension.

19  Q.   Vis-à-vis their height, they matched, correct, sir?

20  A.   The dimension of the sill, the dimensional height were

21  the same.

22  Q.   So, again, just discussing dimensions and the height, the

23  fact that Antares and Denebola may not have been perfect

24  carbon copies has no bearing on this trip and fall case,

25  correct?

DIRECT - FISHER - BUCHSBAUM                    113

1    A.    I think that's correct.

2    Q.    So the only thing, other than height, that you might

3    discuss about this sill is that just the painting applied

4    thereto?

5    A.    That's part of it.

6    Q.    What else besides height and the paint scheme matters

7    about this sill, for your analysis?

8    A.    Where things were kept on the ship.  For example, the

9    chemicals kept in that space or out of that space.  Where the

10   -- from where the alarm sounded.  If those were the same, then

11   you're right.  It's just the paint schemes.

12   Q.    In the course of your experience as a naval architect,

13   have you ever designed a doorway opening?

14   A.    I have not designed a doorway opening.  I've specified

15   standard doorway openings, which were available from

16   manufacturers.

17   Q.    Now, when you were retained in this case, your assignment

18   was to search and look for and find any regulatory standard

19   that would have required Denebola to have a particular paint

20   scheme, correct?

21   A.    No, I was not given that assignment.

22   Q.    After you were retained for this case, did you go and

23   look for any pertinent or applicable standard that would have

24   said how Denebola should have had that sill painted?

25   A.    Yes, I did.

DIRECT - FISHER -  BUCHSBAUM                    114

1    Q.   When you looked, you looked at the standards of the

2    American Bureau of Shipping, which is the Classification

3    Society, correct, sir?

4    A.   Among others, yes.

5    Q.   And in looking at ABS rules and regulations, did you find

6    any standard that required a particular paint scheme on

7    Denebola's sill?

8    A.   No, I did not.

9    Q.   You also looked, sir, didn't you, at the Coast Guard's

10   regulations for commercial or civilian manned vessels,

11   correct?

12   A.   Be careful.  There are a number of military vessels which

13   also have civilian manning.  Okay.  And so I'm not trying to

14   differentiate.  For example, the salvage slugs have both the

15   military crew aboard them and civilian crew, and I have not

16   reviewed to see whether or not the Navy applies its standards

17   to those.  So I can only talk about vessels which are manned

18   solely by commercial people, not by a combination of military

19   and commercial.

20   Q.   I appreciate that.  Let's talk about Denebola.  Denebola

21   was owned by the U.S. Maritime Administration, correct?

22   A.   Yes.

23   Q.   Denebola was not owned by the United States Navy,

24   correct?

25   A.   Not at the time of Mr. Hinson's accident.

DIRECT - FISHER - BUCHSBAUM                    115

```
 1   Q.   Thank you.
 2           Mr. Hinson was one of an entirely civilian crew,
 3   correct?
 4   A.   That's correct.
 5   Q.   And more to the point, Coast Guard regulations in title
 6   or part 46 of the Code of Federal Regulations pertained to
 7   Denebola, correct?
 8   A.   Yes, they do.
 9   Q.   And in part 46 of the CFR, that's where you would look to
10   find any requirement for how to mark a sill or a commercial
11   vessel, correct, sir?
12   A.   I did look to see if there were any.
13   Q.   When you looked in part 46 of the CFR, or any other Coast
14   Guard regulations, did you find one that required Denebola to
15   have that sill painted in any particular way?
16   A.   For the regulations which applied to that ship, the
17   answer is no.
18   Q.   Are you aware of any Coast Guard regulations about how
19   markings to doorways or accesses should be on board industry
20   vessels?
21   A.   You mean commercial vessels?
22   Q.   Yes, sir.
23   A.   No, I did not.
24   Q.   Are you aware --
25   A.   Excuse me.
```

DIRECT - FISHER - BUCHSBAUM                116

1   Q.   I didn't mean to cut you off.

2   A.   Other than the navigation vessel and inspection circular,

3   I can't remember the number 92 or 82, something like that,

4   NVIC is published by the Coast Guard, and it gives

5   nonregulatory guidance to the industry.  And they publish

6   these things I won't say regularly, but fairly regularly.

7   Okay.  And the NVIC, which I'm thinking about, I don't

8   remember the number, says read these other industry standards

9   pertaining to human factors.  Okay.

10          So while the Coast Guard doesn't require that there

11  be the painting of the skills -- of the sills in a certain

12  way, it does point to human factors engineering through the

13  NVIC's.

14  Q.   Did you make reference to the NVIC or NVIC in your

15  report, sir?

16  A.   I do not recall.  I don't think so.

17  Q.   My question to you wasn't about NVIC.  It was about

18  regulations.  Do we agree that a NVIC or NVIC is not a

19  regulation?

20  A.   That's correct.  It's guidance from the Coast Guard, but

21  not a regulation.

22  Q.   And thank you.

23          My question was whether you found any Coast Guard

24  regulations that required Denebola to have that sill painted

25  in any particular way?

DIRECT - FISHER - BUCHSBAUM                117

1  A.   I did not find any such regulations.

2  Q.   Are you aware that there are regulations in part 46 of

3  the CFR that require ships to mark watertight doors on both

4  sides with lettering of a specific height?  Are you aware of

5  that, sir?

6  A.   Yes.

7  Q.   Okay.

8       Are you aware that there are also requirements in

9  that same part of the CFR for how to mark escape hatches on

10  board ships regulated by this part?

11  A.   Yes.  These have to do with survival of the crew in the

12  event of a casualty.

13  Q.   So we agree that the maritime regulations from the Coast

14  Guard can and do contemplate required markings on doors and

15  accesses?

16  A.   Wait a moment.  They require such markings only if it

17  pertains to the survival of the crew in the event -- or the

18  passengers, whoever it is -- in the event of a casualty

19  whereas this sill has nothing to do with that at all, and it's

20  not even watertight.

21  Q.   If I hear you correctly, sir, you're making a distinction

22  in what the rule-makers had in mind.  That they would mean to

23  regulate doors that have survival of the crew in mind, but not

24  other doors that could present a less significant hazard?

25  A.   Absolutely.  That's the purpose of Coast Guard

DIRECT - FISHER - BUCHSBAUM                                118

1   regulations.  Coast Guard regulations focus on survivability

2   and avoidance of casualties and survivability.  They don't

3   focus on every aspect of the design and configuration of a

4   ship.

5   Q.   And I'm curious --

6   A.   So Coast Guard regulations have evolved over the years in

7   response to casualties or the potential of casualties,

8   watertight subdivision, fire safety, electrical safety, but

9   not for things which are irrelevant to survival.

10  Q.   Have you ever been involved in the rule-making process of

11  the Coast Guard in drafting and passing regulations in that

12  part of the CFR?

13  A.   No.

14  Q.   What's the basis for your making that distinction that we

15  just discussed within that part of the CFR?

16  A.   Which distinction?  About survivability, you mean?

17  Q.   You're trying to explain that the regulations require

18  certain markings for some types of doors but not for others.

19  What's your basis for reaching that opinion and conclusion

20  about how the CFR's are drafted?

21  A.   Over the years the Coast Guard people themselves

22  published a magazine called *Proceedings*, which they publish

23  quite regularly, I think it's four times a year, discussing

24  the development of regulations that they're contemplating or

25  the implementation or the monitoring of regulations.  And so

DIRECT - FISHER - BUCHSBAUM                          119

 1   the Coast Guard itself regularly tells the public in the

 2   *Proceedings*, that magazine, about what's happening with their

 3   regulations and what's the purpose of them.

 4          So that plus discussions at conferences and plus

 5   acknowledgements from other sources, you can see that it's a

 6   survival and safety question.  It's not a question of markings

 7   or other regulations pertaining to things which really don't

 8   matter for survival or safety.

 9   Q.   But you never read an article in *Proceedings* that

10   explained that the Coast Guard's not going to regulate

11   internal doorways that present a tripping hazard in part 46 of

12   the CFR, did you?

13   A.   Not specifically about the doors.

14   Q.   Thank you, sir.

15   A.   But I've read articles by the people from the Coast Guard

16   who were in charge of developments who always tell everybody

17   that they're focusing on the survival and safety of ships, and

18   they specifically talk about that they're not trying to

19   regulate everything.

20   Q.   Dr. Fisher, we discussed your review of ABS standards and

21   the Coast Guard regulations.  In addition to those things you

22   also looked at to recognize professional societies to see if

23   they had published any standards for how to mark this sill on

24   Denebola, correct?

25   A.   Wait a moment, please.  You misspoke.  ABS doesn't have

DIRECT - FISHER - BUCHSBAUM                    120

1   standards.  ABS has rules.  And it's a different, you know, if

2   you want to get particular about it, so we're talking about

3   the ABS rules, not the ABS standards.  If you make that

4   substitution, I'll agree with you.

5   Q.   I'm fine with that.  So in addition to the ABS rules and

6   the Coast Guard regulations, you also looked to recognized

7   professional societies to see if there were any standards that

8   you would require Denebola to have this sill painted in a

9   particular way, correct?

10  A.   No.

11  Q.   You didn't look to the industry standards of a recognized

12  professional society, sir?

13  A.   Well, I mean, I'm already familiar with them.  I didn't

14  have to review them.  I know that the Society of Naval

15  Architects and Marine Engineers, for example, here in the

16  United States doesn't have such standards.  They have

17  standards pertaining to certain ship construction procedures

18  and methods and corporations, but not about the color of sills

19  because the expectation is that industry custom and practice

20  will follow the lead of the Navy and the Coast Guard for their

21  own ships.

22  Q.   I appreciate that correction.

23        So you did not find -- you're not aware of any

24  requirement from a professional society for how Denebola

25  should have had that sill painted, correct?

DIRECT - FISHER - BUCHSBAUM                         121

```
 1   A.   Well, not without specificity.  But not -- for any
 2   non-watertight sills.
 3   Q.   Doctor, you spoke to the standards of the U.S. Navy and
 4   the U.S. Coast Guard, so I want to spend a few minutes on
 5   those.
 6            Have you ever designed warships for the Navy?
 7   A.   No.
 8   Q.   Have you ever designed cutters for the U.S. Coast Guard?
 9   A.   No.
10   Q.   Do you know what the complement of a Navy destroyer is?
11   A.   The new ones or the old ones?
12   Q.   The Arleigh Burke-class DDG.  Do you know what the crew
13   compliment is aboard that ship, sir?
14   A.   It's approximately 200 people.
15   Q.   Do you know what the complement of a Coast Guard high
16   endurance cutter is?
17   A.   Approximately 140, 150 people.
18   Q.   Would you agree that these ships have no more sailors
19   aboard than Denebola?
20   A.   At the time the Denebola -- of Mr. Hinson's accident,
21   there was only a maintenance crew aboard.
22   Q.   Let's imagine Denebola has a full complement and is
23   underway.  Would you agree that a Navy destroyer has a much
24   larger crew than Denebola?
25   A.   Are you talking about the commercial crew or any military
```

DIRECT - FISHER - BUCHSBAUM                    122

1  supplement?

2  Q.   Put everyone you want aboard, sir.  Would you agree that

3  a Navy destroyer has a larger crew complement than Denebola?

4  A.   Likely, yes.

5  Q.   Does Denebola, with its civilian crew, ever have to train

6  to go to general quarters like a Navy or a Coast Guard ship?

7  A.   The equivalent of general quarters is to -- for fire

8  drills and man overboard drills and flooding drillings.

9  Q.   Does Denebola have a canon or heavy guns on deck?

10 A.   No.

11 Q.   The ship simply carries cargo for the military, correct?

12 A.   Yes.

13 Q.   It has no offensive capability and no drug interdiction

14 capability, correct?

15 A.   That's correct.

16 Q.   Do we agree that there was no requirement, no legal

17 requirement for Denebola to apply Coast Guard or Navy warship

18 standards in marking the sill on which Mr. Hinson tripped?

19 A.   The judge will answer that question.  That's beyond my

20 expertise.

21 Q.   You looked, didn't you, sir, for the Coast Guard and Navy

22 standards?  You looked those up?

23 A.   You asked legal.  You said do I have a legal.  You put

24 that in -- of something.  I'm not an attorney.  I'm not tasked

25 with, I'm not prepared to, I'm not qualified to make a legal

1    interpretation.

2    Q.   Does the Coast Guard color and coating's manual apply

3    directly to Denebola with respect to how to mark that sill?

4    A.   As a requirement or as industry custom and practice?  As

5    industry custom and practice, it certainly does.  But in terms

6    of from a regulatory point of view, it does not.

7    Q.   Let's break that apart because the manual is a manual.

8    Does that manual apply to Denebola?

9    A.   It was not written for the SL-7's.  It was not written

10   for a commercial vessel.  It was written for Coast Guard owned

11   vessels.

12   Q.   Right.  It was written for Coast Guard cutters, correct,

13   sir?

14   A.   Among other vessels.

15   Q.   Denebola is not one of those vessels covered correct,

16   sir?

17   A.   Not now.

18   Q.   And not at the time Mr. Hinson tripped, right?

19   A.   Correct.

20   Q.   Same thing with the Navy standards, sir.  Those

21   standards, the Navy's scheme for how to paint hazards, those

22   did not apply to Denebola at the time of the accident,

23   correct?

24   A.   Wow.  What an interesting question.  I don't mean to be

25   facetious at all.  It's just that we have to remember that the

1  ships were first commercial and then they were Navy ships,

2  U.S.N.S., United States naval ship.  So they were Navy ships,

3  and, therefore, while they were Navy ships they were certainly

4  subject to the Navy's own standards for painting sills.

5         Then they got transferred, for whatever reason, to

6  become owned by the U.S. Maritime Administration rather than

7  by the Navy.  So a different U.S. department.  Okay.

8         That didn't change the functional capability because

9  they had already been converted for the Navy service.  Okay.

10  So even though that they're technically owned by a non-Navy

11  government entity, okay, they're still providing the same

12  service as when they were the converted to be a Navy ship.

13         So I can't see that suddenly we can make it less safe

14  or less applicable because certainly I would think that the

15  civilian crew aboard the vessel, when it's owned by the

16  Maritime Administration, should be entitled to the same level

17  of safety and concern as a Navy crew member when the ship was

18  owned by the U.S. Navy.

19  Q.  Mr. Hinson, with all due respect, that's not responsive.

20  You launched into a narrative.  I'm asking you about the Navy

21  instruction you cited in your report, which is OPNAV

22  instruction 5100.19 echo of 10 May 2007.  Do you recall citing

23  to that report, that instruction in your report, sir?

24  A.  Yes, I did.

25  Q.  And that report is from 2007, correct?

1   A.   Yes.

2   Q.   Do you know when Denebola was transferred from MSC to

3   MARAD?

4   A.   That was the latest version, but certainly it was

5   transferred earlier than that.

6   Q.   Okay.

7   A.   But I didn't read the contract between the Navy and

8   MARAD, which said under these conditions you can operate these

9   ships for us.

10  Q.   I didn't ask that, sir.

11       Sir, are you aware that if OPNAV instruction ever

12  applied to Military Sealift Command vessels, or does it just

13  apply to combatants, perhaps?

14  A.   As I've tried to explain, perhaps I was not clear, it was

15  designed to apply to the Navy vessels, vessels owned by the

16  Navy, but, okay, it can apply without any cost impact to

17  non-Navy vessels.

18  Q.   It could apply, but it does not strictly apply by any

19  requirement to Denebola, correct?

20  A.   Well, that's the reason why I mentioned contract.

21  Q.   Can I ask if you agree with that question first, sir,

22  before --

23  A.   That's what I'm saying.

24       THE COURT:  One at a time.

25       THE WITNESS:  I can --

DIRECT - FISHER - BUCHSBAUM                    126

1          THE COURT:  Ask the original question.  If you can't

2    answer it, you can say you can't answer it.  If you don't

3    remember it, you can say you don't remember it.  Hopefully you

4    do if he doesn't.

5          MR. BROWN:  Thank you, Your Honor.

6          THE COURT:  Do you remember the question?

7          THE WITNESS:  No.

8          THE COURT:  Ask the question.

9    BY MR. BROWN:

10   Q.   Dr. Fisher, does the Navy manual apply as a requirement

11   to Denebola with respect to painting that sill?

12   A.   I cannot answer the question without reference to the

13   contract which assigned the ships to Maritime Administration.

14   Q.   Is it your position that the Navy standard is not by law

15   required to be applied to Denebola?

16   A.   Not by law.

17   Q.   That's your position.  It's not by law required to be

18   applied to Denebola, correct?

19   A.   This is -- this is, no, this is a belief, but this is not

20   an expert opinion because I'm not the attorney that would have

21   to answer that.  I'm not skilled in those matters.

22   Q.   Do you recall being asked about this in a deposition you

23   gave with Mr. Joseph present and for this Court's benefit?

24   A.   I don't recall what the question was and what my answer

25   was in that deposition.

DIRECT - FISHER - BUCHSBAUM                127

1   Q.   Do you recall whether or not you said that the Navy

2   standard is not by law required to be applied to Denebola.

3   A.   Again, that's my belief as a nonlegal expert.  That was

4   correct.

5   Q.   When you gave that testimony to Mr. Joseph, did you

6   explain that that statement was not expert testimony whereas

7   the rest of your deposition was expert testimony?

8          MR. BUCHSBAUM:  Objection.

9          THE COURT:  It's cross-examination.  I'm allowing it.

10         THE WITNESS:  I don't think I went that far at the

11  time.

12  BY MR. BROWN:

13  Q.   Dr. Fisher, we're going to look at your report where you

14  quote from the 2007 Navy instruction.

15         Do you see that zoom-in, sir, from the paragraph B1

16  which you quoted in your report?

17  A.   Yes, sir.

18  Q.   In that quote, do you see the words sill, threshold or

19  coaming?

20  A.   The word itself is not there.

21  Q.   Is it your interpretation that the reference to a falling

22  or tripping hazard would include the sill at issue in this

23  case?

24  A.   Stumbling and tripping certainly do.

25  Q.   That's your interpretation, correct, sir?

1   A.   That's what I'm here for.

2   Q.   Do you have experience interpreting Navy instructions?

3   A.   I'm not sure what that means.

4   Q.   Okay.  I'll move on.

5         Do you know if Navy surface combatant commanders

6   interpret this instruction to require that warship sills be

7   painted in yellow?

8   A.   You have to ask them.

9   Q.   Okay.

10        Have you been in the Navy?

11  A.   No.

12  Q.   Have you been underway on warships routinely?

13  A.   No.

14  Q.   Did you interview anyone in the Navy to see if this

15  instruction applied to surface warship sills?

16  A.   No.

17  Q.   On the next page of your report, sir, you similarly

18  quoted from the Coast Guard manual.  I'll take a quick look at

19  that.

20        Next paragraph, do you see there, sir, that paragraph

21  2, that's your quotation from the Coast Guard coatings and

22  color manual, correct?

23  A.   Yes.

24  Q.   Do you see there the words threshold, sill, or coaming?

25  A.   Again, that word isn't there, but it's implied by the

DIRECT - FISHER - BUCHSBAUM                129

1   stumbling and falling hazards.

2   Q.   You take that to be the implication, correct?

3   A.   Among other hazards, yes.

4   Q.   Do you know if Coast Guard commanders of cutters

5   interpret this regulation to require the marking of thresholds

6   in yellow on Coast Guard cutters?

7   A.   Well, I certainly see it in the photograph down below

8   that.  That's a Coast Guard vessel, so I have no reason to

9   doubt it.

10  Q.   Okay.  Have you ever served on a Coast Guard cutter?

11  A.   No.

12  Q.   Let's take a closer look at that photo, which is on the

13  bottom of page 8 of Plaintiff's Exhibit-31.  That's

14  immediately below where you quoted from the Coast Guard's

15  color and coatings manual, correct?

16  A.   Yes.

17  Q.   So you use this as an illustration of the Coast Guard's

18  application of its coatings and color's policy, correct?

19  A.   Yes.

20  Q.   Do you know that this is a photo -- well, what ship is

21  this, sir?

22  A.   The Taney, Coast Guard cutter the Taney.

23  Q.   Do you know that Coast Guard Taney is a museum ship

24  parked in Baltimore?

25  A.   Sure.  I would love to have gone on other ships, but the

DIRECT - FISHER - BUCHSBAUM                    130

 1  Coast Guard ships these days are part of the Department of

 2  Homeland Security and civilians are not allowed to go aboard

 3  to take photographs.

 4  Q.   So this photo here is not of a Coast Guard cutter.  It's

 5  of a museum ship, correct?

 6  A.   It's in the form it was when retired.

 7  Q.   You know the form of the Taney when she was retired and

 8  converted to a museum ship?

 9  A.   When you go down to the museum you see that.  That's what

10  they say.

11  Q.   Do you have any knowledge whether that sill has been

12  repainted since Taney's retirement from commissioned service

13  in 1986?

14  A.   If it has been repainted, it's been repainted in the same

15  manner.

16  Q.   How do you know that, sir?

17  A.   It's implied by the fact that they represent this is the

18  condition the ship's maintained.

19  Q.   "They" being the museum operators?

20  A.   The museum operators state -- I guess that statement is

21  from the museum operators, yes.

22  Q.   Okay.  Do you know who visits this museum in Baltimore?

23  A.   Civilians.

24  Q.   Can we agree that young children visit this museum ship?

25  A.   Among others.

DIRECT - FISHER - BUCHSBAUM                    131

1   Q.   Can we agree that elderly persons visit this ship?

2   A.   I did.  I'm elderly.

3   Q.   Can we agree that the clientele, the people transiting

4   through these thresholds on this museum ship differ

5   significantly from the personnel manning Denebola, an active

6   merchant ship?

7   A.   No, I can't.  They're different, but I can't say that

8   just because an elderly person is walking through the museum

9   ship doesn't mean that a crew person wouldn't be entitled to

10  the same level of safety.

11          This is what puzzles me that if it's a zero cost

12  implementation to provide a safer environment, why not do it?

13  If they provide the safer environment for children and

14  elderly, why not provide it for everybody else along the way?

15  Q.   Dr. Fisher, this ship was decommissioned in 1986,

16  correct?

17  A.   Yes.

18  Q.   The Coast Guard coatings manual you quoted came into

19  force in 2014, correct?

20  A.   The current version of it.

21  Q.   Okay.  Did you cite to any prior versions in your report?

22  A.   I didn't look for them because it preceded the date --

23          THE COURT:  There's no question.

24          THE WITNESS:  Sorry.

25  BY MR. BROWN:

DIRECT - FISHER - BUCHSBAUM                    132

```
 1   Q.   I have a few questions for you about your understanding
 2   of the accident itself.
 3             You heard the testimony earlier today that Mr. Hinson
 4   had stepped literally through hundreds of different coamings,
 5   correct?
 6   A.   I think you've misstated the word "through."  He stepped
 7   over.  You don't walk through a coaming.  You walk through an
 8   opening.  You step over a coaming.
 9   Q.   I love a clear correction.  I thank you for that.  He
10   stepped through hundreds of doorways and over coamings,
11   correct?
12   A.   Yes.
13   Q.   He testified and you heard him testify that he
14   stepped into the log room on Denebola without tripping,
15   correct?
16   A.   That's correct.
17   Q.   Did you know in forming your opinions how long he had
18   spent inside that room?
19   A.   I didn't get a sense of exact number of minutes, but it
20   was approximately in the vicinity of ten minutes.
21   Q.   Did you have an opportunity to interview Mr. Hinson
22   before you formed your opinions?
23   A.   No, because my opinion is not based on that information.
24   Q.   So you didn't interview him before forming your opinions,
25   correct?
```

DIRECT - FISHER - BUCHSBAUM                    133

1   A.   That's correct.

2   Q.   Your opinion did make reference to, for instance, the

3   speed or dispatch with which Mr. Hinson responded to the horn,

4   correct?

5   A.   Yes.

6   Q.   But you made that opinion or you relied on that without

7   having interviewed him, correct?

8   A.   That's correct.

9   Q.   When Mr. Hinson stepped out of the log room, he stepped

10  out of that doorway, do you know if the door itself was

11  latched open or closed?

12  A.   I don't know.  I had assumed it was latched open.

13  Q.   Okay.

14        Sir, we're going to look at page 5 of your report,

15  which is Plaintiff's Exhibit-31.

16        Do you see the photograph at the bottom of that page,

17  sir?

18  A.   Yes, sir.

19  Q.   This is, if I understand correctly, I think we'll agree

20  this looking into the log room from that passage area

21  immediately outside of it, correct?

22  A.   Yes.  After the paint had been changed.

23  Q.   Right.  In this photo we have a different paint condition

24  than was in existence at the time Mr. Hinson tripped over the

25  threshold, correct?

DIRECT - FISHER - BUCHSBAUM                    134

1   A.   Correct.

2   Q.   And you see there that open door we were just discussing,

3   correct?

4   A.   Yes.

5   Q.   And that is that lightest color white object that's in

6   the center of the picture, correct?

7   A.   Yes.  Vertical.

8   Q.   Now, would you agree with me that you can see an air gap

9   between the deck and the bottom of that door in this

10  photograph?

11  A.   Yes.

12  Q.   In other words, the door doesn't slide across or drag

13  across the deck directly, right, sir?

14  A.   That's correct.

15  Q.   Did you measure how high off the deck the bottom of that

16  door was?

17  A.   I remember measuring it, and it's probably in my notes,

18  which aren't in the report here, but it was close to -- the

19  overlap between the bottom of the door and the sill was less

20  than an inch.

21  Q.   So with the door closed there was less than an inch of

22  the overlap from the bottom of that door and the top of the

23  sill on which Mr. Hinson tripped, correct?

24  A.   Yes.

25  Q.   So that would mean that the air gap between the deck and

DIRECT - FISHER - BUCHSBAUM                135

1  the bottom of that door was about five inches or so?

2  A.   About.

3  Q.   Okay.

4        And there is an overlap, right?  There's not an air

5  gap when the door's closed?

6  A.   That's right.  The reason why I noticed that was to see

7  if there was a gasket there to make it gas tight, and it was

8  not.

9  Q.   Would you agree that that open door would provide visual

10 reference to someone passing through, that the threshold

11 height was greater than two inches?

12 A.   No.

13 Q.   Well, if the door is five inches off the deck and it has

14 an overlap, that has to mean that there's at least five or so

15 inches of sill, correct?

16 A.   If you're looking at that door from the perspective of

17 this photograph, perhaps.  But if you're standing in the room

18 looking out, so the door is parallel to your vision, the

19 answer is probably not.

20 Q.   Is it your understanding that Mr. Hinson was standing

21 there and looking out of the door when he tripped?

22 A.   He was on his way out when he tripped.  He was on the way

23 out.

24 Q.   So you don't know whether he was looking down at the

25 bottom of that door or any other place down, correct?

1  A.   Well, I thought from what he testified to today was my

2  understanding that he looked and thought that the white part

3  of the sill, as it was painted then, demonstrated or

4  illustrated the height of the sill.

5  Q.   Okay.  And we'll all have the opportunity later to look

6  at this transcript very carefully because I also heard him

7  discuss things being a blur in the heat of the moment.  But if

8  your understanding is he's looking down at the white strip or

9  stripe at the top of the threshold, wouldn't the bottom of

10 that door also be in his field of vision?

11 A.   That's what I just said.  It depends where you're

12 looking.  If you're looking parallel to the door, then your

13 perspective is all together different than when you're looking

14 at something which is perpendicular to your line of vision.

15 So that's it.  From my personal experience I understand that.

16 So I'm not going to say that when you're looking at something

17 parallel to you, you have the same perspective in depth --

18 perception of depth as you do when you're looking at something

19 which is perpendicular to your line of vision.  That's all I'm

20 saying.  So I don't know.  I don't know what he looked at, for

21 how long.  Okay.

22          MR. BROWN:  I have no other questions.

23          THE COURT:  Any redirect?

24          MR. BUCHSBAUM:  Just one, Your Honor.

25 (REDIRECT EXAMINATION OF KENNETH FISHER BY MR. BUCHSBAUM:)

DIRECT - FISHER -  BUCHSBAUM                    137

1   Q.   We heard about a lot of regulations about sills and doors

2   and Navy vessels and Coast Guard vessels.  Is there any

3   regulation stating that you cannot paint the sill the color it

4   was painted after this accident, that you're forbidden to do

5   that?

6   A.   No, there's nothing which forbids you to do that.  But

7   you brought that question up, and I just have to tell you that

8   we just looked at it on the Exhibit 5 of my report.  And I --

9   I'm amazed that somebody did that after accident.

10              MR. BROWN:  Your Honor, I have to object.

11              THE COURT:  Sustained.  This is a subsequent remedial

12   measure that's irrelevant and not permitted under 407.

13              MR. BUCHSBAUM:  Nothing further.

14              THE COURT:  Thank you.  Any recross?

15              MR. BROWN:  No, Your Honor.

16              THE COURT:  Okay.  You may step down.

17              THE WITNESS:  Thank you, Your Honor.

18              THE COURT:  Thank you.  How do you wish to proceed,

19   counsel?  We have a movie, 41 minutes.

20              MR. BUCHSBAUM:  A 41-minute video deposition of the

21   treating doctor, which I can play for Your Honor before or

22   after lunch.  Whatever your preference.

23              THE COURT:  I prefer to keep moving.  Give you 15

24   minutes, is that all right?

25              MR. BUCHSBAUM:  That's fine.

 1            MR. BROWN:  Even five minutes is fine.

 2            MR. BUCHSBAUM:  I have to cue it up.

 3            (A short recess occurred.)

 4            THE COURT:  Are there any things on the video that

 5     need to be --

 6            MR. BUCHSBAUM:  Redacted?  I don't think so, Your

 7     Honor.

 8            MR. JOSEPH:  There's one objection that the United

 9     States withdraws.

10            THE COURT:  Okay.  All right.  Let's see if this

11     works.

12            (The videotaped deposition of Dr. Sclafani was played

13     at this time.)

14            MR. BROWN:  The United States would like to move into

15     evidence the two exhibits used in that deposition, so it's

16     Plaintiff's Exhibit-22 and then U.S. Exhibit-15.

17            THE COURT:  Any objection?

18            MR. BUCHSBAUM:  No objection.

19     (Plaintiff's Exhibit P-22 in evidence.)

20     (Defendant's Exhibit D-15 in evidence.)

21            MR. BUCHSBAUM:  We'd also like to move Exhibits 23,

22     24.  That's it.

23            THE COURT:  Any objection?

24            MR. JOSEPH:  No objection, Your Honor.

25            THE COURT:  Okay.  In evidence.

DIRECT - FISHER - BUCHSBAUM                       139

1    (Plaintiff's Exhibits P-23 and P-24 in evidence.)

2           THE COURT:  I assume that concludes our trial day for

3    today?

4           MR. BUCHSBAUM:  Yes, Your Honor.

5           THE COURT:  So what do we have for tomorrow?

6           MR. BUCHSBAUM:  We have plaintiff's vocational expert

7    David Stein and plaintiff's economic expert Kirstin Kucsma,

8    which I believe -- even that Your Honor has already read

9    everything -- should hopefully be done in an hour or so.

10          THE COURT:  Both of them in an hour?

11          MR. BUCHSBAUM:  Yes, depending on the cross.

12          THE COURT:  That's optimistic.  Counsel, what do you

13   think?

14          MR. JOSEPH:  I would say, just out of an abundance of

15   caution, about a half hour each for cross.

16          THE COURT:  That's two hours.  I guess 9:15.  Gives

17   us a little wiggle room.

18          MR. JOSEPH:  Sounds good.

19          THE COURT:  Thank you.  Thank you counsel for

20   everything.  Enjoy the evening.

21          THE DEPUTY COURT CLERK:  All rise.

22          (Court concludes at 1:51 p.m.)

23

24

25

1          FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE.

2             - - - - - - - - - - - - - - - - - - - - - -

3

4      I certify that the foregoing is a correct transcript from

5  the record of proceedings in the above-entitled matter.

6

7

8      I

9

10

11  **/S/ Megan McKay-Soule, RMR, CRR**     **October 31, 2019**

12          Court Reporter                      Date

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'74** [1] - 59:21

# 0

**01212** [1] - 22:17
**07101** [1] - 1:10
**07751** [1] - 2:4

# 1

**1** [3] - 1:6, 18:11, 76:6
**1-to-10** [3] - 76:6, 76:20, 77:7
**10** [8] - 4:12, 21:12, 76:6, 76:7, 106:16, 106:19, 106:20, 125:17
**106** [2] - 4:11, 4:12
**107** [1] - 3:7
**1099** [1] - 17:11
**10th** [2] - 7:23, 7:24
**11** [3] - 94:16, 106:17, 106:19
**12** [4] - 16:12, 39:23, 40:3, 50:11
**120** [2] - 17:6, 86:12
**120,000** [1] - 12:12
**12th** [2] - 7:8, 50:7
**13** [1] - 40:9
**137** [1] - 3:8
**139** [3] - 4:13, 4:14, 4:15
**13th** [1] - 50:7
**14** [2] - 16:12, 45:4
**140** [1] - 122:12
**14:30** [1] - 41:17
**15** [3] - 21:12, 56:17, 138:18
**150** [3] - 14:10, 86:13, 122:12
**16** [1] - 94:22
**16th** [1] - 20:13
**175** [1] - 2:9
**17th** [1] - 20:13
**18.1** [1] - 52:25
**18th** [1] - 20:13
**19** [1] - 47:14
**1953** [1] - 7:8
**1964** [1] - 81:3
**1970s** [1] - 85:5
**1971** [1] - 59:21
**1976** [2] - 14:16, 33:1
**1977** [3] - 8:11, 59:23, 60:11
**1981** [4] - 59:23, 65:5, 65:8, 65:17
**1984** [2] - 62:13, 62:16
**1986** [2] - 131:8,

**132:10**
**1997** [1] - 8:11
**1:51** [1] - 140:17
**1st** [2] - 20:13, 94:11

# 2

**2** [3] - 1:10, 2:4, 129:16
**2.7** [1] - 46:23
**20** [4] - 3:14, 9:7, 9:12, 9:14
**20/20** [1] - 17:18
**200** [2] - 14:10, 122:9
**20002** [1] - 2:9
**2007** [4] - 60:17, 125:17, 125:20, 128:9
**2014** [3] - 65:18, 66:2, 132:14
**2016** [23] - 19:25, 20:7, 24:20, 35:22, 37:16, 38:2, 38:12, 38:18, 41:4, 41:16, 42:10, 43:23, 44:6, 44:16, 46:8, 48:2, 49:2, 49:10, 50:7, 51:3, 60:11, 67:1, 75:5
**2018** [10] - 50:7, 50:10, 50:11, 68:16, 68:21, 69:25, 70:8, 70:11, 94:11, 94:16
**2019** [2] - 1:11, 5:3
**202** [1] - 2:10
**2020** [2] - 10:1, 56:24
**20th** [4] - 20:12, 44:6, 44:8, 44:16
**21** [5] - 2:4, 4:12, 106:16, 106:19, 106:20
**212** [1] - 2:5
**215)779-6437** [1] - 1:21
**22nd** [2] - 20:7, 20:11
**23** [1] - 139:16
**233-9385** [1] - 2:5
**23rd** [3] - 22:23, 22:25, 23:3
**24** [2] - 73:4, 139:17
**24th** [14] - 24:4, 24:20, 25:9, 35:22, 37:16, 38:2, 38:12, 41:4, 41:16, 43:23, 44:8, 44:22, 51:3, 55:6
**25** [2] - 17:8, 23:25
**25th** [3] - 38:18, 55:2, 55:7
**26** [1] - 17:8
**2692** [1] - 43:15
**26th** [1] - 55:7

**27** [3] - 3:15, 3:16, 27:19
**27th** [6] - 55:7, 68:15, 68:21, 69:25, 70:8, 70:11
**28** [2] - 3:17, 3:18
**29** [2] - 1:11, 5:3
**29th** [2] - 20:13, 46:8
**2:30** [1] - 32:23

# 3

**3** [1] - 94:15
**30** [3] - 62:19, 76:10, 94:23
**30-inch** [1] - 94:21
**300** [1] - 14:10
**30th** [1] - 42:10
**31** [1] - 3:18
**34** [1] - 27:2
**35** [2] - 60:14, 66:22
**36** [1] - 3:19
**3:00** [1] - 32:23
**3:18-cv-00870-BRM-LHG** [1] - 1:4
**3rd** [2] - 49:2, 49:10

# 4

**4** [2] - 34:9, 36:7
**40** [3] - 3:20, 3:21, 52:24
**40-pound** [1] - 52:25
**400** [1] - 82:22
**401(k** [1] - 17:1
**407** [1] - 138:7
**41** [2] - 3:22, 138:14
**41-minute** [1] - 138:15
**42** [2] - 3:23, 3:24
**43** [3] - 3:25, 4:1, 4:2, 80:23
**45** [1] - 4:3
**46** [6] - 104:15, 116:2, 116:5, 116:9, 117:22, 120:6
**460-6577** [1] - 2:10
**47** [3] - 4:4, 4:5, 4:6
**4th** [1] - 20:12

# 5

**5** [2] - 134:9, 138:3
**5,285** [2] - 65:21, 66:5
**50** [1] - 66:8
**50-foot** [1] - 53:10
**5100.19** [1] - 125:17
**52** [2] - 4:7, 69:9
**57** [1] - 4:8
**59** [2] - 3:5, 4:9

# 6

**6** [6] - 3:3, 4:12, 100:21, 106:16, 106:19, 106:20
**6,000** [1] - 82:23
**6th** [5] - 20:11, 48:2, 48:10, 48:12, 49:5

# 7

**7** [6] - 3:4, 4:12, 92:24, 106:17, 106:19, 106:20
**702** [1] - 104:23
**72** [1] - 4:10
**7th** [2] - 20:12, 75:5

# 8

**8** [4] - 52:16, 76:21, 100:21, 130:8
**80** [2] - 3:6, 3:6
**800** [1] - 86:17
**82** [1] - 116:24
**8th** [1] - 2:9

# 9

**9** [5] - 3:14, 4:13, 106:17, 106:19, 106:20
**900** [1] - 86:17
**92** [1] - 116:24
**946** [1] - 12:5
**9:15** [1] - 140:11
**9:30** [2] - 1:11, 5:3

# A

**a.m** [2] - 1:11, 5:3
**Ability** [1] - 52:17
**able** [19] - 10:19, 18:19, 43:22, 49:12, 52:23, 53:2, 53:5, 53:7, 53:9, 53:14, 53:16, 53:18, 54:9, 54:12, 72:24, 75:1, 81:12, 95:4, 95:6
**able-bodied** [1] - 10:19
**aboard** [4] - 41:18, 66:25, 88:14, 110:2, 115:11, 122:8, 122:14, 122:16, 122:22, 125:10, 130:22
**ABS** [13] - 92:7, 93:14, 93:15, 93:21, 94:7, 102:3, 115:1, 120:15, 120:20,

**120:21, 120:23, 120:25**
**ABS's** [2] - 94:5, 94:6
**absolutely** [5] - 83:6, 91:18, 97:22, 102:21, 118:20
**abuchsbaum@ friedmanjames. com** [1] - 2:6
**abundance** [1] - 140:9
**accept** [5] - 14:25, 15:2, 100:5, 100:7, 101:24
**accesses** [2] - 116:15, 118:10
**Accident** [1] - 42:14
**accident** [36] - 14:16, 14:18, 22:24, 24:15, 30:15, 33:22, 34:13, 35:16, 38:12, 55:3, 55:4, 55:6, 64:4, 68:11, 69:20, 69:23, 78:2, 87:14, 95:5, 95:8, 95:16, 95:18, 96:1, 104:3, 104:5, 108:10, 110:22, 111:10, 111:13, 111:16, 115:21, 122:15, 124:17, 132:22, 137:24, 138:4
**accidents** [2] - 44:9, 104:18
**accomplish** [1] - 88:14
**accordance** [2] - 98:7, 101:2
**according** [3] - 55:2, 95:25, 100:7
**account** [1] - 99:12
**accumulation** [1] - 91:10
**accuracy** [1] - 112:23
**accurate** [13] - 24:19, 30:13, 39:24, 60:15, 63:14, 63:15, 67:15, 68:16, 68:21, 72:25, 73:1, 74:11, 75:5
**achieve** [1] - 8:2
**acknowledge** [3] - 29:13, 29:16, 99:4
**acknowledged** [1] - 82:19
**acknowledgements** [1] - 119:25
**acquire** [1] - 61:22
**act** [1] - 30:1
**actions** [1] - 88:8
**active** [1] - 131:25
**activities** [2] - 78:22,

78:23
adaptation [1] - 111:5
add [4] - 74:1, 85:20, 85:21, 86:15
added [1] - 86:3
addition [4] - 46:25, 88:7, 120:16, 120:25
additional [2] - 86:11, 86:17
address [3] - 94:1, 94:7, 99:25
addressed [1] - 90:25
Administration [4] - 115:17, 125:1, 125:11, 127:8
admissibility [1] - 9:10
admissible [1] - 87:15
admission [1] - 42:8
admitted [1] - 52:1
adult [1] - 61:6
age [1] - 57:1
aggressively [1] - 6:7
agility [1] - 54:15
ago [4] - 61:9, 62:19, 69:25, 108:18
agree [15] - 31:18, 117:13, 118:8, 120:24, 122:13, 122:18, 122:22, 123:11, 126:16, 131:19, 131:21, 131:23, 134:14, 135:3, 136:4
agreed [3] - 42:23, 43:7, 43:15
agreement [1] - 20:24
agrees [1] - 24:5
ahead [7] - 34:5, 88:3, 88:23, 98:12, 102:15, 104:20, 105:9
aided [1] - 1:23
air [3] - 135:3, 135:20, 135:24
aircraft [1] - 9:1
alarm [24] - 11:25, 29:6, 29:7, 29:9, 29:10, 29:11, 29:13, 29:15, 29:18, 29:24, 30:8, 30:9, 32:11, 39:6, 71:18, 71:22, 72:3, 73:10, 73:13, 73:19, 108:13, 109:16, 114:6
alarms [1] - 73:2
Aleve [2] - 56:6, 77:22
algebra [1] - 61:5
alleged [1] - 5:23
allow [2] - 87:19,

105:8
allowed [1] - 130:22
allowing [1] - 128:4
alternating [3] - 100:14, 101:3, 101:21
amazed [1] - 138:4
AMERICA [1] - 1:6
America [1] - 5:10
American [4] - 16:21, 92:6, 92:15, 114:23
amount [2] - 50:22, 62:7
analysis [1] - 114:3
analyzes [1] - 97:16
analyzing [1] - 98:14
anchored [1] - 16:3
ANDREW [1] - 2:3
Andrew [1] - 5:6
anecdotal [2] - 103:18, 108:20
animated [1] - 6:1
ANSWER [1] - 69:14
answer [12] - 30:9, 69:14, 72:3, 98:8, 116:13, 123:14, 126:22, 127:7, 127:16, 127:19, 136:14
Antares [40] - 12:5, 12:9, 12:14, 18:7, 18:16, 18:20, 19:24, 20:6, 20:11, 20:17, 20:23, 24:6, 24:24, 33:9, 33:10, 33:12, 33:19, 33:22, 35:25, 36:18, 41:17, 48:9, 66:25, 67:4, 67:7, 67:10, 67:17, 68:3, 68:7, 68:10, 69:13, 69:17, 74:13, 75:5, 84:18, 85:6, 87:7, 89:4, 112:21, 113:19
Antares's [3] - 67:20, 67:23, 67:24
apart [1] - 124:2
appear [2] - 88:25, 90:9
appearances [1] - 5:4
appeared [1] - 113:1
applicable [4] - 90:11, 102:1, 114:19, 125:9
applicant [1] - 52:23
application [2] - 107:24, 130:13
applied [9] - 98:17, 107:16, 113:24, 116:12, 126:7, 127:10, 127:13, 127:22, 129:10

applies [1] - 115:12
apply [12] - 90:14, 101:3, 123:12, 123:22, 124:3, 124:17, 126:8, 126:10, 126:11, 126:13, 127:5
applying [1] - 98:18
appreciate [3] - 113:12, 115:16, 121:17
appreciated [1] - 100:15
approach [1] - 68:25
approaching [1] - 100:16
appropriate [3] - 82:12, 87:22, 90:7
approximate [1] - 12:8
April [3] - 20:12, 20:13
architect [7] - 97:15, 104:7, 107:14, 110:25, 111:4, 114:8
Architects [1] - 121:10
architects [2] - 80:20, 89:13
architecture [5] - 81:2, 81:17, 81:18, 84:4, 111:24
Architecture [1] - 81:4
area [8] - 39:3, 81:11, 84:8, 97:5, 99:19, 108:15, 110:16, 134:15
areas [6] - 82:10, 83:18, 83:19, 83:21, 84:1, 84:4
arguments [1] - 5:21
Arleigh [1] - 122:7
arm [19] - 32:18, 32:19, 32:20, 34:15, 34:18, 34:24, 35:7, 36:5, 49:12, 49:17, 50:1, 50:23, 51:6, 51:11, 56:3, 56:8, 56:10, 77:10
arrangement [1] - 98:2
arrow [1] - 34:4
article [1] - 120:4
articles [1] - 120:10
AS [2] - 6:21, 80:3
ashore [1] - 41:5
aside [1] - 40:15
aspect [1] - 118:23
assigned [8] - 10:5, 15:10, 19:24, 20:17, 23:11, 33:10, 74:23, 127:8
assignment [2] -

114:13, 114:17
assistance [9] - 35:1, 52:24, 53:6, 53:9, 53:16, 54:9, 54:17, 74:18, 74:21
assistant [11] - 11:10, 11:13, 11:18, 20:18, 23:11, 41:18, 42:24, 61:14, 61:16, 61:18, 62:14
assistants [1] - 63:9
assisting [1] - 41:19
assume [1] - 57:14, 88:15, 139:22
assumed [1] - 134:7
assured [2] - 6:1, 6:6
Atlantic [2] - 10:11, 109:14
attend [2] - 50:13, 60:22
attention [4] - 44:18, 87:5, 98:11, 100:13
attention-getting [2] - 98:11, 100:13
attests [1] - 90:8
attorney [3] - 107:3, 123:19, 127:15
audible [2] - 29:9, 29:10
August [3] - 42:10, 49:2, 49:10
authenticated [1] - 37:1
authority [1] - 101:15
auxiliary [1] - 12:2
available [1] - 114:11
average [2] - 14:3
avoidance [2] - 118:22
AVS [1] - 89:25
aware [10] - 84:22, 84:24, 112:20, 116:14, 116:20, 117:22, 117:24, 118:3, 121:18, 126:6
awkward [1] - 89:21

**B**

B1 [1] - 128:10
background [3] - 7:17, 80:24, 101:1
backgrounds [1] - 105:18
ball [2] - 78:7, 78:15
Baltimore [8] - 18:14, 45:14, 45:17, 48:19, 84:15, 130:19, 131:17
based [8] - 95:18, 97:1, 103:14,

103:18, 103:19, 103:24, 105:5, 133:18
basis [3] - 68:2, 119:9, 119:14
Beach [1] - 73:25
bearing [1] - 113:20
bearings [1] - 14:9
became [1] - 62:13
become [4] - 61:22, 61:25, 84:25, 125:1
BEEN [2] - 6:20, 80:3
behalf [1] - 56:13
behind [1] - 108:6
belief [2] - 127:14, 127:23
below [3] - 38:16, 130:2, 130:9
bench [1] - 5:24
benefit [1] - 127:18
benefits [4] - 16:23, 16:25, 17:1
BERNARD [1] - 2:3
better [4] - 31:1, 49:20, 76:24, 77:1
between [14] - 12:6, 13:15, 14:10, 19:12, 32:23, 34:7, 44:8, 59:23, 107:18, 112:21, 126:2, 135:4, 135:14, 135:20
beyond [1] - 123:14
bfriedman@ friedmanjames. com [1] - 2:5
big [5] - 11:24, 12:3, 13:11, 13:14, 21:18
bigger [4] - 41:4, 93:17, 93:18, 93:19
bill [1] - 15:21
billet [1] - 110:8
Bills [1] - 56:16
biopsy [1] - 74:6
birth [1] - 7:7
bit [4] - 18:6, 51:16, 85:16, 89:21
bits [1] - 85:24
black [4] - 30:6, 33:6, 33:8, 101:4
blacked [2] - 37:19, 38:15
bloated [1] - 35:7
blood [1] - 17:22
blow [1] - 13:20
blur [1] - 137:2
board [26] - 10:20, 13:12, 15:5, 15:15, 15:19, 17:6, 20:20, 20:25, 21:2, 22:14,

22:25, 26:22, 35:8, 40:21, 63:5, 63:8, 67:10, 67:13, 84:12, 87:13, 88:9, 107:16, 109:23, 116:15, 118:4
**board's** [1] - 108:1
**boarded** [1] - 94:9
**boarding** [1] - 84:17
**boards** [2] - 28:22, 28:23
**boat** [5] - 15:22, 15:25, 16:1, 78:19
**boating** [1] - 78:11
**bodied** [1] - 10:19
**body** [3] - 32:9, 34:21, 71:22
**boiler** [9] - 26:1, 26:2, 26:4, 26:8, 26:9, 29:5, 67:4, 68:5
**boilers** [4] - 23:10, 25:23, 26:4, 26:10
**bolts** [3] - 13:18, 13:19, 13:22
**book** [1] - 82:20
**boots** [1] - 64:6
**born** [1] - 7:11
**bottom** [20] - 12:7, 34:9, 36:16, 36:17, 36:21, 37:20, 41:16, 72:17, 88:17, 94:22, 101:22, 130:8, 134:11, 135:4, 135:10, 135:14, 135:17, 135:21, 136:20, 137:4
**bowling** [2] - 78:9, 78:17
**box** [5] - 21:20, 21:21, 22:4, 22:6, 22:7
**boxes** [1] - 25:7
**brain** [1] - 104:24
**brand** [1] - 86:8
**break** [7] - 57:12, 57:21, 57:22, 57:23, 79:8, 113:9, 124:2
**breathalyzer** [1] - 41:22
**BRIAN** [2] - 1:13, 5:2
**bridge** [1] - 13:1
**briefly** [3] - 15:24, 70:16, 87:21
**briefs** [1] - 5:19
**bring** [3] - 14:6, 21:3, 37:22
**Bronx** [2] - 7:12, 7:14
**brother** [1] - 78:9
**brought** [1] - 138:2
**BROWN** [34] - 2:8, 3:8, 5:11, 31:20,

37:5, 79:22, 84:2, 87:10, 87:12, 87:21, 88:19, 88:21, 97:4, 97:13, 98:13, 99:23, 102:10, 103:6, 103:17, 104:4, 104:21, 106:12, 106:18, 107:1, 107:2, 126:25, 127:4, 128:7, 132:20, 137:17, 138:5, 138:10, 138:21, 139:9
**brown** [4] - 58:19, 58:21, 96:14, 96:19
**Brown** [2] - 5:11, 107:3
**bruise** [2] - 38:7, 38:8
**BUCHSBAUM** [137] - 2:2, 2:3, 3:4, 3:7, 3:9, 5:6, 6:15, 6:18, 7:1, 7:3, 9:9, 9:12, 9:15, 22:11, 22:13, 26:25, 27:4, 27:9, 27:12, 27:15, 27:19, 28:2, 28:9, 28:17, 28:18, 30:17, 31:5, 31:17, 31:24, 32:1, 32:7, 32:8, 34:3, 34:9, 34:11, 34:12, 36:7, 36:16, 36:20, 36:24, 37:3, 37:7, 40:3, 40:9, 40:20, 41:8, 41:12, 42:4, 42:13, 42:21, 43:5, 43:14, 43:21, 45:4, 45:9, 46:6, 46:9, 47:5, 47:10, 47:15, 47:18, 47:24, 47:25, 50:11, 50:12, 51:17, 51:21, 51:24, 52:8, 52:13, 52:18, 52:20, 52:21, 54:1, 54:6, 54:8, 54:19, 54:24, 57:6, 57:18, 58:4, 58:7, 58:8, 58:25, 59:3, 69:6, 72:11, 73:15, 73:20, 75:12, 75:17, 79:6, 79:9, 79:13, 79:16, 79:20, 80:1, 80:11, 80:12, 81:13, 83:13, 83:17, 84:9, 84:10, 87:16, 88:2, 88:5, 88:6, 89:7, 97:6, 97:19, 98:25, 100:2, 102:14, 102:17, 103:13, 103:23, 104:8, 104:11, 105:1, 105:10, 106:8, 106:15,

106:21, 128:3, 137:19, 137:20, 138:8, 138:15, 138:20, 138:22, 139:1, 139:13, 139:16, 139:24, 140:1, 140:6
**Buchsbaum** [2] - 5:7
**builder** [1] - 85:3
**builders** [2] - 19:17, 88:8
**Building** [1] - 2:4
**builds** [2] - 85:20, 97:15
**built** [8] - 85:3, 85:4, 86:12, 86:15, 107:15, 113:3
**bumped** [1] - 25:24
**Bureau** [3] - 92:6, 92:15, 114:23
**Burke** [1] - 122:7
**Burke-class** [1] - 122:7
**business** [5] - 42:8, 42:23, 43:7, 43:16, 80:19
**bust** [1] - 13:22
**BY** [54] - 2:3, 2:3, 2:8, 3:4, 3:5, 3:7, 3:8, 3:9, 7:2, 9:15, 22:13, 28:18, 31:5, 32:8, 34:12, 37:7, 40:20, 41:12, 42:4, 43:21, 45:9, 46:9, 47:25, 50:12, 52:21, 54:8, 54:24, 58:8, 59:7, 69:2, 69:8, 70:4, 70:15, 71:3, 72:19, 73:18, 73:22, 80:12, 81:13, 83:13, 84:10, 88:6, 89:7, 97:19, 98:25, 100:2, 102:17, 103:23, 105:10, 107:2, 127:4, 128:7, 132:20, 137:20

---

# C

**C.V** [2] - 81:8, 104:16
**cadet** [10] - 108:18, 109:12, 109:21, 109:22, 109:23, 109:25, 110:4, 110:5, 110:8, 110:14
**cadets** [1] - 110:14
**Canaveral** [1] - 9:3
**cannot** [2] - 127:7, 137:23
**canon** [1] - 123:4

**capability** [3] - 123:8, 123:9, 125:3
**capable** [1] - 14:25
**Cape** [1] - 9:3
**captain** [1] - 64:15
**captioned** [1] - 42:6
**car** [3] - 11:22, 36:1, 36:4
**carbon** [2] - 113:4, 113:20
**card** [1] - 110:5
**care** [2] - 48:15, 109:18
**career** [8] - 8:23, 8:24, 10:8, 10:24, 12:18, 61:13, 66:9, 66:23
**careful** [1] - 115:8
**carefully** [1] - 137:1
**cargo** [8] - 60:6, 60:8, 66:17, 84:21, 84:24, 85:7, 109:13, 123:6
**carriers** [2] - 9:1, 9:2
**carries** [1] - 123:6
**carry** [7] - 44:3, 51:9, 52:25, 60:2, 85:7
**carrying** [1] - 24:23
**case** [12] - 67:22, 68:15, 68:18, 83:8, 92:10, 104:7, 107:5, 113:4, 113:20, 114:13, 114:18, 128:18
**cases** [1] - 104:16
**cast** [1] - 50:2
**casts** [1] - 50:1
**casualties** [3] - 118:22, 119:2
**casualty** [2] - 118:7, 118:13
**catch** [1] - 21:10
**caused** [2] - 31:6, 31:10, 104:6
**causes** [1] - 104:17
**caution** [1] - 140:10
**center** [1] - 135:1
**centimeters** [1] - 46:24
**certain** [18] - 8:20, 16:22, 22:25, 42:5, 57:8, 61:23, 74:23, 83:10, 91:2, 93:24, 94:12, 99:11, 101:10, 111:17, 117:7, 119:13, 121:12
**certainly** [12] - 6:1, 82:18, 101:20, 105:4, 105:5, 111:25, 123:25, 124:23, 125:9,

125:24, 128:19, 130:2
**certainty** [1] - 104:2
**certificate** [6] - 73:24, 74:4, 74:8, 90:4, 92:6, 110:10
**Certificate** [8] - 37:11, 40:10, 44:14, 48:3, 90:6, 90:23, 91:22, 94:3
**certificates** [1] - 110:12
**certifies** [1] - 94:5
**cetera** [1] - 105:6
**CFR** [7] - 116:5, 116:9, 117:23, 118:4, 119:7, 119:10, 120:7
**CFR's** [2] - 90:15, 119:15
**chainsaws** [1] - 14:7
**chambers** [1] - 5:24
**change** [5] - 13:2, 13:20, 14:9, 19:16, 125:3
**changed** [3] - 39:25, 111:18, 134:17
**characteristics** [2] - 113:8, 113:10
**charge** [2] - 63:20, 120:11
**charged** [1] - 53:11
**chart** [1] - 26:3
**check** [1] - 26:17
**chemical** [1] - 26:15
**chemicals** [12] - 26:7, 26:10, 26:13, 26:14, 26:16, 28:20, 29:5, 39:17, 68:4, 71:14, 71:16, 114:5
**Chief** [13] - 20:23, 35:3, 37:19, 61:20, 62:21, 62:24, 63:5, 63:9, 64:8, 64:9, 109:14, 109:15, 109:17
**chief** [7] - 20:23, 35:25, 38:22, 38:24, 39:22, 62:23, 63:4
**children** [2] - 131:19, 132:8
**chlorine** [1] - 26:8
**choose** [1] - 88:13
**chooses** [1] - 86:20
**circle** [1] - 19:3
**circular** [1] - 116:23
**circumstance** [1] - 29:25
**cite** [1] - 132:16
**cited** [1] - 125:16
**citing** [1] - 125:17

**City** [2] - 7:12, 7:14
**CIVIL** [1] - 1:3
**civilian** [6] - 115:6, 115:9, 115:11, 115:23, 122:25, 125:10
**civilians** [2] - 130:22, 131:18
**civilly** [1] - 6:7
**claims** [1] - 5:22
**clarify** [1] - 53:25
**class** [8] - 60:22, 84:21, 89:19, 89:22, 89:23, 92:9, 122:7
**classification** [5] - 86:22, 89:9, 89:25, 92:7, 112:10
**Classification** [4] - 89:11, 89:12, 94:3, 114:23
**Classification's** [1] - 89:20
**clean** [1] - 10:17
**cleanliness** [1] - 63:20
**cleans** [1] - 10:23
**clear** [5] - 36:20, 112:8, 113:12, 126:9, 133:4
**clearance** [2] - 15:13, 84:11
**clearly** [1] - 100:15
**CLERK** [6] - 6:22, 72:7, 80:5, 80:7, 106:24, 140:16
**CLI** [1] - 110:15
**client** [1] - 5:25
**clientele** [1] - 131:23
**climb** [1] - 53:16
**close** [5] - 21:23, 35:5, 41:23, 42:16, 135:13
**closed** [3] - 134:6, 135:16, 135:25
**closer** [4] - 69:19, 69:22, 70:11, 130:7
**closest** [2] - 18:20, 21:22
**closing** [1] - 23:7
**coal** [1] - 21:7
**coaming** [11] - 31:16, 31:21, 75:20, 89:3, 89:5, 94:23, 94:25, 128:14, 129:19, 133:2, 133:3
**coamings** [7] - 33:1, 97:21, 99:5, 102:7, 102:19, 132:24, 133:5
**Coast** [69] - 8:17, 11:17, 29:16, 41:1, 43:14, 51:13, 51:19,

73:23, 74:2, 74:4, 89:9, 89:10, 90:6, 90:9, 90:11, 90:13, 90:14, 91:13, 93:2, 100:24, 101:2, 101:14, 101:25, 106:15, 110:5, 110:14, 115:5, 116:1, 116:9, 116:14, 116:25, 117:6, 117:15, 117:18, 118:8, 118:20, 118:21, 119:1, 119:6, 119:16, 119:21, 120:5, 120:10, 120:16, 121:1, 121:15, 121:24, 122:3, 122:10, 123:1, 123:12, 123:16, 123:22, 124:5, 124:7, 129:13, 129:16, 129:24, 130:1, 130:3, 130:5, 130:9, 130:12, 130:17, 130:18, 130:21, 130:24, 132:13, 137:22
**coating's** [1] - 123:22
**coatings** [4] - 129:16, 130:10, 130:13, 132:13
**Code** [2] - 90:9, 116:2
**codes** [1] - 92:13
**color** [17] - 33:3, 33:5, 33:21, 55:21, 55:22, 58:19, 89:5, 95:25, 96:4, 98:24, 100:3, 121:13, 123:22, 129:17, 130:10, 134:25, 137:23
**color's** [1] - 130:13
**coloration** [1] - 95:22
**colors** [11] - 95:20, 96:6, 96:10, 98:3, 98:9, 99:1, 99:20, 100:6, 100:14, 101:4
**combatant** [1] - 128:25
**combatants** [1] - 126:8
**combination** [1] - 115:14
**combined** [1] - 103:10
**combings** [1] - 91:7
**coming** [5] - 13:18, 27:5, 32:10, 52:9, 106:11
**Command** [6] - 8:24,

59:24, 60:1, 60:7, 65:7, 126:7
**command** [2] - 101:15
**commanders** [1] - 128:25, 129:24
**Commencing** [1] - 1:11
**commend** [1] - 5:18
**comments** [1] - 37:4
**commercial** [15] - 84:21, 90:7, 101:16, 102:1, 103:5, 105:19, 115:6, 115:14, 115:15, 116:6, 116:17, 122:20, 124:5, 124:21
**commercially** [2] - 101:18, 101:24
**commissioned** [1] - 131:7
**common** [2] - 53:6, 84:19
**community** [1] - 61:6
**companies** [2] - 82:23, 89:17
**company** [2] - 15:2, 84:21
**comparison** [1] - 87:22
**complement** [4] - 122:5, 122:10, 122:17, 122:23
**complete** [4] - 7:20, 38:12, 74:1, 75:1
**completed** [5] - 37:8, 37:16, 42:5, 42:9, 43:15
**compliance** [6] - 91:16, 92:1, 92:20, 93:2, 93:11, 94:4
**complies** [3] - 90:8, 93:23, 94:6
**compliment** [1] - 122:8
**components** [2] - 85:25, 86:8
**computer** [1] - 1:23
**computer-aided** [1] - 1:23
**concern** [1] - 125:12
**concludes** [2] - 139:22, 140:17
**conclusion** [2] - 104:6, 119:14
**conclusions** [1] - 104:14
**Condition** [1] - 42:14
**condition** [16] - 33:21, 36:6, 53:2, 53:14,

53:18, 55:13, 87:24, 87:25, 88:1, 89:16, 92:2, 92:21, 93:22, 111:15, 131:13, 134:18
**conditions** [1] - 126:3
**conducted** [1] - 46:11
**conferences** [1] - 119:24
**confident** [1] - 6:8
**configuration** [2] - 86:1, 118:23
**confirm** [2] - 89:15, 93:22
**confused** [1] - 75:19
**confusing** [1] - 113:6
**connection** [1] - 83:8
**consider** [3] - 81:14, 82:16, 107:6
**considerations** [1] - 83:5
**considered** [3] - 63:1, 63:4, 82:1
**consistent** [1] - 86:24
**console** [2] - 11:24, 29:14
**constructed** [3] - 84:20, 85:13, 98:17
**constructing** [1] - 98:18
**construction** [6] - 81:19, 81:25, 82:12, 83:20, 84:5, 121:12
**constructs** [1] - 86:3
**consult** [2] - 48:6, 107:10
**Consulting** [2] - 80:18, 80:19
**consulting** [1] - 80:20
**container** [1] - 66:13
**contemplate** [1] - 118:9
**contemplating** [1] - 119:19
**continue** [1] - 50:19
**continued** [1] - 53:21
**continuously** [1] - 14:15
**contract** [14] - 17:5, 17:6, 85:14, 85:17, 85:23, 86:2, 86:13, 86:25, 88:7, 126:2, 126:15, 127:8
**contrast** [1] - 101:5
**control** [6] - 12:3, 25:1, 28:22, 28:23, 28:24, 35:3
**controlled** [3] - 17:24, 17:25, 18:4
**controls** [4] - 11:25,

24:25, 25:2, 28:25
**convenience** [1] - 88:12
**conversion** [1] - 85:2
**converted** [3] - 125:4, 125:7, 131:3
**cooks** [1] - 10:16
**cool** [1] - 26:5
**cooler** [1] - 26:5
**copies** [2] - 113:4, 113:20
**copy** [4] - 57:7, 68:24, 69:3, 69:5
**corner** [2] - 21:22, 21:23
**corporations** [1] - 121:13
**correct** [170] - 6:15, 12:15, 12:16, 18:9, 18:15, 19:25, 20:1, 20:15, 20:21, 25:10, 26:22, 31:1, 31:2, 31:14, 35:14, 36:25, 37:15, 37:16, 37:17, 37:23, 38:19, 39:10, 39:11, 41:13, 41:14, 49:6, 49:7, 50:9, 55:2, 55:7, 56:25, 59:12, 59:19, 59:24, 59:25, 60:12, 60:13, 60:16, 60:18, 61:11, 61:12, 61:20, 61:21, 61:23, 61:24, 62:1, 62:2, 62:11, 62:12, 63:2, 63:3, 63:11, 63:12, 63:18, 63:22, 64:10, 64:11, 65:18, 65:21, 66:3, 66:4, 66:6, 66:10, 66:19, 66:21, 66:23, 66:24, 67:18, 67:19, 68:3, 68:4, 68:11, 68:22, 70:8, 70:18, 73:11, 73:12, 75:2, 75:6, 75:21, 75:22, 76:2, 76:17, 83:2, 83:3, 83:8, 87:3, 91:18, 93:6, 94:12, 95:2, 95:10, 107:7, 107:8, 107:12, 107:13, 107:17, 107:21, 107:25, 108:4, 108:7, 108:8, 108:17, 108:22, 109:1, 109:3, 109:4, 109:7, 109:21, 109:24, 110:2, 110:19, 110:20, 111:16, 111:17, 112:4, 113:5,

113:15, 113:21, 113:22, 114:16, 114:24, 115:7, 115:17, 115:20, 115:24, 115:25, 116:3, 116:7, 117:15, 120:19, 121:4, 121:20, 123:6, 123:9, 123:10, 124:7, 124:10, 124:14, 124:18, 125:20, 126:14, 127:13, 127:24, 128:20, 129:17, 129:22, 130:10, 130:13, 130:25, 132:11, 132:14, 132:25, 133:6, 133:10, 133:11, 133:20, 133:21, 133:24, 134:2, 134:3, 134:16, 134:20, 134:21, 134:23, 135:1, 135:9, 135:18, 136:10, 136:20

**correction** [2] - 121:17, 133:4

**correctly** [4] - 112:1, 112:17, 118:16, 134:14

**cost** [4] - 101:20, 126:11, 132:6

**Counsel** [1] - 6:25

**counsel** [19] - 5:18, 22:10, 37:4, 40:15, 42:18, 52:10, 57:24, 69:5, 79:5, 79:10, 79:25, 80:10, 81:7, 83:25, 97:11, 98:12, 138:14, 140:7, 140:14

**counter** [1] - 78:1

**couple** [2] - 21:13, 75:13

**course** [11] - 66:9, 74:1, 82:21, 82:22, 85:1, 94:6, 102:24, 103:8, 110:24, 112:12, 114:8

**court** [1] - 5:1

**COURT** [195] - 1:1, 5:4, 5:15, 6:16, 6:22, 6:24, 9:11, 21:21, 21:24, 22:2, 22:5, 22:10, 22:12, 27:2, 27:5, 27:8, 27:10, 27:13, 27:16, 27:21, 27:23, 27:25, 28:4,

28:6, 28:11, 28:13, 28:16, 30:18, 30:20, 30:24, 31:3, 31:15, 31:18, 31:25, 32:4, 32:6, 34:1, 34:4, 34:10, 36:9, 36:11, 36:13, 36:17, 36:23, 36:25, 37:4, 37:6, 40:5, 40:7, 40:11, 40:13, 40:15, 41:10, 41:25, 42:2, 42:17, 43:2, 43:10, 43:12, 43:17, 43:19, 45:5, 45:7, 47:7, 47:12, 47:14, 47:16, 47:20, 47:22, 50:10, 51:20, 51:22, 52:4, 52:7, 52:9, 52:16, 52:19, 54:3, 54:7, 54:22, 57:11, 57:16, 57:20, 57:23, 58:1, 58:3, 58:6, 59:2, 59:6, 69:1, 69:5, 69:7, 70:2, 70:10, 70:14, 72:6, 72:7, 72:10, 72:12, 73:16, 73:21, 75:11, 75:13, 75:18, 75:23, 76:1, 76:4, 76:8, 76:12, 76:15, 76:19, 76:22, 77:3, 77:5, 77:9, 77:12, 77:15, 77:18, 77:20, 77:23, 78:2, 78:6, 78:10, 78:14, 78:17, 78:19, 78:21, 78:23, 78:25, 79:2, 79:4, 79:7, 79:10, 79:12, 79:15, 79:18, 79:23, 79:25, 80:5, 80:7, 80:8, 80:10, 81:7, 83:12, 83:15, 83:19, 83:24, 84:6, 87:11, 87:19, 88:3, 88:20, 88:22, 97:9, 97:11, 97:17, 98:12, 98:21, 99:18, 100:1, 102:15, 103:21, 104:10, 104:20, 105:3, 106:11, 106:13, 106:19, 106:22, 106:24, 106:25, 126:19, 126:21, 127:1, 127:3, 128:4, 132:18, 137:18, 138:6, 138:9, 138:11, 138:13, 138:18, 138:24, 139:5, 139:12, 139:18, 139:20, 139:22, 139:25,

140:5, 140:7, 140:11, 140:14, 140:16

**Court** [16] - 1:20, 5:19, 6:4, 8:12, 10:14, 11:11, 11:21, 21:5, 51:7, 51:19, 70:10, 89:11, 91:21, 94:17, 101:11, 140:17

**Court's** [3] - 30:20, 79:4, 127:18

**Courthouse** [1] - 1:10

**Cove** [1] - 81:6

**coveralls** [1] - 11:5, 11:6

**covered** [1] - 124:10

**crack** [2] - 13:23, 21:16

**Craig** [9] - 23:15, 23:16, 25:22, 34:14, 39:9, 42:23, 70:21, 71:11, 71:15

**crawl** [3] - 54:10, 54:12

**create** [1] - 85:16

**credential** [1] - 9:19

**credentials** [1] - 81:23

**crescent** [1] - 13:10

**crew** [21] - 62:11, 62:13, 63:16, 88:8, 88:13, 108:19, 115:11, 115:23, 118:6, 118:12, 118:18, 122:7, 122:16, 122:19, 122:20, 122:23, 122:25, 125:10, 125:12, 132:4

**crews** [1] - 88:15

**CROSBY** [1] - 5:13

**Crosby** [2] - 2:15, 5:13

**cross** [10] - 33:16, 59:6, 68:6, 70:23, 99:25, 105:5, 106:23, 128:4, 140:6, 140:10

**CROSS** [4] - 3:5, 3:7, 59:7, 107:2

**cross-examination** [1] - 128:4

**CROSS-EXAMINATION** [4] - 3:5, 3:7, 59:7, 107:2

**cross-examine** [2] - 59:6, 106:23

**crouch** [1] - 54:9

**CRR** [1] - 1:20

**cue** [1] - 138:22

**curious** [1] - 118:25

**current** [5] - 9:24,

53:2, 53:14, 53:18, 132:15

**cursor** [5] - 33:16, 34:2, 34:5, 39:2, 46:13

**curve** [1] - 75:20

**custom** [11] - 97:2, 99:11, 101:8, 102:6, 102:11, 103:2, 103:11, 103:16, 121:14, 123:24, 123:25

**cut** [2] - 92:17, 116:22

**cutter** [4] - 122:11, 130:5, 130:17, 130:24

**cutters** [4] - 122:3, 124:7, 129:24, 130:1

## D

**D-1** [2] - 28:9, 28:13

**D-11** [1] - 94:2

**D-15** [2] - 4:14, 139:15

**D-22** [4] - 4:10, 72:12, 72:13, 72:14

**D-6** [2] - 92:5, 106:24

**daily** [1] - 68:2

**damages** [1] - 5:23

**Dana** [1] - 73:25

**date** [16] - 7:7, 11:8, 14:16, 14:18, 22:15, 24:5, 24:15, 24:20, 33:22, 38:18, 70:11, 75:23, 76:13, 94:9, 95:5, 132:17

**dated** [1] - 44:16

**Daubert** [1] - 104:12

**David** [1] - 140:2

**day-for-day** [1] - 17:8

**days** [8] - 17:6, 17:8, 61:23, 65:21, 66:5, 76:10, 77:25, 130:21

**DC** [1] - 2:9

**DDG** [1] - 122:7

**December** [1] - 94:16

**deciding** [1] - 98:19

**deck** [37] - 10:18, 10:20, 19:1, 30:10, 31:9, 32:12, 32:15, 39:3, 39:7, 41:1, 41:13, 41:15, 55:23, 58:19, 58:21, 59:11, 59:13, 59:14, 86:1, 89:3, 89:5, 91:1, 91:3, 91:4, 91:5, 94:24, 96:4, 96:14, 101:5, 123:4, 135:4, 135:8, 135:10, 135:20, 136:8

**decks** [2] - 91:9, 105:14

**declared** [1] - 41:21

**declares** [1] - 89:23

**decommissioned** [1] - 132:10

**deemed** [1] - 84:1

**Defendant** [2] - 1:7, 2:11

**defendant** [2] - 20:5, 93:14

**Defendant's** [16] - 3:18, 4:10, 4:12, 4:14, 18:10, 28:15, 72:13, 90:2, 90:18, 91:20, 91:24, 92:4, 92:18, 92:24, 106:20, 139:15

**defendant's** [4] - 33:15, 33:18, 87:3, 106:16

**defendants** [2] - 20:5, 107:4

**Defense** [1] - 60:9

**defer** [1] - 107:24

**define** [1] - 102:11

**defined** [2] - 102:4, 105:21

**definitely** [1] - 100:8

**degree** [2] - 81:3, 104:2

**demarking** [1] - 97:3

**demonstrated** [1] - 136:23

**Demonstration** [1] - 52:17

**Denebola** [94] - 12:5, 12:9, 12:10, 12:14, 18:6, 18:16, 20:20, 20:24, 20:25, 21:2, 22:14, 22:19, 22:25, 23:5, 23:12, 23:19, 24:6, 24:24, 26:22, 29:12, 30:14, 33:23, 35:8, 36:14, 36:18, 36:21, 36:23, 38:24, 39:15, 39:16, 41:15, 41:19, 42:24, 43:22, 48:10, 54:25, 55:1, 55:6, 55:14, 55:16, 67:23, 69:12, 69:15, 70:19, 71:6, 74:10, 74:12, 84:12, 84:14, 84:17, 84:18, 85:7, 87:7, 87:13, 88:1, 89:3, 94:9, 112:3, 112:7, 112:14, 112:22, 113:19, 114:15, 114:20, 115:16, 115:19,

116:3, 116:10,
117:19, 120:19,
121:3, 121:19,
122:14, 122:15,
122:17, 122:19,
122:23, 122:25,
123:4, 123:12,
123:23, 124:3,
124:10, 124:17,
125:22, 126:14,
127:6, 127:10,
127:13, 127:22,
131:25, 133:9
**Denebola's** [1] - 115:3
**denied** [6] - 74:3,
74:7, 105:16,
105:20, 105:23,
106:5
**denominated** [1] -
22:17
**Department** [4] - 60:9,
64:9, 64:13, 130:21
**DEPARTMENT** [1] -
2:7
**department** [9] -
10:16, 10:18, 10:20,
10:21, 10:22, 10:25,
11:14, 11:15, 125:2
**departments** [1] -
10:14
**deposed** [4] - 68:15,
68:18, 104:15, 105:4
**deposition** [7] - 69:3,
69:9, 69:19, 69:22,
70:5, 79:17, 127:17,
127:20, 128:2,
138:15, 139:7,
139:10
**Depot** [1] - 13:11
**depth** [2] - 137:12,
137:13
**DEPUTY** [6] - 6:22,
72:7, 80:5, 80:7,
106:24, 140:16
**derived** [1] - 99:16
**describe** [10] - 16:6,
16:25, 19:7, 21:5,
29:8, 32:9, 51:7,
55:18, 77:12, 100:23
**described** [1] - 18:23
**Description** [1] - 3:13
**design** [16] - 81:16,
81:20, 82:21, 83:5,
83:20, 84:5, 84:23,
89:14, 92:8, 97:9,
97:12, 98:22, 99:5,
99:20, 105:6, 118:23
**designed** [7] - 82:21,
97:6, 114:9, 114:10,
122:1, 122:3, 126:10

**designers** [1] - 107:10
**designing** [2] - 97:14,
99:1
**designs** [1] - 88:7
**desk** [1] - 71:12
**destroyer** [3] - 122:5,
122:18, 122:23
**destroyers** [1] - 9:1
**detail** [2] - 86:16,
86:17
**detailed** [1] - 85:21
**details** [8] - 85:19,
85:20, 86:1, 86:11,
86:19, 86:20, 86:21
**detected** [1] - 109:15
**determine** [3] - 95:4,
95:6, 95:22
**determined** [1] - 95:18
**determining** [1] -
97:25
**develop** [3] - 86:10,
102:2, 102:3
**developed** [5] - 82:13,
99:12, 101:13,
101:24, 103:4
**developing** [3] -
107:10, 107:21,
112:13
**development** [1] -
119:19
**developments** [2] -
101:17, 120:11
**device** [1] - 54:16
**devices** [1] - 49:24
**diagnosed** [1] - 18:3
**diagonal** [1] - 100:12
**diameter** [2] - 53:10,
53:12
**diesel** [2] - 21:9, 21:10
**differ** [1] - 131:24
**difference** [4] - 19:7,
19:8, 88:24, 112:20
**differences** [2] -
19:12, 87:17
**different** [27] - 10:22,
19:9, 19:10, 19:17,
19:22, 26:7, 33:3,
69:13, 82:23, 86:18,
87:6, 88:18, 89:2,
89:5, 95:20, 95:25,
96:6, 96:10, 98:18,
101:21, 113:3,
120:21, 125:2,
132:2, 132:24,
134:18, 137:8
**differentiate** [1] -
115:10
**differentiation** [1] -
95:20
**diligently** [1] - 50:13

**dimension** [2] -
113:14, 113:16
**dimensional** [2] -
113:10, 113:16
**dimensions** [1] -
113:18
**direct** [3] - 71:4, 87:5,
107:11
**DIRECT** [4] - 3:4, 3:6,
7:2, 80:12
**direction** [1] - 71:18
**directly** [2] - 123:23,
135:8
**disagreement** [1] -
31:22
**discharge** [1] - 75:4
**discharged** [1] - 8:8
**discharges** [3] -
64:23, 64:25, 65:7
**discuss** [2] - 113:24,
137:2
**discussed** [6] - 5:24,
59:10, 83:18,
107:11, 119:10,
120:15
**discussing** [3] -
113:18, 119:18,
134:22
**discussion** [1] - 113:2
**discussions** [1] -
119:24
**dishwasher** [1] -
11:14
**dispatch** [1] - 133:23
**dispute** [1] - 9:10
**distal** [1] - 46:15
**distinction** [3] -
118:16, 119:9,
119:11
**District** [2] - 5:2, 5:17
**DISTRICT** [3] - 1:1,
1:1, 1:14
**dock** [2] - 16:3, 18:21
**docked** [2] - 18:8,
18:16
**doctor** [6] - 44:25,
48:19, 56:12, 76:15,
121:23, 138:16
**doctor's** [1] - 79:16
**document** [26] - 8:19,
9:6, 9:13, 9:18, 9:24,
17:11, 20:10, 28:3,
28:6, 37:1, 40:24,
51:14, 52:1, 52:2,
52:3, 52:5, 52:14,
53:22, 56:23, 64:22,
65:1, 65:2, 91:21,
92:18, 92:25, 93:12
**Documentation** [1] -
91:22

**documentation** [1] -
110:6
**documents** [10] -
8:18, 83:11, 86:2,
86:25, 89:8, 89:9,
103:24, 106:15,
110:13
**dominant** [1] - 7:9
**done** [3] - 85:9, 86:17,
140:4
**door** [21] - 58:13,
69:11, 71:25,
108:14, 134:5,
134:22, 135:4,
135:7, 135:11,
135:14, 135:16,
135:17, 135:21,
136:4, 136:8,
136:11, 136:13,
136:16, 136:20,
137:5, 137:7
**Door** [1] - 42:15
**door's** [1] - 135:25
**doors** [7] - 117:23,
118:9, 118:18,
118:19, 119:13,
120:8, 137:21
**doorway** [6] - 30:13,
94:19, 114:9,
114:10, 114:11,
134:5
**doorways** [4] - 91:7,
116:15, 120:6, 133:5
**doubt** [1] - 130:4
**down** [30] - 12:24,
12:25, 13:2, 13:3,
21:19, 26:5, 30:3,
30:4, 35:4, 36:1,
38:6, 45:14, 45:17,
49:16, 53:17, 56:13,
72:17, 73:25, 77:1,
77:11, 79:2, 109:15,
130:2, 131:4,
136:19, 136:20,
137:3, 138:11
**dozens** [7] - 102:23,
103:9, 103:19,
104:16
**Dr** [26] - 47:1, 47:18,
47:22, 48:15, 48:18,
48:22, 48:24, 50:19,
56:16, 80:13, 81:14,
83:17, 84:11, 88:7,
97:20, 99:1, 100:3,
102:18, 103:24,
106:9, 107:3,
120:15, 127:5,
128:8, 132:10, 139:7
**drafted** [1] - 119:15
**drafting** [1] - 119:6

**drag** [1] - 135:7
**drawings** [8] - 82:2,
85:16, 85:17, 85:21,
86:13, 86:16, 86:17
**drill** [3] - 15:18, 15:19,
15:25
**drillings** [1] - 123:3
**drills** [6] - 15:15,
15:16, 15:22, 123:3
**Drive** [1] - 2:4
**drive** [2] - 36:5, 67:12
**drove** [2] - 35:25, 36:1
**drug** [1] - 123:8
**due** [2] - 41:22, 125:14
**dull** [1] - 77:13
**DULY** [2] - 6:20, 80:3
**during** [10] - 39:15,
60:17, 65:21, 66:9,
66:22, 67:7, 74:18,
85:1, 109:21
**duties** [2] - 15:3,
22:20
**duty** [6] - 15:11, 39:15,
41:5, 41:22, 49:6,
67:13

## E

**E-1** [1] - 8:4
**E-2** [2] - 8:3, 8:4
**Earnest** [1] - 6:18
**easily** [4] - 100:13,
101:25, 103:5,
105:19
**eat** [1] - 15:7
**echo** [1] - 125:17
**economic** [1] - 140:2
**economy** [1] - 88:11
**edema** [2] - 46:24,
46:25
**education** [2] - 83:1,
108:6
**educational** [2] - 7:17,
80:24
**efficient** [1] - 6:3
**effort** [1] - 101:17
**Egypt** [1] - 9:5
**eight** [4] - 12:6, 12:24,
76:22, 76:24
**Eisdorfer** [2] - 2:14,
5:14
**EISDORFER** [1] - 5:14
**either** [7] - 13:2, 16:3,
16:10, 48:9, 48:20,
60:2, 94:23
**elbow** [7] - 39:8, 41:4,
41:20, 46:7, 49:14,
49:16, 50:16
**elderly** [4] - 131:21,
131:22, 132:3, 132:9

**electrical** [5] - 12:1, 14:8, 14:13, 89:14, 119:3
**elicited** [1] - 104:22
**eligible** [1] - 8:17
**elsewhere** [1] - 90:16
**emergency** [1] - 38:3
**employed** [2] - 80:15, 80:22
**employer** [1] - 10:5
**employment** [2] - 10:6, 75:7
**end** [8] - 13:13, 17:12, 22:3, 57:12, 85:15, 86:25, 94:23
**endurance** [1] - 122:11
**engine** [20] - 10:21, 10:22, 10:23, 10:25, 11:15, 11:21, 11:22, 12:4, 12:24, 14:1, 14:4, 39:7, 41:5, 63:13, 63:18, 63:20, 63:24, 67:5, 67:17, 108:22
**Engineer** [13] - 20:23, 35:4, 37:20, 61:20, 62:21, 62:24, 63:5, 63:9, 64:8, 64:9, 109:14, 109:15, 109:17
**engineer** [26] - 11:10, 11:13, 12:22, 13:3, 20:18, 21:1, 23:9, 23:11, 25:22, 25:24, 25:25, 41:18, 42:24, 61:14, 61:16, 61:18, 61:22, 61:25, 63:8, 63:11, 63:13, 63:16, 108:16, 109:6, 109:7, 109:10
**engineer's** [1] - 62:15
**engineering** [7] - 39:8, 72:7, 81:2, 81:18, 82:6, 82:21, 117:8
**Engineering** [2] - 64:9, 64:12
**Engineers** [1] - 121:10
**engineers** [8] - 11:19, 20:23, 63:1, 63:4, 64:17, 80:20, 89:13
**engines** [3] - 12:11, 23:8, 25:3
**enjoy** [2] - 78:25, 140:15
**ensure** [1] - 63:22
**enter** [2] - 70:23, 72:24
**entered** [4] - 24:8, 71:9, 71:10, 72:20

**entertaining** [1] - 6:2
**entire** [4] - 22:7, 63:13, 64:9, 67:10
**entirely** [1] - 115:23
**entitled** [2] - 125:11, 132:4
**entity** [1] - 125:6
**environment** [2] - 132:7, 132:8
**environmentally** [1] - 93:4
**equipment** [3] - 12:25, 29:15, 63:18
**equivalent** [1] - 123:2
**ERNEST** [7] - 1:3, 3:3, 3:4, 3:5, 6:20, 7:2, 59:7
**Ernest** [5] - 2:14, 5:8, 6:23, 38:16, 41:18
**escape** [1] - 118:4
**ESQUIRE** [4] - 2:3, 2:3, 2:8, 2:8
**essentially** [4] - 64:12, 65:4, 67:5, 69:23
**estimate** [1] - 12:4
**et** [1] - 105:6
**evening** [1] - 140:15
**event** [3] - 118:7, 118:12, 118:13
**eventually** [2] - 48:15, 50:4
**evidence** [107] - 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15, 4:16, 9:8, 9:14, 27:1, 27:6, 27:11, 27:13, 27:16, 27:18, 27:23, 27:24, 28:8, 28:13, 28:15, 30:17, 31:4, 36:8, 36:11, 36:12, 40:3, 40:7, 40:8, 40:10, 40:13, 40:14, 40:17, 41:8, 41:11, 41:24, 42:2, 42:3, 42:11, 42:17, 42:18, 42:20, 42:25, 43:3, 43:4, 43:9, 43:12, 43:13, 43:16, 43:19, 43:20, 45:4, 45:7, 45:8, 47:5, 47:8, 47:9, 47:11, 47:17, 47:19, 47:23, 52:1, 52:10, 52:12, 57:9, 57:17, 58:5, 59:1, 59:5,

72:5, 72:9, 72:12, 72:13, 87:5, 87:15, 106:10, 106:13, 106:14, 106:19, 106:20, 111:18, 111:22, 139:10, 139:14, 139:15, 139:20, 139:21
**evolution** [1] - 101:7
**evolved** [2] - 111:2, 119:1
**exact** [2] - 19:14, 133:14
**exam** [6] - 56:16, 62:1, 62:3, 62:5, 62:8
**examination** [3] - 41:21, 61:11, 128:4
**EXAMINATION** [10] - 3:4, 3:5, 3:6, 3:7, 3:8, 7:2, 59:7, 80:12, 107:2, 137:20
**EXAMINATIONS** [1] - 3:2
**examine** [3] - 56:18, 59:6, 106:23
**examined** [1] - 56:12
**examiner** [2] - 52:22, 53:23
**example** [7] - 15:3, 82:5, 86:11, 101:15, 114:4, 115:10, 121:10
**exception** [1] - 102:16
**exceptions** [1] - 37:4
**excuse** [4] - 92:11, 110:14, 111:11, 116:21
**Exhibit** [64] - 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:13, 4:14, 9:7, 9:12, 9:14, 18:11, 27:18, 27:24, 28:8, 28:15, 31:4, 36:7, 36:12, 39:23, 40:3, 40:8, 40:9, 40:14, 41:11, 42:3, 42:20, 43:13, 43:20, 45:4, 45:8, 47:9, 47:17, 47:23, 52:12, 57:17, 59:5, 72:13, 92:24, 100:21, 106:14, 138:3, 139:14, 139:15
**exhibit** [8] - 31:12,

51:18, 65:13, 69:3, 75:15, 91:24, 96:1
**Exhibit-10** [4] - 90:3, 90:5, 90:18, 91:15
**Exhibit-14** [3] - 44:12, 44:13, 47:24
**Exhibit-15** [1] - 139:11
**Exhibit-16** [1] - 42:22
**exhibit-17** [1] - 43:5
**Exhibit-17** [1] - 43:9
**exhibit-18** [1] - 43:14
**Exhibit-18** [1] - 43:16
**Exhibit-19** [1] - 47:10
**Exhibit-2** [1] - 33:2
**Exhibit-21** [5] - 46:6, 47:5, 47:7, 91:20, 91:25
**Exhibit-22** [5] - 55:4, 64:20, 64:21, 72:9, 139:11
**exhibit-25** [1] - 57:6
**Exhibit-27** [5] - 20:3, 22:16, 27:1, 27:9, 55:5
**Exhibit-31** [2] - 130:8, 134:10
**Exhibit-34** [5] - 24:18, 27:1, 27:5, 71:2, 72:4
**Exhibit-4** [5] - 87:5, 88:16, 88:17, 95:9, 100:4
**Exhibit-6** [4] - 92:4, 92:5, 92:18
**Exhibit-7** [3] - 40:23, 41:2, 41:8
**Exhibit-8** [1] - 41:24
**Exhibit-9** [1] - 93:5
**exhibits** [4] - 5:20, 57:12, 106:16, 139:10
**Exhibits** [5] - 4:12, 4:15, 106:20, 139:16, 139:21
**existed** [1] - 95:5
**existence** [1] - 134:19
**exited** [1] - 71:25
**expect** [2] - 86:16, 102:4
**expectation** [1] - 121:14
**expected** [1] - 46:24
**experience** [24] - 16:4, 21:1, 23:18, 23:20, 23:23, 25:23, 32:14, 32:25, 65:23, 65:25, 81:23, 97:1, 97:14, 98:14, 103:14, 103:18, 104:15, 104:23, 105:6,

51:18, 65:13, 69:3, 108:19, 108:21, 114:8, 128:22, 137:10
**experienced** [2] - 59:18, 76:5
**experiences** [1] - 109:5
**expert** [30] - 33:18, 79:13, 79:18, 81:9, 81:12, 81:14, 82:13, 82:16, 82:18, 83:16, 83:18, 84:1, 84:3, 87:3, 103:10, 104:5, 107:7, 107:9, 107:15, 107:23, 108:9, 110:18, 110:21, 111:24, 127:15, 127:23, 128:1, 128:2, 140:1, 140:2
**expert's** [1] - 33:15
**expertise** [9] - 12:17, 81:21, 82:25, 84:8, 97:5, 107:19, 108:15, 110:16, 123:15
**experts** [11] - 82:2, 82:3, 99:7, 99:8, 99:9, 99:13, 99:15, 100:8, 107:20, 107:22, 111:3
**explain** [15] - 8:12, 10:14, 11:21, 12:21, 15:24, 81:22, 89:10, 91:3, 91:21, 94:17, 95:17, 101:11, 119:12, 126:9, 128:1
**explained** [1] - 120:5
**exposed** [1] - 105:20
**exposure** [1] - 54:16
**expressed** [3] - 104:17, 112:5, 112:15
**extension** [1] - 53:11
**extensive** [2] - 81:10, 85:8
**extent** [1] - 108:18
**exterior** [1] - 91:14

---

**F**

**F-I-S-H-E-R** [1] - 80:6
**facetious** [1] - 124:20
**facing** [1] - 71:18
**fact** [13] - 6:5, 56:23, 68:2, 82:19, 85:10, 90:8, 99:10, 102:25, 103:3, 111:12, 113:2, 113:19, 131:12

factor [2] - 82:10, 107:15
factor's [4] - 99:6, 99:7, 99:15, 100:8
factors [25] - 81:22, 81:23, 81:25, 82:2, 82:13, 83:1, 83:5, 99:9, 99:13, 99:21, 99:24, 104:13, 105:18, 107:6, 107:9, 107:15, 107:20, 107:25, 108:3, 108:7, 108:9, 111:3, 117:5, 117:8
fair [8] - 14:15, 22:10, 22:11, 24:18, 30:12, 39:24, 66:5, 66:8
fairly [2] - 88:13, 117:2
fall [7] - 31:7, 31:10, 44:21, 70:16, 75:24, 104:6, 113:20
Fall [1] - 41:4
falling [2] - 128:16, 129:21
familiar [6] - 51:13, 97:7, 97:20, 101:10, 102:18, 121:8
far [3] - 51:14, 86:6, 128:5
fast [1] - 72:18
features [1] - 87:1
February [4] - 19:25, 20:6, 20:11, 67:1
Federal [3] - 1:10, 90:9, 116:2
federal [1] - 29:16
feet [3] - 16:12, 22:7, 22:8
fell [5] - 31:11, 32:9, 32:12, 39:8, 105:16
felt [1] - 32:14
few [2] - 121:24, 132:21
FFD [1] - 41:21
field [2] - 107:25, 137:5
fighting [1] - 53:12
figure [1] - 34:9
filed [1] - 57:3
filled [2] - 35:16, 110:9
filling [1] - 110:8
final [2] - 98:2, 104:6
finally [1] - 94:2
finder [1] - 6:4
findings [1] - 93:14
fine [3] - 120:25, 138:20, 138:21
finger [1] - 19:3
fire [12] - 15:16, 15:18, 15:19, 15:20, 21:10,

21:11, 53:10, 53:12, 119:3, 123:2
fireman [1] - 11:16
first [26] - 5:16, 8:10, 19:24, 20:6, 22:14, 22:18, 26:21, 39:6, 48:1, 61:18, 62:13, 62:14, 62:21, 63:1, 63:10, 63:13, 63:16, 70:9, 70:22, 71:9, 71:10, 71:19, 101:24, 106:5, 124:21, 126:16
fish [2] - 32:2, 32:5
FISHER [8] - 3:6, 3:7, 3:8, 3:9, 80:3, 80:12, 107:2, 137:20
Fisher [20] - 79:14, 80:2, 80:6, 80:13, 80:18, 80:19, 81:14, 83:17, 84:11, 88:7, 97:20, 99:1, 100:3, 102:18, 103:24, 107:3, 120:15, 127:5, 128:8, 132:10
Fisher's [1] - 106:9
fishing [2] - 78:12, 78:21
fit [1] - 41:22
five [8] - 13:15, 22:7, 77:8, 77:9, 135:21, 136:8, 136:9, 138:21
fixtures [2] - 111:21, 111:22
flanges [1] - 13:17
flash [1] - 26:5
flat [1] - 94:22
flooding [1] - 123:3
Floor [1] - 2:9
flotation [1] - 54:16
focus [2] - 118:21, 118:23
focusing [1] - 120:12
follow [2] - 50:19, 121:15
following [2] - 39:13, 55:1
FOLLOWS [2] - 6:21, 80:4
foot [1] - 32:11
FOR [1] - 1:1
forbidden [1] - 137:24
forbids [1] - 138:1
force [1] - 132:14
foreground [1] - 101:1
form [3] - 43:15, 131:1, 131:2
formal [3] - 83:1, 91:23, 108:6
formed [1] - 133:17

forming [2] - 133:12, 133:19
forms [1] - 42:5
formulating [1] - 110:23
forth [4] - 5:21, 86:1, 91:5, 107:23
foundation [6] - 88:2, 97:14, 97:17, 98:23, 102:13, 102:14
four [10] - 12:24, 13:15, 22:7, 34:7, 36:17, 95:25, 96:3, 96:15, 119:18
four-and-a-half [2] - 96:3, 96:15
four-and-a-quarter [1] - 96:3
four-plus [1] - 95:25
Frank [1] - 1:9
free [1] - 86:23
Freehold [2] - 36:1, 48:12
Friedman [1] - 5:7
FRIEDMAN [2] - 2:2, 2:3
front [2] - 89:4, 105:15
fuel [2] - 21:9, 21:10
full [7] - 53:11, 56:8, 56:10, 100:14, 100:15, 106:4, 122:17
functional [1] - 125:3
furnace [6] - 21:9, 21:10, 21:11, 21:14, 21:17, 21:18

G

gap [4] - 46:23, 135:3, 135:20, 135:24
gas [1] - 136:2
gasket [2] - 13:20, 136:2
GED [5] - 60:18, 60:20, 60:24, 61:9, 61:11
general [3] - 24:16, 123:1, 123:2
generally [7] - 17:4, 24:19, 73:19, 76:10, 77:5, 77:6, 102:19
generator [6] - 29:21, 29:22, 29:23, 30:1, 30:2, 30:7
Germany [1] - 85:4
given [11] - 29:24, 41:22, 41:23, 48:1, 48:2, 49:24, 50:1, 82:22, 105:24,

106:6, 114:17
glance [3] - 105:25, 106:1, 106:2
glasses [3] - 17:14, 17:16, 17:20
Glen [1] - 81:6
government [4] - 6:9, 60:9, 107:4, 125:6
grade [2] - 7:23, 7:24
grasp [1] - 53:6
gray [1] - 59:11
greater [1] - 136:6
green [1] - 91:8
ground [2] - 52:25, 76:5
Group [2] - 80:18, 80:19
grow [1] - 7:13
Guard [64] - 8:17, 11:17, 29:16, 41:1, 43:15, 51:13, 51:19, 73:23, 74:2, 74:4, 89:9, 89:10, 90:6, 90:9, 90:11, 90:13, 90:14, 91:13, 93:2, 100:24, 101:2, 101:14, 101:25, 106:15, 110:14, 116:1, 116:10, 116:14, 116:25, 117:6, 117:15, 117:18, 118:9, 118:20, 118:21, 119:1, 119:6, 119:16, 119:21, 120:10, 120:16, 121:1, 121:15, 121:24, 122:3, 122:10, 123:1, 123:12, 123:16, 123:22, 124:5, 124:7, 129:13, 129:16, 129:24, 130:1, 130:3, 130:5, 130:17, 130:18, 130:21, 130:24, 132:13, 137:22
Guard's [5] - 110:6, 115:5, 120:5, 130:9, 130:12
guess [7] - 27:15, 32:11, 37:2, 67:21, 98:23, 131:15, 140:11
guidance [2] - 117:1, 117:15
gun [1] - 78:8
guns [1] - 123:4
guy [1] - 35:6
guys [2] - 10:17, 10:19

H

half [6] - 10:10, 53:10, 53:12, 96:3, 96:15, 140:10
Hamilton [1] - 56:13
hammers [2] - 13:10, 13:11
hand [6] - 7:9, 7:10, 98:6, 98:19, 98:20
handle [1] - 5:22
handling [1] - 15:1
handwriting [1] - 38:20, 38:21, 38:22
handwritten [1] - 42:15
hanged [1] - 77:11
Harbor [1] - 45:13
hard [3] - 41:2, 57:7, 93:5
hardness [1] - 26:9
Hartness [1] - 9:4
hatches [1] - 118:4
HAVING [2] - 6:20, 80:3
hawse [2] - 11:12, 11:18
hazard [3] - 118:19, 120:6, 128:17
hazards [3] - 124:16, 129:21, 129:23
head [1] - 64:12
hear [2] - 31:20, 118:16
heard [11] - 30:8, 31:24, 32:10, 71:22, 105:1, 108:13, 109:16, 132:23, 133:8, 137:1, 137:21
hearing [5] - 103:25, 108:21, 109:1, 109:7, 109:11
heat [1] - 137:2
heater [1] - 71:11
heavy [3] - 16:4, 16:7, 123:4
height [24] - 12:4, 89:1, 91:2, 94:7, 100:14, 100:15, 106:3, 112:2, 112:5, 112:7, 112:13, 112:16, 112:21, 113:6, 113:13, 113:15, 113:16, 113:18, 113:23, 114:2, 117:24, 136:6, 136:24
heightened [1] - 29:18
held [1] - 5:1
helicopter [2] - 19:1,

19:4
**helmsmen** [1] - 10:19
**help** [9] - 21:3, 22:19, 23:21, 29:4, 35:6, 44:1, 61:7, 74:23, 75:3
**helped** [3] - 23:4, 23:6, 83:4
**Hep** [1] - 18:3
**hepatitis** [1] - 74:6
**high** [13] - 7:17, 7:19, 7:20, 7:22, 16:10, 17:22, 25:23, 81:1, 91:6, 95:24, 96:2, 122:10, 135:10
**higher** [1] - 91:9
**highest** [1] - 16:11
**highly** [1] - 101:6
**Hinson** [51] - 2:14, 5:8, 6:18, 6:23, 7:4, 9:16, 18:11, 20:3, 38:16, 41:18, 42:9, 46:10, 52:22, 54:25, 56:20, 58:9, 59:8, 59:18, 60:10, 60:17, 61:13, 64:22, 65:14, 66:8, 66:20, 66:25, 69:10, 69:19, 70:5, 73:2, 73:24, 94:20, 95:14, 96:22, 104:1, 105:16, 108:21, 109:10, 111:8, 112:3, 115:23, 123:13, 124:13, 125:14, 132:23, 133:16, 133:23, 134:4, 134:19, 135:18, 136:15
**HINSON** [7] - 1:3, 3:3, 3:4, 3:5, 6:20, 7:2, 59:7
**Hinson's** [11] - 9:13, 43:6, 46:7, 83:8, 95:5, 96:1, 104:3, 108:12, 108:25, 115:21, 122:15
**hired** [2] - 83:7, 92:7
**hit** [2] - 32:12, 32:15
**hits** [1] - 77:16
**hobbies** [1] - 78:6
**hold** [2] - 97:11, 106:22
**home** [3] - 48:5, 48:12, 51:9
**Home** [1] - 13:11
**Homeland** [1] - 130:22
**Honor** [76] - 5:6, 5:11, 6:15, 7:1, 9:10, 27:22, 28:5, 28:12, 30:17, 30:19, 31:20,

36:7, 36:10, 37:5, 40:4, 40:6, 40:12, 41:9, 42:1, 42:12, 43:1, 45:6, 47:15, 51:18, 51:25, 54:1, 54:19, 57:6, 57:10, 57:18, 57:19, 58:4, 59:4, 68:25, 69:6, 72:11, 75:12, 75:17, 79:6, 79:11, 79:22, 80:1, 80:11, 84:2, 84:9, 87:10, 87:12, 87:21, 97:4, 97:6, 97:13, 98:13, 99:23, 102:10, 102:14, 103:6, 103:13, 103:17, 104:4, 104:8, 104:21, 105:1, 106:10, 106:12, 106:18, 107:1, 126:25, 137:19, 138:5, 138:10, 138:12, 138:16, 139:2, 139:19, 139:24, 140:3
**HONORABLE** [1] - 1:13
**Honorable** [1] - 5:1
**honorably** [1] - 8:8
**hopefully** [2] - 40:19, 140:4
**Hopefully** [1] - 126:23
**horn** [5] - 108:21, 109:1, 109:7, 109:11, 133:23
**horsepower** [1] - 12:8
**horsepowers** [1] - 12:12
**hose** [2] - 53:10, 53:12
**hospital** [15] - 35:18, 35:22, 35:23, 35:24, 36:4, 37:9, 37:14, 37:22, 38:2, 41:5, 41:20, 41:23, 43:23, 47:11, 47:16
**hour** [3] - 140:4, 140:5, 140:10
**hours** [5] - 12:24, 21:13, 73:4, 140:11
**house** [2] - 78:12, 86:1
**housekeeping** [1] - 40:18
**hull** [2] - 85:23, 86:7
**human** [33] - 81:22, 81:23, 81:25, 82:2, 82:10, 82:13, 83:1, 83:5, 99:5, 99:7, 99:9, 99:12, 99:13,

99:15, 99:20, 99:24, 100:7, 104:13, 105:18, 107:6, 107:9, 107:15, 107:20, 107:25, 108:3, 108:7, 108:9, 110:18, 110:21, 111:2, 117:5, 117:8
**hundreds** [3] - 66:22, 132:24, 133:5
**HUNT** [1] - 2:8
**hurt** [1] - 44:3
**hurting** [1] - 35:5
**hurts** [1] - 77:11
**hypothetical** [1] - 88:22

**I**

**ice** [1] - 38:6
**idea** [1] - 24:16
**identical** [6] - 18:24, 19:4, 19:14, 86:4, 87:1, 87:8
**identification** [1] - 91:23
**identified** [2] - 100:13, 110:15
**identify** [2] - 38:20, 98:2
**Illness** [1] - 42:7
**illustrated** [1] - 136:24
**illustration** [1] - 130:12
**images** [1] - 86:5
**imagine** [1] - 122:17
**immediately** [2] - 130:9, 134:16
**impact** [1] - 126:11
**implementable** [2] - 103:5, 105:19
**implementation** [2] - 119:20, 132:7
**implemented** [1] - 101:19
**implication** [1] - 129:22
**implied** [2] - 129:20, 131:12
**implies** [1] - 99:14
**important** [1] - 86:21
**impressed** [1] - 109:12
**impressive** [1] - 81:10
**improper** [2] - 112:16, 112:18
**inch** [6] - 53:10, 53:12, 94:22, 106:3, 135:15, 135:16
**inches** [16] - 13:15,

94:22, 94:23, 94:24, 95:24, 95:25, 96:2, 96:3, 96:13, 96:15, 106:4, 135:21, 136:6, 136:8, 136:10
**incident** [8] - 11:8, 17:20, 24:5, 43:6, 43:8, 70:11, 74:10, 76:13
**incision** [1] - 46:17
**include** [5] - 65:23, 65:25, 66:2, 98:22, 128:17
**included** [1] - 100:17
**including** [1] - 99:20
**incorporate** [2] - 82:14, 83:5
**incorporated** [1] - 99:8
**incorrect** [2] - 39:24, 112:14
**increasing** [1] - 76:11
**independent** [2] - 89:12, 89:17
**independently** [1] - 89:15
**Indian** [2] - 9:5, 10:10
**indicates** [4] - 90:19, 91:15, 93:10, 98:21
**indicating** [7] - 17:11, 32:19, 34:6, 91:25, 92:18, 92:25, 94:2
**individual** [2] - 53:22, 54:17
**individually** [1] - 86:17
**individuals** [1] - 43:8
**industry** [21] - 84:20, 97:1, 97:2, 99:10, 101:8, 101:12, 102:6, 102:12, 102:20, 103:2, 103:8, 103:12, 103:16, 104:16, 116:15, 117:1, 117:4, 121:6, 121:14, 123:24, 123:25
**information** [4] - 39:4, 39:19, 57:14, 133:18
**injured** [1] - 56:21
**injuries** [3] - 34:15, 34:17, 34:20
**injury** [2] - 41:20, 104:18
**Injury** [1] - 42:7
**insertion** [3] - 46:18, 46:19, 46:24
**inside** [4] - 13:20, 16:2, 97:15, 133:13

**insofar** [1] - 84:3
**inspected** [11] - 90:20, 90:21, 90:22, 91:16, 92:1, 92:19, 93:1, 93:10, 94:4, 95:1, 111:18
**Inspection** [3] - 90:4, 90:7, 90:23
**inspection** [5] - 90:22, 95:18, 103:25, 110:11, 116:23
**instance** [1] - 133:22
**instances** [2] - 16:1, 32:2
**Institute** [1] - 81:3
**institution** [1] - 48:20
**instructed** [1] - 21:2
**instruction** [7] - 125:16, 125:17, 125:18, 126:6, 128:9, 129:1, 129:10
**instructions** [2] - 52:14, 128:22
**insurance** [2] - 48:21, 89:16
**intend** [1] - 56:20
**interchangeably** [1] - 31:21
**interdiction** [1] - 123:8
**interesting** [1] - 124:19
**interests** [1] - 6:7
**interior** [3] - 91:1, 91:13
**intern** [2] - 109:23, 110:2
**internal** [2] - 105:14, 120:6
**International** [1] - 92:12
**international** [1] - 92:14
**interpret** [2] - 129:1, 129:25
**interpretation** [6] - 89:22, 93:23, 94:6, 123:21, 128:16, 128:20
**interpreting** [1] - 128:22
**interview** [3] - 129:9, 133:16, 133:19
**interviewed** [1] - 134:2
**investigating** [2] - 108:10, 110:22
**Investigation** [2] - 42:6, 42:14
**involved** [2] - 77:25,

119:5
**involves** [1] - 21:6
**irrelevant** [2] - 119:4, 138:7
**Island** [1] - 81:6
**issue** [6] - 54:19, 81:21, 104:14, 104:19, 109:18, 128:17
**issues** [2] - 90:6, 93:4
**items** [2] - 88:9, 93:9
**itself** [9] - 26:4, 29:14, 52:1, 52:2, 52:6, 119:21, 128:15, 132:22, 134:5

## J

**J-34** [1] - 27:14
**jacket** [1] - 16:8
**JAMES** [1] - 2:2
**James** [1] - 5:7
**January** [2] - 50:7, 50:11
**Jeffrey** [1] - 45:22
**JERSEY** [1] - 1:1
**Jersey** [5] - 2:4, 5:17, 48:20, 56:13, 67:13
**job** [7] - 8:13, 14:21, 14:22, 43:22, 62:23, 75:1, 101:19
**JOSEPH** [50] - 2:8, 3:5, 5:9, 27:7, 27:22, 28:5, 28:12, 30:19, 31:19, 36:10, 40:6, 40:12, 41:9, 42:1, 42:12, 43:1, 43:11, 43:18, 45:6, 47:6, 47:13, 47:21, 51:23, 51:25, 52:5, 53:20, 57:10, 57:15, 57:25, 59:4, 59:7, 68:25, 69:2, 69:8, 70:4, 70:13, 70:15, 71:2, 71:3, 72:8, 72:14, 72:19, 73:18, 73:22, 75:10, 79:11, 139:3, 139:19, 140:9, 140:13
**Joseph** [4] - 5:9, 59:9, 127:18, 127:25
**Josh** [1] - 59:8
**Joshua** [1] - 5:9
**JOSHUA** [1] - 2:8
**joshua.h.joseph@ usdoj.gov** [1] - 2:10
**JR** [7] - 1:3, 3:3, 3:4, 3:5, 6:20, 7:2, 59:7
**Jr** [1] - 2:14
**Judge** [3] - 5:2, 27:12,

83:14
**judge** [2] - 26:25, 123:14
**JUDGE** [1] - 1:14
**judicial** [3] - 51:19, 52:2, 70:10
**July** [10] - 48:2, 48:10, 48:12, 49:5, 68:15, 68:21, 69:25, 70:8, 70:11, 75:5
**jumper** [1] - 35:6
**jumpers** [1] - 11:4
**jumpsuit** [1] - 11:5
**June** [4] - 44:6, 44:8, 44:16, 46:8
**Junior** [3] - 5:8, 6:19, 6:23
**junk** [2] - 24:23, 25:7
**jury** [6] - 6:2, 21:20, 21:21, 22:4, 22:6, 22:7
**JUSTICE** [1] - 2:7
**juxtapose** [1] - 87:24

## K

**keep** [9] - 7:6, 21:13, 25:18, 50:18, 77:11, 82:24, 91:7, 102:25, 138:18
**Ken** [1] - 79:14
**KENNETH** [8] - 3:6, 3:7, 3:8, 3:9, 80:3, 80:12, 107:2, 137:20
**Kenneth** [2] - 80:2, 80:6
**kept** [8] - 40:21, 41:13, 57:13, 63:22, 68:4, 76:11, 114:4, 114:5
**killing** [1] - 36:5
**Kilmer** [1] - 2:4
**kilogram** [1] - 52:25
**kind** [2] - 98:10, 103:19
**kinds** [2] - 11:25, 89:13
**Kirstin** [1] - 140:2
**kneel** [1] - 54:9
**knowledge** [5] - 69:11, 84:20, 111:7, 111:15, 131:6
**known** [3] - 9:18, 37:10, 85:11
**Kucsma** [1] - 140:2

## L

**lack** [2] - 31:1, 81:22
**lacks** [2] - 88:19, 88:20

**ladders** [1] - 53:17
**lady** [1] - 22:1
**lakes** [1] - 78:11
**Lakewood** [1] - 78:8
**large** [3] - 60:6, 66:13, 66:17
**larger** [2] - 122:19, 122:23
**last** [3] - 56:16, 65:12, 65:13
**latched** [2] - 134:6, 134:7
**latest** [1] - 125:24
**latitude** [1] - 88:4
**launched** [1] - 125:15
**Lautenberg** [1] - 1:9
**law** [4] - 127:9, 127:11, 127:12, 127:22
**lawsuit** [1] - 5:22
**lawyer** [1] - 6:1
**lawyer's** [2] - 6:11, 70:6
**lay** [4] - 88:2, 97:17, 98:23, 102:14
**lead** [1] - 121:15
**leaking** [1] - 13:21
**least** [4] - 52:24, 76:6, 134:10
**leave** [7] - 15:9, 15:11, 15:13, 21:12, 37:13, 40:16, 48:5
**leaving** [1] - 122:25
**left** [8] - 7:9, 34:2, 36:18, 36:21, 36:23, 48:12, 49:5, 89:2
**left-hand** [1] - 7:9
**legal** [5] - 5:21, 123:11, 123:18, 123:20
**length** [2] - 22:6, 109:20
**less** [6] - 79:21, 118:19, 125:8, 125:9, 135:14, 135:16
**lettering** [1] - 117:24
**level** [6] - 28:24, 39:6, 61:22, 61:25, 125:11, 132:5
**liability** [1] - 5:22
**license** [3] - 11:16, 11:19, 62:15
**licensed** [3] - 62:10, 62:13, 62:24
**lick** [1] - 31:25
**life** [7] - 15:22, 15:25, 16:1, 16:8, 25:24, 56:22
**lift** [8] - 13:25, 14:4,

50:17, 50:23, 52:24, 53:6, 53:11
**lifting** [1] - 15:1
**light** [12] - 21:3, 21:5, 21:8, 22:20, 23:6, 39:16, 41:19, 50:17, 111:5, 111:21, 111:22
**light-off** [4] - 21:5, 22:20, 39:16, 41:19
**lightest** [1] - 134:25
**lighting** [5] - 23:19, 23:23, 111:7, 111:15, 111:18
**lights** [2] - 11:25, 30:2
**likely** [1] - 122:24
**limitations** [3] - 50:22, 50:25, 51:6
**limited** [1] - 51:10
**line** [2] - 137:9, 137:14
**lines** [1] - 19:10
**lip** [20] - 31:9, 31:24, 31:25, 39:3, 39:7, 42:15, 55:20, 55:24, 58:13, 58:18, 69:11, 69:15, 75:15, 75:20, 90:12, 91:15, 91:25, 92:19, 92:25
**LIP** [1] - 32:1
**lips** [2] - 33:1, 99:2
**Lissette** [2] - 40:16, 57:11
**list** [2] - 65:4, 93:9
**listed** [4] - 15:21, 39:23, 83:11, 93:14
**lists** [3] - 39:9, 43:7, 104:16
**literally** [1] - 132:24
**litigation** [1] - 112:13
**live** [1] - 15:5
**lived** [1] - 67:7
**living** [1] - 67:15
**LLP** [1] - 2:2
**load** [3] - 29:22, 52:25, 53:1
**local** [2] - 41:5, 41:20
**located** [7] - 25:3, 32:17, 32:18, 33:16, 81:5, 84:14, 84:15
**location** [1] - 86:9
**Locust** [2] - 18:13, 84:15
**log** [11] - 25:15, 40:21, 40:24, 40:25, 41:13, 41:15, 111:8, 133:9, 134:4, 134:15
**logbook** [1] - 41:1
**look** [21] - 11:22, 22:16, 29:4, 55:9, 70:8, 82:14, 99:10,

101:18, 103:1, 110:10, 114:14, 114:19, 116:5, 116:8, 121:6, 128:8, 129:13, 130:7, 132:17, 134:9, 136:25
**looked** [22] - 24:15, 24:17, 24:19, 26:15, 30:14, 33:12, 48:21, 55:18, 69:16, 75:7, 95:16, 114:22, 115:5, 116:9, 120:17, 121:1, 123:16, 123:17, 136:22, 137:15, 138:3
**looking** [40] - 26:11, 26:13, 28:19, 30:21, 30:23, 30:25, 39:16, 58:15, 58:16, 59:10, 71:12, 71:13, 71:15, 71:25, 72:2, 72:16, 72:21, 75:19, 87:16, 92:11, 94:19, 96:7, 96:9, 96:11, 100:25, 106:6, 115:1, 134:15, 136:11, 136:13, 136:16, 136:19, 137:3, 137:7, 137:8, 137:11, 137:13
**looks** [13] - 11:22, 19:24, 20:6, 20:10, 34:7, 37:18, 37:19, 50:6, 55:7, 55:8, 55:20, 75:19, 105:24
**loop** [1] - 107:14
**loose** [1] - 13:22
**lose** [1] - 30:6
**love** [2] - 130:20, 133:4
**lower** [1] - 91:12
**lowering** [1] - 16:1
**lowest** [1] - 10:22
**lunch** [3] - 109:19, 109:21, 138:17
**lying** [1] - 76:5

## M

**machine** [2] - 14:7, 14:11
**machinery** [4] - 85:25, 86:7, 109:13, 110:11
**MACKINNON** [1] - 2:8
**magazine** [2] - 119:17, 119:22
**main** [2] - 12:1, 25:2
**maintain** [2] - 6:8,

63:18
**maintained** [3] - 67:4, 93:25, 131:13
**maintenance** [9] - 81:16, 81:19, 81:25, 82:11, 83:20, 88:14, 89:15, 92:8, 122:16
**major** [6] - 85:23, 85:24, 85:25, 86:7, 87:1
**makers** [1] - 118:17
**man** [1] - 123:3
**management** [7] - 80:21, 81:15, 92:12, 92:13, 92:16, 92:22, 93:3
**manager** [1] - 97:25
**mandatory** [1] - 57:1
**manipulate** [1] - 53:6
**manned** [2] - 115:6, 115:13
**manner** [2] - 100:18, 131:10
**manning** [2] - 115:9, 131:25
**manual** [9] - 123:22, 124:2, 124:3, 127:5, 129:13, 129:17, 130:10, 132:13
**manufacturers** [1] - 114:12
**MARAD** [2] - 125:23, 126:3
**March** [3] - 20:11, 20:12
**marine** [11] - 12:21, 80:20, 81:2, 81:17, 81:18, 82:6, 82:20, 108:16, 109:6, 109:7, 109:10
**Marine** [2] - 18:13, 121:10
**mariner** [4] - 8:10, 9:19, 28:6, 56:23
**mariner's** [9] - 8:18, 8:19, 9:6, 9:13, 9:18, 9:24, 28:3, 51:14, 52:14
**maritime** [9] - 79:13, 87:3, 102:6, 102:12, 102:19, 103:12, 104:16, 104:17, 118:8
**Maritime** [7] - 16:21, 80:18, 80:19, 115:17, 125:1, 125:11, 127:8
**mark** [6] - 52:7, 116:6, 117:23, 118:4, 120:18, 123:23

**marked** [14] - 9:7, 18:10, 20:2, 30:12, 31:12, 33:14, 37:10, 38:14, 40:17, 51:18, 58:9, 88:24, 90:17, 100:20
**market** [1] - 89:18
**marking** [2] - 123:13, 129:25
**markings** [7] - 19:9, 89:1, 116:15, 118:9, 118:11, 119:13, 120:1
**married** [1] - 7:15
**Martinotti** [1] - 83:14
**MARTINOTTI** [2] - 1:13, 5:2
**Maryland** [2] - 18:14, 84:15
**massage** [1] - 50:16
**Masters** [5] - 37:10, 37:11, 40:9, 44:14, 48:2
**matched** [1] - 113:15
**mate** [4] - 35:25, 38:22, 38:24, 39:22
**math** [3] - 61:3, 61:7, 61:8
**matter** [3] - 40:18, 113:4, 120:3
**matters** [2] - 114:2, 127:16
**mattress** [1] - 16:9
**Mayer** [3] - 45:22, 45:23, 47:1
**MAYER** [1] - 45:22
**Mayer's** [2] - 47:19, 47:22
**McAvoy's** [1] - 87:2
**McKay** [1] - 1:20
**McKay-Soule** [1] - 1:20
**meals** [1] - 15:7
**mean** [23] - 13:9, 14:6, 16:7, 16:9, 24:23, 25:8, 30:4, 30:5, 72:2, 77:6, 86:4, 89:19, 100:11, 116:17, 116:22, 118:17, 119:11, 121:8, 124:19, 132:4, 135:20, 136:9
**meaningful** [1] - 112:20
**means** [6] - 30:6, 41:21, 85:22, 86:6, 89:20, 128:23
**measure** [5] - 54:20, 87:20, 112:23, 135:10, 138:7

**measurements** [4] - 94:12, 94:18, 94:19, 94:21
**measures** [5] - 87:15, 87:17, 105:7, 108:12, 108:25
**measuring** [1] - 135:12
**mechanical** [2] - 1:22, 89:14
**mechanism** [2] - 99:14, 99:15
**medical** [4] - 15:13, 17:1, 35:8, 37:14, 40:21, 40:23, 40:24, 40:25, 44:6, 44:18, 46:22, 73:23, 74:4, 74:8
**medication** [3] - 18:1, 56:5, 77:20
**MedStar** [1] - 45:13
**meet** [2] - 8:20, 40:16
**Megan** [2] - 1:20, 22:5
**megansoule430@ gmail.com** [1] - 1:21
**member** [7] - 10:24, 16:18, 16:20, 16:22, 62:13, 108:19, 125:12
**members** [2] - 62:10, 88:8
**mention** [1] - 92:10
**mentioned** [5] - 9:6, 23:9, 37:8, 101:10, 126:15
**merchant** [18] - 8:10, 8:13, 8:17, 8:19, 9:6, 9:13, 9:18, 9:19, 9:22, 9:24, 10:15, 28:3, 28:6, 51:14, 52:14, 56:23, 132:1
**Meredith** [6] - 23:16, 25:22, 34:14, 39:9, 42:23, 70:21
**Meredith's** [2] - 23:18, 43:2
**Merrick** [1] - 23:15
**mess** [1] - 21:16
**metal** [4] - 96:5, 96:11, 96:21, 96:23
**methods** [1] - 121:13
**microphone** [1] - 7:6
**middle** [2] - 19:9, 69:10
**might** [10] - 12:25, 13:1, 13:2, 13:19, 13:20, 14:6, 14:8, 17:8, 73:25, 113:23
**Mike** [3] - 35:11, 38:22, 39:20

**Military** [7] - 8:24, 59:24, 60:1, 60:7, 65:7, 65:25, 126:7
**military** [6] - 85:7, 115:8, 115:11, 115:14, 122:20, 123:6
**mind** [2] - 118:17, 118:18
**minute** [4] - 34:5, 36:15, 57:18, 57:23
**minutes** [10] - 21:12, 56:17, 79:9, 79:12, 121:24, 133:14, 133:15, 138:14, 138:19, 138:21
**mirror** [1] - 86:5
**miscellaneous** [1] - 12:3
**misleading** [2] - 106:7
**misrepresentation** [1] - 105:25
**missile** [2] - 9:2, 60:8
**missiles** [1] - 9:3
**misspoke** [1] - 120:20
**misstated** [1] - 133:1
**mistaken** [1] - 18:20
**modification** [3] - 85:8, 111:13, 111:22
**modifications** [1] - 85:9
**modified** [1] - 85:1
**molding** [1] - 78:13
**moment** [3] - 118:11, 120:20, 137:2
**money** [1] - 17:9
**monitor** [1] - 13:1
**monitoring** [2] - 12:25, 119:20
**month** [4] - 67:10, 74:11, 74:15, 76:9
**months** [1] - 67:8
**Morganville** [1] - 2:4
**morning** [10] - 5:4, 5:6, 5:11, 7:4, 7:5, 59:8, 80:13, 80:14, 104:1, 105:2
**most** [4] - 10:24, 12:18, 76:6, 76:12
**motion** [3] - 54:15, 56:8, 104:13
**motor** [1] - 14:8
**Motrin** [3] - 56:6, 77:21, 77:22
**Motrins** [1] - 38:6
**move** [24] - 9:8, 16:2, 27:1, 30:17, 36:7, 40:3, 40:10, 41:8, 41:24, 42:10, 42:24, 43:8, 43:16, 45:4,

47:5, 47:10, 47:18, 57:8, 58:25, 92:24, 103:22, 128:24, 139:9, 139:16
**moved** [3] - 11:11, 72:5, 72:8
**movie** [1] - 138:14
**moving** [2] - 93:5, 138:18
**MR** [217] - 3:4, 3:5, 3:7, 3:8, 3:9, 5:6, 5:9, 5:11, 6:15, 6:18, 7:1, 7:2, 9:9, 9:12, 9:15, 22:11, 22:13, 26:25, 27:4, 27:7, 27:9, 27:12, 27:15, 27:19, 27:22, 28:2, 28:5, 28:9, 28:12, 28:17, 28:18, 30:17, 30:19, 31:5, 31:17, 31:19, 31:20, 31:24, 32:1, 32:7, 32:8, 34:3, 34:9, 34:11, 34:12, 36:7, 36:10, 36:16, 36:20, 36:24, 37:3, 37:5, 37:7, 40:3, 40:6, 40:9, 40:12, 40:20, 41:8, 41:9, 41:12, 42:1, 42:4, 42:12, 42:13, 42:21, 43:1, 43:5, 43:11, 43:14, 43:18, 43:21, 45:4, 45:4, 45:6, 45:9, 46:6, 46:9, 47:5, 47:6, 47:10, 47:13, 47:15, 47:18, 47:21, 47:24, 47:25, 50:11, 50:12, 51:17, 51:21, 51:23, 51:24, 51:25, 52:5, 52:8, 52:13, 52:18, 52:20, 52:21, 53:20, 54:1, 54:6, 54:8, 54:19, 54:24, 57:6, 57:10, 57:15, 57:18, 57:25, 58:4, 58:7, 58:8, 58:25, 59:3, 59:4, 59:7, 68:25, 69:2, 69:6, 69:8, 70:4, 70:13, 70:15, 71:2, 71:3, 72:8, 72:11, 72:14, 72:19, 73:15, 73:18, 73:20, 73:22, 75:10, 75:12, 75:17, 79:6, 79:9, 79:11, 79:13, 79:16, 79:20, 79:22, 80:1, 80:11, 80:12, 81:13, 83:13, 83:17, 84:2, 84:9, 84:10, 87:10, 87:12, 87:16, 87:21, 88:2,

88:5, 88:6, 88:19, 88:21, 89:7, 97:4, 97:6, 97:13, 97:19, 98:13, 98:25, 99:23, 100:2, 102:10, 102:14, 102:17, 103:6, 103:13, 103:17, 103:23, 104:4, 104:8, 104:11, 104:21, 105:1, 105:10, 106:8, 106:12, 106:15, 106:18, 106:21, 107:1, 107:2, 126:25, 127:4, 128:3, 128:7, 132:20, 137:17, 137:19, 137:20, 138:5, 138:8, 138:10, 138:15, 138:20, 138:21, 138:22, 139:1, 139:3, 139:9, 139:13, 139:16, 139:19, 139:24, 140:1, 140:6, 140:9, 140:13

**MRI** [10] - 45:3, 45:10, 45:12, 45:24, 46:1, 46:7, 46:10, 47:1, 47:7, 76:16

**MS** [2] - 5:13, 5:14

**MSC** [1] - 125:22

**multiday** [1] - 62:3

**multiple** [2] - 98:3, 113:7

**muscle** [1] - 46:25

**museum** [11] - 130:18, 130:25, 131:3, 131:4, 131:14, 131:15, 131:16, 131:17, 131:19, 131:24, 132:3

**N**

**name** [11] - 6:22, 23:16, 38:16, 45:20, 45:21, 59:8, 80:5, 86:9, 92:10, 107:3, 110:5

**narrative** [1] - 125:15

**nature** [3] - 5:22, 84:23

**naval** [13] - 60:4, 80:20, 81:2, 81:18, 84:4, 89:12, 104:7, 107:14, 110:25, 111:4, 111:24, 114:8, 124:22

**Naval** [2] - 81:3, 121:9

**navigation** [1] - 116:23

**Navy** [49] - 8:1, 8:2, 8:3, 8:6, 8:14, 8:15, 59:21, 59:23, 65:23, 84:25, 85:8, 101:13, 101:15, 101:24, 115:12, 115:19, 121:15, 121:23, 122:1, 122:5, 122:18, 122:23, 123:1, 123:12, 123:16, 124:15, 124:21, 124:22, 124:23, 125:2, 125:4, 125:5, 125:7, 125:12, 125:13, 125:15, 126:2, 126:10, 126:11, 126:12, 127:5, 127:9, 127:21, 128:9, 128:22, 128:25, 129:5, 129:9, 137:22

**Navy's** [2] - 124:16, 124:24

**NE** [1] - 2:9

**near** [3] - 29:2, 45:14, 91:14

**necessary** [1] - 54:2

**need** [13] - 13:5, 13:23, 37:13, 37:22, 47:2, 52:3, 52:7, 54:14, 58:4, 93:24, 112:9, 138:25

**needed** [5] - 44:1, 45:3, 48:25, 74:1, 110:9

**needs** [2] - 23:9, 39:25

**negative** [1] - 35:20

**Netherlands** [1] - 85:5

**never** [6] - 25:23, 48:23, 60:21, 90:21, 109:9, 120:4

**New** [8] - 2:4, 5:17, 7:12, 7:14, 48:20, 56:13, 67:12, 81:6

**NEW** [1] - 1:1

**new** [3] - 95:22, 111:21, 122:6

**Newark** [1] - 5:17

**next** [7] - 28:20, 79:12, 89:6, 101:5, 109:19, 129:12, 129:15

**night** [2] - 60:22, 109:14

**nobody** [1] - 57:13

**non** [4] - 43:6, 121:22, 125:5, 126:12

**non-Navy** [2] - 125:5,

126:12

**non-watertight** [1] - 121:22

**non-witnesses** [1] - 43:6

**noncommercial** [1] - 103:4

**none** [2] - 94:1

**nonlegal** [1] - 127:23

**nonregulatory** [1] - 117:1

**North** [2] - 2:9, 109:14

**notation** [3] - 37:19, 41:3, 41:16

**notes** [1] - 135:12

**nothing** [14] - 24:23, 26:16, 53:23, 56:1, 57:19, 58:25, 91:15, 92:2, 92:21, 106:8, 112:2, 118:14, 138:1, 138:8

**notice** [3] - 51:19, 52:2, 70:10

**noticed** [1] - 136:1

**November** [1] - 94:11

**nowhere** [2] - 29:2, 91:14

**nozzle** [1] - 53:11

**NUMBER** [1] - 1:3

**number** [7] - 61:23, 105:13, 105:15, 115:8, 116:24, 117:4, 133:14

**nuts** [1] - 13:22

**NVIC** [7] - 116:25, 117:3, 117:9, 117:12, 117:13

**NVIC's** [1] - 117:8

**O**

**oath** [1] - 68:19

**object** [2] - 134:25, 138:5

**objection** [70] - 27:5, 27:7, 27:17, 27:21, 27:22, 27:25, 28:4, 28:5, 28:11, 28:12, 30:18, 30:19, 36:9, 36:10, 36:11, 40:5, 40:6, 40:11, 40:12, 41:9, 41:25, 42:1, 42:12, 43:1, 43:10, 43:11, 43:17, 43:18, 45:5, 45:6, 47:6, 47:8, 47:12, 47:13, 47:20, 47:21, 51:22, 52:1, 52:10, 53:20, 54:7, 54:23, 57:10, 57:14, 57:15, 59:2,

126:12

59:4, 72:10, 72:11, 73:15, 73:20, 87:10, 87:11, 88:19, 97:4, 99:22, 99:24, 102:10, 103:21, 104:4, 106:11, 106:12, 106:18, 106:25, 128:3, 139:3, 139:12, 139:13, 139:18, 139:19

**observed** [1] - 103:9

**obtain** [2] - 51:14, 84:11

**obtained** [4] - 52:15, 60:18, 61:9, 62:14

**obtaining** [1] - 60:20

**occurred** [5] - 22:24, 58:2, 79:24, 87:14, 138:23

**Ocean** [2] - 9:5, 10:10

**oceangoing** [1] - 92:13

**October** [3] - 1:11, 5:2, 7:8

**OF** [13] - 1:1, 1:6, 2:7, 3:4, 3:5, 3:6, 3:7, 3:8, 7:2, 59:7, 80:12, 107:2, 137:20

**offensive** [1] - 123:8

**offer** [1] - 106:9

**offering** [1] - 111:23

**offhand** [1] - 45:21

**Office** [1] - 1:10

**office** [15] - 25:15, 39:8, 67:20, 67:23, 67:24, 67:25, 68:1, 68:2, 68:7, 70:6, 70:18, 70:19, 70:24, 71:5, 83:7

**officer** [2] - 35:8, 63:5

**officers** [2] - 63:1, 63:4

**Officers** [1] - 16:21

**official** [1] - 40:24

**Official** [1] - 1:20

**oiler** [1] - 11:16

**old** [1] - 122:6

**olecranon** [2] - 46:20, 46:21

**Olive** [1] - 2:14

**olive** [1] - 5:14

**onboard** [2] - 112:3, 112:7

**once** [6] - 21:11, 30:6, 30:8, 35:2, 56:19

**one** [50] - 8:4, 8:12, 12:3, 18:20, 29:21, 29:23, 36:14, 36:15, 36:20, 52:22, 53:10,

53:12, 57:18, 58:4, 58:19, 62:23, 63:8, 69:12, 73:13, 74:5, 84:24, 85:4, 87:7, 89:2, 93:18, 95:24, 96:2, 96:5, 96:13, 96:16, 96:21, 96:23, 98:19, 100:25, 101:1, 103:7, 105:13, 106:3, 106:22, 111:11, 111:12, 115:23, 116:10, 124:10, 126:19, 137:19, 139:3

**one's** [1] - 93:8

**one-and-a-half** [2] - 53:10, 53:12

**one-and-three** [2] - 96:16, 106:3

**one-and-three-quarter** [2] - 95:24, 96:2

**ones** [7] - 90:24, 90:25, 91:12, 91:14, 98:3, 122:6

**online** [1] - 52:15

**open** [7] - 5:1, 13:13, 13:23, 134:6, 134:7, 134:22, 136:4

**open-end** [1] - 13:13

**opening** [6] - 6:13, 23:6, 94:21, 114:9, 114:10, 133:3

**openings** [1] - 114:11

**operate** [1] - 126:3

**operating** [2] - 35:3, 88:12

**operations** [1] - 15:17

**operators** [3] - 131:14, 131:15, 131:16

**opinion** [17] - 81:12, 104:1, 104:19, 104:21, 105:5, 112:1, 112:5, 112:6, 112:8, 112:12, 112:15, 112:16, 119:14, 127:15, 133:18, 133:22, 134:1

**opinions** [7] - 84:8, 99:19, 104:17, 110:23, 133:12, 133:17, 133:19

**OPNAV** [2] - 125:16, 126:6

**opportunity** [6] - 105:16, 105:20, 105:24, 106:5, 133:16, 136:25

**opposed** [1] - 87:25
**optimistic** [1] - 140:7
**option** [1] - 112:9
**order** [8] - 8:19, 16:9, 20:22, 37:8, 85:7, 86:12, 89:15, 98:16
**ordered** [1] - 20:20
**ordinary** [1] - 10:18
**organization** [3] - 88:12, 92:7, 107:18
**organizations** [5] - 82:23, 99:16, 102:1, 103:4, 105:18
**original** [1] - 126:21
**originally** [1] - 86:12
**orthopedic** [1] - 48:20
**orthopedist** [1] - 45:17
**otherwise** [2] - 6:3, 86:23
**outcome** [1] - 29:24
**outfit** [1] - 19:21
**outside** [8] - 39:7, 58:15, 58:16, 78:3, 91:4, 97:5, 108:15, 134:16
**over-the-counter** [1] - 78:1
**overboard** [1] - 123:3
**overhauling** [2] - 82:7, 82:9
**overlap** [4] - 135:14, 135:17, 135:24, 136:9
**oversees** [1] - 64:9
**own** [16] - 89:20, 89:22, 89:23, 90:13, 90:14, 93:23, 94:7, 98:5, 101:3, 101:14, 101:18, 101:25, 102:2, 121:16, 124:24
**owned** [4] - 115:17, 115:19, 124:5, 125:1, 125:5, 125:10, 125:13, 126:10
**owner** [1] - 88:12
**ownership** [1] - 92:3
**owns** [1] - 91:23

## P

**P-1** [5] - 4:9, 27:10, 58:10, 58:25, 59:5
**P-12** [5] - 3:20, 38:14, 39:4, 40:7, 40:8
**P-13** [4] - 3:21, 37:10, 40:13, 40:14
**P-14** [3] - 4:3, 45:7,

45:8
**P-15** [4] - 3:24, 42:5, 42:17, 42:20
**P-16** [2] - 3:25, 43:4
**P-17** [3] - 4:1, 43:12, 43:13
**P-18** [3] - 4:2, 43:19, 43:20
**P-19** [4] - 4:5, 47:15, 47:16, 47:17
**P-2** [7] - 3:18, 30:12, 30:17, 31:4, 31:12, 75:17, 75:18
**P-20** [9] - 3:17, 4:6, 28:2, 28:4, 28:6, 28:8, 47:18, 47:22, 47:23
**P-21** [2] - 4:4, 47:9
**P-22** [3] - 4:13, 72:12, 139:14
**P-23** [2] - 4:15, 139:21
**P-24** [2] - 4:15, 139:21
**P-25** [2] - 4:8, 57:17
**P-27** [5] - 3:16, 27:19, 27:21, 27:23, 27:24
**P-31** [5] - 4:11, 100:21, 106:10, 106:13, 106:14
**P-34** [7] - 3:15, 27:12, 27:13, 27:14, 27:15, 27:16, 27:18
**P-36** [6] - 4:7, 52:8, 52:9, 52:11, 52:12, 52:13
**P-4** [9] - 3:19, 33:14, 34:1, 34:2, 36:8, 36:11, 36:12, 36:13, 36:17
**P-7** [3] - 3:22, 41:10, 41:11
**P-8** [3] - 3:23, 41:15, 42:2, 42:3
**p.m** [1] - 140:17
**P16** [1] - 43:2
**Pacific** [1] - 10:10
**paddle** [2] - 78:7, 78:15
**pads** [2] - 19:1, 19:4
**PAGE** [1] - 3:2
**page** [15] - 22:17, 44:13, 48:1, 65:12, 65:13, 69:4, 69:9, 69:10, 70:9, 94:14, 100:21, 129:12, 130:8, 134:9, 134:11
**Page** [1] - 3:13
**Pages** [1] - 1:6
**paid** [4] - 92:8, 109:25, 110:1, 110:6
**pain** [17] - 32:16,

32:17, 49:21, 49:22, 56:3, 56:7, 76:4, 76:10, 76:20, 76:24, 77:12, 77:13, 77:14, 77:15
**paint** [31] - 33:6, 88:9, 95:21, 95:22, 97:14, 97:18, 97:20, 98:2, 98:7, 98:15, 98:16, 98:20, 98:22, 99:5, 99:20, 102:6, 102:18, 105:15, 105:17, 106:6, 106:7, 111:14, 114:2, 114:7, 114:15, 115:2, 124:16, 134:17, 134:18, 137:23
**painted** [24] - 19:10, 33:2, 36:22, 55:21, 58:19, 68:10, 68:14, 75:21, 76:1, 88:15, 90:16, 98:1, 100:18, 101:2, 105:21, 114:20, 116:11, 117:19, 121:3, 121:20, 129:2, 136:23, 137:24
**painting** [15] - 63:22, 78:13, 87:25, 89:1, 95:4, 95:17, 101:20, 101:22, 102:12, 103:12, 103:16, 113:24, 117:7, 124:24, 127:6
**paintings** [1] - 88:16
**papers** [1] - 35:17
**paperwork** [1] - 37:8
**paragraph** [3] - 128:10, 129:15
**Paralegal** [2] - 2:14, 2:15
**parallel** [3] - 136:13, 137:7, 137:12
**parked** [1] - 130:19
**part** [30] - 21:19, 21:21, 29:16, 31:8, 31:11, 32:11, 33:15, 76:1, 83:7, 83:10, 89:8, 90:2, 90:22, 95:23, 96:2, 96:15, 98:24, 99:1, 114:1, 116:2, 116:5, 116:9, 117:22, 118:4, 118:5, 119:7, 119:10, 120:6, 130:21, 136:22
**particular** [8] - 70:19, 99:24, 114:15, 115:2, 116:11,

117:20, 120:22, 121:4
**particularly** [1] - 99:2
**pass** [3] - 8:20, 55:15, 62:1
**passage** [1] - 134:15
**passageway** [2] - 100:25, 101:9
**passageways** [2] - 91:1, 102:9
**passed** [1] - 61:11
**passengers** [1] - 118:13
**passing** [2] - 119:6, 136:5
**pay** [4] - 17:2, 17:3, 17:7, 17:12
**people** [18] - 82:1, 82:10, 82:13, 82:23, 98:3, 98:4, 98:6, 99:7, 99:8, 101:8, 102:4, 103:8, 115:14, 119:16, 120:10, 122:9, 122:12, 131:23
**perceived** [1] - 104:24
**perception** [4] - 104:23, 110:18, 110:22, 137:13
**perfect** [2] - 113:4, 113:19
**perhaps** [5] - 54:5, 106:1, 126:8, 126:9, 136:12
**period** [2] - 60:17, 67:11
**permanent** [1] - 49:17
**permitted** [1] - 138:7
**perpendicular** [2] - 137:9, 137:14
**person** [4] - 82:6, 109:9, 132:3, 132:4
**personal** [7] - 6:10, 54:16, 57:13, 104:17, 108:20, 109:5, 137:10
**personnel** [2] - 28:21, 131:25
**persons** [1] - 131:21
**perspective** [4] - 89:17, 136:11, 137:8, 137:12
**pertained** [1] - 116:2
**pertaining** [3] - 117:5, 120:2, 121:12
**pertains** [1] - 118:12
**pertinent** [1] - 114:19
**Peter** [1] - 32:1
**pH** [1] - 26:8
**photo** [14] - 28:7,

28:9, 34:9, 58:5, 58:10, 58:12, 58:15, 59:10, 59:14, 71:5, 130:7, 130:15, 130:24, 134:18
**photograph** [10] - 58:23, 87:22, 87:23, 95:7, 95:13, 95:23, 130:2, 134:11, 135:5, 136:12
**photographs** [4] - 88:17, 111:9, 111:10, 130:23
**photos** [3] - 28:14, 36:13, 36:17
**physical** [8] - 8:20, 10:6, 50:4, 50:6, 50:13, 50:15, 51:14, 76:23
**Physical** [1] - 52:17
**physiologic** [1] - 108:25
**physiology** [1] - 111:1
**pick** [1] - 51:9
**picture** [10] - 24:14, 27:2, 27:17, 30:25, 31:23, 68:13, 89:4, 104:25, 135:1
**pictures** [1] - 34:2
**piece** [6] - 29:15, 96:5, 96:11, 96:21, 96:23, 99:24
**pipe** [2] - 11:12, 11:18
**pipes** [2] - 13:17, 13:18
**pitching** [1] - 16:10
**place** [1] - 136:20
**placed** [1] - 58:9
**plaintiff** [5] - 5:7, 5:23, 6:18, 28:7, 80:1
**Plaintiff** [1] - 1:4, 2:6, 2:14
**Plaintiff's** [52] - 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:11, 4:13, 4:15, 9:14, 27:18, 27:24, 28:8, 31:4, 36:12, 40:8, 40:14, 41:11, 42:3, 42:20, 43:4, 43:13, 43:20, 45:8, 47:9, 47:17, 47:23, 52:12, 57:17, 59:5, 72:4, 106:14, 130:8, 134:10, 139:11, 139:14, 139:21

**plaintiff's** [5] - 52:10, 57:7, 79:13, 140:1, 140:2
**plaintiffs** [1] - 71:2
**plans** [3] - 85:14, 85:21, 85:23
**plant** [5] - 11:24, 21:3, 29:20, 35:4
**plants** [1] - 84:23
**plate** [3] - 32:3, 32:5, 32:6
**play** [3] - 78:7, 79:16, 138:16
**played** [2] - 78:14, 139:7
**plus** [4] - 66:23, 95:25, 119:24
**pocket** [1] - 17:9
**point** [16] - 13:12, 20:20, 24:8, 25:9, 29:6, 56:12, 76:15, 83:16, 84:25, 85:6, 87:17, 103:3, 105:13, 116:1, 117:8, 124:1
**Point** [2] - 18:13, 84:15
**pointed** [2] - 39:2, 103:7
**pointing** [1] - 102:25
**policy** [1] - 130:13
**portion** [5] - 31:12, 42:19, 52:13, 55:24, 96:19
**position** [7] - 6:10, 6:11, 32:9, 55:19, 127:9, 127:12
**positions** [2] - 11:17, 53:13
**possible** [1] - 29:24
**Post** [1] - 1:10
**potential** [1] - 119:2
**pounds** [3] - 14:10, 51:1, 52:24
**power** [2] - 11:24, 84:23
**powered** [5] - 12:14, 12:17, 12:18, 23:19, 109:13
**practice** [11] - 97:2, 99:11, 101:8, 102:6, 102:11, 103:2, 103:11, 103:16, 121:14, 123:24, 123:25
**pre** [1] - 10:6
**pre-employment** [1] - 10:6
**preceded** [1] - 132:17
**prefer** [1] - 138:18

**preference** [1] - 138:17
**premarked** [3] - 27:12, 64:19, 64:21
**preparation** [5] - 5:19, 81:15, 82:18, 83:22, 111:25
**prepare** [2] - 60:24, 82:1
**prepared** [3] - 6:6, 93:12, 123:20
**preparing** [4] - 62:7, 81:24, 82:10, 84:4
**preprinted** [1] - 38:21
**present** [4] - 37:13, 118:19, 120:6, 127:18
**preserve** [1] - 99:22
**pressure** [4] - 17:22, 21:4, 25:23, 73:8
**pretrial** [1] - 5:20
**previously** [1] - 95:21
**primarily** [1] - 33:10
**probability** [1] - 104:2
**procedure** [1] - 21:5
**procedures** [1] - 121:12
**proceed** [4] - 6:25, 57:20, 80:10, 138:13
**Proceedings** [4] - 1:22, 119:17, 119:22, 120:4
**PROCEEDINGS** [1] - 5:1
**process** [2] - 39:16, 119:5
**processed** [1] - 104:25
**produced** [2] - 1:23, 20:5
**professional** [8] - 108:16, 108:19, 109:6, 109:10, 120:17, 121:2, 121:7, 121:19
**proffer** [2] - 52:11, 81:11
**proffered** [1] - 84:3
**program** [1] - 61:6
**progresses** [1] - 6:12
**project** [3] - 80:21, 81:15
**propellers** [1] - 12:10
**proper** [1] - 112:18
**properly** [2] - 40:17
**propulsion** [3] - 12:1, 13:1, 23:8
**protected** [1] - 105:16
**protocol** [1] - 90:22
**provide** [5] - 74:21,

132:7, 132:8, 132:9, 136:4
**provided** [4] - 16:22, 95:7, 95:14, 103:25
**provides** [1] - 101:9
**providing** [1] - 125:6
**proximally** [1] - 46:25
**psychological** [1] - 108:13
**public** [1] - 119:21
**publications** [1] - 108:3
**publish** [2] - 117:1, 119:17
**published** [4] - 99:16, 116:25, 119:17, 120:18
**pull** [8] - 24:14, 38:13, 51:9, 51:17, 53:1, 53:9, 91:20, 94:14
**pulling** [2] - 41:15, 92:4
**pump** [1] - 14:6
**purpose** [7] - 21:15, 30:20, 60:20, 73:10, 87:19, 118:20, 119:23
**purposes** [4] - 5:25, 67:21, 88:11, 108:1
**pursuant** [1] - 42:8
**push** [1] - 53:1
**pushed** [1] - 22:7
**put** [19] - 9:7, 16:8, 18:10, 20:2, 24:18, 38:14, 46:6, 49:13, 51:10, 51:20, 54:16, 77:10, 80:25, 100:5, 101:16, 110:4, 112:11, 122:22, 123:18
**puts** [1] - 103:7
**putting** [5] - 21:9, 23:7, 40:23, 42:5, 78:13
**puzzles** [1] - 132:6

**Q**

**qualification** [1] - 102:11
**qualifications** [3] - 81:10, 83:15, 84:1
**qualified** [6] - 84:7, 99:19, 103:11, 104:5, 104:18, 123:20
**quarter** [5] - 94:24, 95:24, 96:2, 96:3, 106:4
**quarters** [4] - 96:16,

106:3, 123:1, 123:2
**QUESTION** [2] - 69:10, 69:15
**questionnaire** [2] - 53:22, 53:24
**questions** [6] - 68:19, 75:10, 75:13, 84:2, 132:21, 137:17
**quick** [2] - 105:25, 129:13
**quickly** [3] - 42:22, 106:1, 106:2
**quite** [1] - 119:18
**quotation** [1] - 129:16
**quote** [9] - 27:2, 27:17, 41:17, 41:23, 42:15, 42:16, 87:18, 128:9, 128:13
**quote-unquote** [1] - 87:18
**quoted** [4] - 128:11, 129:13, 130:9, 132:13

**R**

**radar** [4] - 82:6, 82:7, 107:22
**radiator** [1] - 71:11
**radius** [1] - 94:23
**rain** [2] - 91:4, 91:11
**raised** [2] - 81:21, 104:14
**ran** [1] - 73:21
**range** [4] - 54:15, 56:8, 73:7, 78:8
**rank** [1] - 8:2
**rated** [1] - 11:10
**rather** [2] - 106:7, 125:1
**rating** [3] - 10:22, 11:9, 11:12
**ratings** [1] - 10:22
**Rawlins** [5] - 35:12, 35:13, 35:15, 38:23, 39:20
**RAWLINS** [1] - 35:14
**re** [1] - 28:19
**re-set** [1] - 28:19
**reaching** [1] - 119:14
**reacted** [1] - 46:15
**read** [17] - 39:1, 39:5, 41:2, 41:3, 41:17, 46:13, 46:22, 52:15, 89:20, 93:5, 93:15, 111:2, 117:4, 120:4, 120:10, 126:2, 140:3
**reading** [1] - 42:18
**ready** [3] - 57:20, 79:7, 80:25

**real** [1] - 9:9
**really** [4] - 24:23, 25:7, 43:24, 120:2
**reapplied** [1] - 73:23
**reason** [4] - 124:25, 126:15, 130:3, 136:1
**reasonable** [2] - 101:20, 104:2
**reasonably** [6] - 89:16, 89:22, 90:8, 93:22, 94:6
**reasons** [2] - 73:5, 86:20
**receive** [1] - 74:18
**recess** [3] - 58:2, 79:24, 138:23
**recognize** [2] - 82:24, 120:17
**recognized** [2] - 121:1, 121:6
**recollection** [2] - 22:18, 50:8
**recommended** [1] - 48:19
**reconstruction** [1] - 104:5
**record** [21] - 5:5, 9:12, 19:7, 26:25, 34:1, 36:13, 39:1, 41:17, 42:4, 42:9, 42:13, 42:17, 42:18, 42:23, 43:7, 43:16, 52:9, 53:25, 55:2, 81:7, 99:18
**recorded** [1] - 1:22
**records** [4] - 47:11, 47:16, 47:19, 47:22
**recross** [1] - 138:9
**red** [14] - 31:9, 37:1, 55:23, 58:20, 58:21, 59:13, 59:14, 75:15, 76:2, 87:23, 96:22, 101:5, 101:22
**redacted** [1] - 139:1
**redirect** [2] - 75:11, 137:18
**REDIRECT** [2] - 3:8, 137:20
**refer** [3] - 31:22, 100:10, 107:10
**reference** [7] - 80:25, 87:12, 117:9, 127:7, 128:16, 133:22, 136:5
**referred** [2] - 31:15, 106:16
**referring** [2] - 21:22, 94:14
**refitted** [2] - 19:20, 85:7

**refitting** [2] - 19:21
**reflect** [1] - 42:18
**refractory** [1] - 21:17
**refresh** [1] - 22:18
**refuel** [2] - 9:1, 60:4
**refuels** [1] - 8:16
**regard** [3] - 89:25, 107:22
**regarding** [3] - 81:18, 82:10, 97:17
**regularly** [4] - 117:2, 119:18, 119:21
**regulate** [4] - 91:13, 118:18, 120:5, 120:14
**regulated** [1] - 118:5
**regulates** [1] - 91:13
**regulation** [7] - 90:15, 90:25, 112:10, 117:14, 117:16, 129:25, 137:23
**regulations** [27] - 29:17, 90:9, 90:11, 97:8, 115:1, 115:6, 116:1, 116:10, 116:12, 116:14, 117:13, 117:19, 117:21, 117:22, 118:8, 118:21, 119:1, 119:6, 119:12, 119:19, 119:20, 119:23, 120:2, 120:16, 121:1, 137:21
**Regulations** [2] - 90:10, 116:2
**regulatory** [4] - 86:22, 91:6, 114:14, 124:1
**related** [2] - 44:20, 105:12
**relates** [1] - 105:7
**relevancy** [2] - 88:19, 88:21
**relied** [1] - 134:1
**relief** [1] - 62:23
**rely** [1] - 83:4
**remedial** [6] - 54:20, 87:14, 87:16, 87:20, 88:1, 138:6
**remember** [22] - 32:22, 33:12, 33:13, 40:19, 45:20, 56:14, 57:8, 68:12, 68:18, 68:20, 69:18, 72:17, 86:21, 93:7, 109:19, 116:24, 117:4, 124:20, 126:23, 127:1, 135:12
**render** [3] - 84:7, 99:19, 104:19

**rendered** [1] - 105:3
**renewal** [1] - 52:14
**repainted** [7] - 36:24, 55:10, 55:11, 95:2, 131:7, 131:9
**repainting** [3] - 87:7, 87:8, 87:13
**repaints** [1] - 87:8
**repair** [7] - 47:3, 81:16, 81:19, 81:25, 82:5, 82:11, 83:20
**repaired** [1] - 93:25
**repeat** [1] - 14:2
**rephrase** [2] - 70:3, 73:17
**report** [34] - 33:15, 35:16, 38:13, 46:7, 46:10, 47:7, 65:3, 81:8, 83:11, 83:16, 87:2, 94:15, 94:16, 95:9, 100:4, 100:17, 100:20, 100:21, 104:11, 104:15, 106:9, 106:11, 117:10, 125:16, 125:18, 125:20, 128:8, 128:11, 129:12, 132:16, 134:9, 135:13, 138:3
**Report** [2] - 37:10, 42:6
**report's** [1] - 106:13
**Reporter** [1] - 1:20
**reports** [1] - 105:3
**represent** [2] - 89:24, 131:12
**representation** [2] - 24:19, 30:13
**represented** [2] - 6:7, 33:18
**representing** [3] - 59:9, 100:7, 107:4
**represents** [1] - 52:11
**request** [4] - 42:8, 74:3, 74:7, 84:11
**require** [10] - 10:6, 61:1, 61:3, 117:6, 117:23, 118:11, 119:12, 121:3, 129:1, 129:25
**required** [9] - 9:21, 15:12, 15:20, 21:9, 61:5, 63:25, 68:6, 85:8, 110:13, 112:10, 114:15, 115:2, 116:10, 117:19, 118:9, 127:10, 127:12, 127:22
**requirement** [12] -

53:5, 53:9, 53:16, 53:21, 53:24, 116:6, 121:19, 123:11, 123:12, 123:24, 126:14, 127:5
**requirements** [7] - 8:21, 51:15, 51:19, 52:22, 86:22, 91:6, 118:3
**requires** [1] - 110:14
**research** [3] - 84:18, 101:7, 101:17
**researched** [1] - 84:19
**reserve** [2] - 85:1, 99:23
**residual** [1] - 95:20
**resolved** [2] - 18:3, 18:5
**respect** [5] - 18:24, 87:8, 123:23, 125:14, 127:6
**respond** [5] - 87:21, 104:9, 108:21, 109:7, 109:11
**responded** [2] - 109:16, 133:23
**responding** [1] - 39:6
**response** [2] - 108:25, 119:2
**responsibility** [1] - 13:3
**responsive** [1] - 125:14
**rest** [8] - 5:25, 6:6, 31:9, 46:22, 56:22, 86:24, 95:24, 128:2
**restrict** [1] - 104:13
**result** [2] - 35:19, 47:1
**results** [1] - 99:9
**retained** [2] - 114:13, 114:18
**retention** [1] - 83:10
**retired** [2] - 131:1, 131:2
**retirement** [3] - 17:1, 57:1, 131:7
**retracted** [2] - 46:16, 46:17
**return** [1] - 48:9
**returned** [1] - 74:10
**returning** [1] - 43:23
**returns** [3] - 57:3, 57:7, 82:7
**review** [9] - 45:24, 89:8, 89:14, 90:2, 92:8, 103:15, 103:24, 120:15, 121:9
**reviewed** [17] - 5:19, 81:7, 81:8, 83:10,

83:14, 87:2, 89:8, 90:2, 90:24, 92:15, 93:6, 93:7, 93:20, 93:21, 105:8, 115:12
**right-hand** [1] - 7:9
**rise** [1] - 140:16
**RMR** [1] - 1:20
**role** [1] - 107:14
**roll** [1] - 23:8
**rolling** [1] - 16:10
**room** [86] - 10:17, 10:23, 11:21, 12:3, 12:4, 12:25, 14:1, 14:5, 22:25, 23:1, 24:9, 24:14, 24:17, 24:19, 24:22, 24:24, 25:1, 25:5, 25:6, 25:9, 25:12, 25:13, 25:18, 25:19, 25:21, 26:11, 26:14, 26:17, 26:18, 26:19, 26:21, 27:3, 27:17, 28:19, 28:20, 28:21, 29:1, 29:2, 30:14, 30:21, 30:23, 30:24, 31:8, 32:10, 33:9, 33:11, 35:2, 38:3, 39:7, 41:5, 55:14, 55:15, 55:19, 55:25, 58:14, 58:15, 58:19, 63:13, 63:18, 63:20, 63:24, 67:5, 67:17, 67:20, 67:21, 70:21, 71:5, 71:9, 71:10, 72:1, 72:7, 72:15, 72:20, 72:24, 96:9, 96:11, 108:22, 111:8, 133:9, 133:13, 134:4, 134:15, 136:12, 140:12
**rooms** [1] - 25:2
**rough** [1] - 16:7
**routine** [1] - 88:13
**routinely** [2] - 101:12, 129:7
**row** [2] - 78:11, 78:19
**Rule** [1] - 104:23
**rule** [2] - 118:17, 119:5
**rule-makers** [1] - 118:17
**rule-making** [1] - 119:5
**ruler** [1] - 34:7
**rules** [13] - 29:16, 89:20, 89:21, 89:23, 90:1, 93:23, 94:5, 94:7, 115:1, 120:21, 120:23, 120:25
**run** [1] - 73:19

**running** [4] - 23:10, 29:20, 29:22, 109:15
**runs** [1] - 63:13
**rushing** [1] - 41:22
**Ryan** [1] - 35:11

## S

**safe** [16] - 97:2, 98:15, 98:19, 99:14, 100:3, 100:5, 100:7, 100:8, 100:9, 100:18, 101:7, 101:9, 101:23, 105:18, 106:5, 125:8
**safely** [3] - 105:20, 105:21
**safer** [2] - 132:7, 132:8
**safety** [13] - 33:6, 39:3, 42:15, 92:11, 92:15, 105:6, 119:3, 120:1, 120:3, 120:12, 125:12, 132:5
**sail** [1] - 110:9
**sailed** [10] - 10:8, 10:24, 11:17, 14:15, 16:4, 16:11, 108:16, 108:18, 109:6, 109:9
**sailing** [2] - 10:12, 32:25
**sailors** [1] - 122:13
**salvage** [1] - 115:10
**sample** [4] - 26:4, 26:6, 35:17, 35:19
**sanding** [1] - 78:13
**satisfied** [2] - 52:23, 99:18
**satisfies** [1] - 89:22
**satisfy** [1] - 86:22
**saw** [1] - 34:5
**scene** [1] - 28:19
**Scene** [1] - 42:14
**scheduled** [1] - 76:16
**scheme** [15] - 98:15, 98:20, 98:23, 98:24, 99:1, 99:5, 100:3, 105:15, 105:17, 106:6, 106:7, 114:2, 114:16, 115:2, 124:16
**schemes** [6] - 97:15, 97:18, 97:21, 99:20, 102:18, 114:7
**school** [5] - 7:18, 7:19, 7:20, 7:22, 81:1
**science** [4] - 107:19, 108:6, 110:25, 111:4
**sciences** [1] - 98:18

scientific [5] - 103:20, 108:12, 108:20, 108:25, 109:2
sclafani [1] - 139:7
Sclafani [6] - 48:15, 48:17, 48:18, 48:22, 48:24, 50:20
SCLAFANI [1] - 48:16
screen [20] - 9:7, 18:10, 19:4, 20:2, 24:18, 38:14, 40:23, 42:6, 44:14, 46:6, 48:2, 51:17, 55:5, 58:9, 80:25, 87:6, 90:3, 94:17, 95:10, 110:13
scroll [2] - 20:10, 65:12
sea [14] - 8:10, 8:14, 8:16, 9:1, 12:23, 60:5, 61:23, 65:3, 65:13, 65:17, 65:21, 66:2, 66:5
seal [1] - 57:13
SeaLand [2] - 84:21, 84:22
Sealift [7] - 8:24, 59:24, 60:1, 60:7, 65:7, 65:25, 126:7
seaman [5] - 10:19, 59:18, 60:11, 61:13
search [1] - 114:14
seas [3] - 16:7, 91:8, 91:10
seasoned [1] - 109:17
seated [5] - 5:15, 6:24, 80:8
seaworthy [1] - 89:25
second [13] - 11:10, 11:13, 20:17, 23:11, 25:22, 25:25, 41:18, 42:24, 44:13, 61:16, 64:15, 106:6, 106:22
Section [1] - 52:16
section [3] - 13:1, 35:3, 42:13
secured [1] - 40:18
Security [1] - 130:22
see [48] - 9:16, 18:11, 19:1, 19:3, 20:3, 20:14, 25:5, 25:7, 33:15, 33:19, 41:6, 51:23, 54:22, 55:5, 57:13, 58:10, 65:19, 93:17, 94:14, 95:19, 100:24, 101:3, 106:5, 107:16, 111:9, 111:17, 111:21, 111:22, 113:6, 115:12,

116:8, 119:25, 120:17, 121:2, 125:8, 128:10, 128:13, 129:9, 129:15, 129:19, 130:2, 131:4, 134:11, 134:22, 135:3, 136:1, 139:5
seeing [1] - 31:23
seem [1] - 20:7
segment [1] - 89:18
send [2] - 45:17, 74:2
senior [3] - 63:1, 63:4, 63:5
sense [1] - 133:14
sensitive [1] - 93:4
sent [3] - 22:19, 24:5, 41:5
separate [2] - 85:10, 108:23
September [2] - 50:7, 94:16
Serious [1] - 42:7
serve [1] - 89:18
served [2] - 20:11, 130:5
service [5] - 65:3, 65:13, 125:4, 125:7, 131:7
Service [1] - 84:21
services [1] - 109:25
serving [1] - 11:9
set [4] - 5:21, 28:19, 35:17, 89:12
setting [1] - 102:1
seven [4] - 12:6, 77:2, 77:3, 94:22
seven-inch [1] - 94:22
several [1] - 86:14
shall [1] - 82:8
shame [2] - 79:20, 88:17
shape [3] - 85:23, 86:6, 93:25
sharp [3] - 77:13, 77:14, 77:15
sheets [2] - 27:20, 28:1
shelves [1] - 71:13
shift [1] - 49:5
ship [100] - 9:2, 9:4, 10:20, 13:12, 15:5, 15:7, 15:9, 15:10, 15:19, 16:2, 17:6, 17:7, 18:19, 19:14, 21:7, 21:8, 23:6, 29:19, 29:23, 30:6, 36:2, 37:13, 38:10, 44:21, 48:5, 48:12, 62:10, 63:1, 63:4,

63:6, 67:14, 74:21, 78:4, 81:15, 81:19, 81:25, 82:11, 82:21, 83:19, 84:5, 85:1, 85:12, 85:13, 85:22, 86:3, 87:13, 87:25, 88:8, 88:10, 88:12, 88:14, 89:19, 89:22, 89:24, 90:8, 90:23, 91:14, 91:23, 92:3, 92:8, 92:21, 93:21, 97:15, 97:16, 97:25, 99:20, 101:16, 107:9, 107:16, 108:1, 109:13, 109:23, 110:2, 110:8, 110:9, 114:4, 116:12, 118:24, 121:12, 122:8, 123:1, 123:6, 124:22, 125:7, 125:12, 130:15, 130:18, 130:25, 131:3, 131:19, 131:21, 131:24, 132:1, 132:4, 132:10
ship's [4] - 11:21, 40:24, 88:13, 131:13
shipboard [1] - 53:7
Shipping [3] - 92:7, 92:15, 114:23
ships [74] - 8:16, 8:23, 10:4, 10:17, 15:21, 18:23, 19:5, 19:11, 19:12, 19:13, 19:17, 37:12, 60:6, 60:8, 60:9, 60:14, 62:23, 63:8, 64:23, 64:25, 65:4, 65:8, 66:9, 66:13, 66:17, 66:19, 73:2, 84:22, 85:9, 85:12, 85:13, 85:18, 85:20, 86:4, 86:14, 86:25, 87:18, 89:15, 89:16, 90:7, 90:14, 92:13, 92:14, 97:6, 97:7, 99:2, 101:3, 101:14, 101:18, 101:25, 102:24, 103:9, 103:15, 103:19, 105:6, 105:7, 110:13, 113:2, 117:23, 118:5, 120:12, 121:16, 122:13, 124:21, 124:22, 124:23, 126:4, 127:8, 130:20, 130:21
shipyard [9] - 85:20,

86:3, 86:10, 86:15, 86:18, 86:19, 86:20, 97:24
shipyard's [1] - 86:23
shipyards [3] - 19:22, 85:10, 113:3
shoes [2] - 63:25, 64:4
shoot [1] - 78:8
shop [4] - 14:7, 14:8, 14:11, 14:13
short [3] - 58:2, 79:24, 138:23
show [10] - 22:16, 25:25, 33:14, 46:1, 58:12, 58:23, 64:19, 65:8, 99:8, 100:20
showed [3] - 46:2, 65:6, 98:14
showing [4] - 30:12, 37:9, 64:21, 88:1
shown [5] - 65:1, 88:16, 89:1, 100:3, 100:23
shows [5] - 58:13, 85:23, 85:24, 87:6, 111:12
shut [1] - 21:13
shuts [2] - 30:3, 30:4
shutting [1] - 35:4
side [6] - 18:8, 28:10, 34:6, 96:7
sides [1] - 117:24
signature [1] - 38:16
signed [3] - 18:17, 37:18, 66:25
significance [2] - 29:11, 29:18
significant [2] - 62:7, 118:19
significantly [1] - 131:25
sill [70] - 30:13, 31:13, 31:21, 32:12, 33:12, 33:19, 33:21, 55:9, 55:13, 55:15, 55:18, 88:16, 90:12, 90:19, 90:21, 90:24, 92:19, 93:1, 93:10, 94:1, 94:3, 94:12, 94:20, 94:22, 95:1, 95:7, 95:17, 97:3, 100:4, 100:6, 100:14, 100:15, 100:17, 101:21, 105:21, 106:3, 106:6, 112:9, 112:11, 112:14, 112:21, 112:22, 113:8, 113:13, 113:16, 113:24, 114:3, 114:20,

86:3, 86:10, 86:15, 86:18, 86:19, 86:20, 97:24
86:3, 86:10, 86:15,

115:3, 116:6, 116:11, 117:19, 118:14, 120:18, 121:3, 121:20, 123:13, 123:23, 127:6, 128:13, 128:17, 129:19, 131:6, 135:14, 135:18, 136:10, 136:23, 136:24, 137:23
sills [33] - 33:1, 87:6, 88:25, 90:16, 90:23, 90:24, 91:7, 91:12, 94:8, 97:7, 97:21, 98:9, 99:2, 99:5, 100:25, 102:7, 102:12, 102:19, 103:12, 103:13, 103:16, 105:14, 105:17, 113:5, 113:7, 117:7, 121:13, 121:22, 124:24, 129:1, 129:10, 137:21
similar [4] - 33:2, 33:9, 33:11, 79:22
similarly [1] - 129:12
simple [1] - 88:13
simply [3] - 53:22, 53:24, 123:6
single [1] - 93:15
sister [10] - 18:23, 19:12, 85:11, 85:12, 85:13, 85:18, 85:22, 86:14, 87:18, 87:25
sit [2] - 11:2, 70:12
sitting [5] - 21:24, 22:1, 22:5, 77:6, 109:19
situation [1] - 88:22
six [3] - 12:11, 94:24, 106:4
six-and-a-quarter [2] - 94:24, 106:4
skill [1] - 106:7
skilled [1] - 127:16
skills [1] - 117:7
SL-7's [3] - 84:22, 86:11, 124:4
slash [1] - 37:19
sleep [1] - 16:9
sleeve [1] - 11:6
slide [1] - 135:7
slightly [2] - 46:17, 91:12
sling [1] - 50:1
slings [2] - 14:7, 49:24
slugs [1] - 115:10
small [1] - 85:15

**societies** [2] - 120:17, 121:2
**Society** [4] - 89:11, 89:12, 114:24, 121:9
**society** [2] - 121:7, 121:19
**solely** [1] - 115:14
**someone** [6] - 14:22, 74:23, 98:2, 104:5, 112:10, 136:5
**somewhere** [5] - 19:16, 29:1, 45:14, 72:16, 92:10
**sorry** [8] - 8:11, 34:6, 36:15, 72:12, 88:20, 93:12, 93:15, 132:19
**Soule** [1] - 1:20
**sounded** [2] - 71:19, 114:6
**sounds** [2] - 89:21, 140:13
**sources** [1] - 119:25
**space** [4] - 109:13, 110:11, 114:5
**speaking** [2] - 52:5, 105:13
**speaks** [2] - 52:2, 93:3
**specialists** [1] - 82:8
**specific** [2] - 111:7, 117:24
**specifically** [4] - 54:12, 89:23, 120:8, 120:13
**specification** [7] - 82:7, 82:20, 99:4, 99:6, 102:24, 102:25, 111:25
**specifications** [19] - 81:24, 82:1, 82:11, 82:15, 82:17, 82:19, 83:4, 83:22, 84:4, 85:14, 85:16, 85:17, 97:24, 98:4, 98:16, 98:19, 103:15, 107:11, 107:15
**specificity** [1] - 121:21
**specified** [1] - 114:10
**specs** [2] - 98:22
**speed** [2] - 13:2, 133:23
**spelling** [1] - 35:14
**spend** [2] - 62:7, 121:24
**spent** [1] - 133:13
**spoken** [1] - 64:8
**spray** [1] - 91:11
**sprint** [1] - 73:13
**sprinted** [1] - 73:17
**spurts** [1] - 77:16
**Square** [1] - 1:10

**SS** [1] - 41:19
**stack** [1] - 12:7
**stairways** [1] - 53:17
**stand** [5] - 12:23, 21:22, 26:15, 68:9
**standard** [17] - 82:3, 82:8, 90:15, 91:17, 98:6, 98:8, 101:2, 101:23, 102:3, 102:4, 114:11, 114:14, 114:19, 115:2, 127:9, 127:22
**standards** [43] - 51:13, 82:12, 82:14, 90:13, 91:6, 91:11, 98:8, 99:11, 99:12, 99:16, 99:17, 100:6, 100:10, 101:10, 101:11, 101:12, 101:17, 101:18, 102:2, 102:3, 103:1, 103:4, 105:22, 107:21, 114:22, 115:12, 117:4, 120:15, 120:18, 120:21, 120:23, 121:2, 121:6, 121:11, 121:12, 121:23, 123:13, 123:17, 124:15, 124:16, 124:24
**standing** [5] - 30:24, 71:8, 71:12, 136:12, 136:15
**staples** [1] - 49:15
**start** [2] - 11:13, 50:4
**started** [2] - 5:16, 11:14
**starts** [1] - 85:22
**state** [4] - 6:22, 80:5, 108:13, 131:15
**statement** [5] - 42:22, 43:2, 43:5, 128:1, 131:15
**statements** [1] - 6:13
**states** [1] - 52:22
**STATES** [4] - 1:1, 1:6, 1:14, 2:7
**States** [20] - 1:10, 5:2, 5:9, 5:12, 5:13, 5:14, 8:13, 9:21, 43:14, 51:25, 53:20, 53:25, 56:13, 59:9, 107:4, 115:19, 121:11, 124:22, 139:4, 139:9
**stating** [2] - 112:12, 137:23
**station** [3] - 15:20, 15:21, 16:1
**staunch** [1] - 89:24

**stay** [1] - 67:13
**stays** [3] - 77:17, 77:18, 77:19
**steam** [11] - 12:14, 12:17, 12:18, 13:21, 21:4, 23:7, 23:19, 23:23, 26:6, 29:20, 109:13
**steam-powered** [4] - 12:17, 12:18, 23:19, 109:13
**steamship** [1] - 21:1
**steamships** [1] - 66:11
**steel** [4] - 63:25, 64:4, 64:6, 85:24
**steel-toed** [3] - 63:25, 64:4, 64:6
**Stein** [1] - 140:2
**stenography** [1] - 1:22
**step** [5] - 8:4, 79:2, 93:18, 133:3, 138:11
**stepped** [7] - 66:22, 132:24, 133:1, 133:5, 133:9, 134:4
**steps** [2] - 108:9, 110:21
**steward** [2] - 10:16, 11:14
**stewards** [2] - 10:17
**stiffening** [1] - 50:18
**still** [8] - 31:15, 49:22, 56:3, 56:7, 56:23, 83:15, 86:24, 125:6
**stipulate** [1] - 81:9
**stipulated** [2] - 42:7, 43:7
**stitches** [3] - 49:15, 49:17
**stood** [1] - 110:11
**stop** [4] - 7:22, 7:24, 25:12, 29:8
**stories** [1] - 12:6
**Street** [1] - 2:9
**strength** [3] - 54:15, 56:10, 97:16
**strictly** [1] - 126:13
**strike** [3] - 31:6, 54:14, 54:25
**strip** [1] - 137:3
**stripe** [2] - 111:12, 137:4
**stripes** [6] - 33:8, 98:10, 100:11, 100:12, 101:21, 102:8
**strong** [1] - 89:24
**structural** [2] - 89:14, 97:16
**structurally** [1] - 88:25

**studied** [4] - 81:1, 81:2, 110:25, 111:4
**study** [4] - 61:1, 61:3, 61:5, 62:5
**studying** [1] - 62:8
**stuff** [4] - 15:17, 38:21, 78:1, 78:11
**stumbling** [2] - 128:19, 129:21
**subdivision** [2] - 85:24, 119:3
**subdivisions** [1] - 86:7
**subject** [1] - 124:24
**submissions** [1] - 6:9
**submitted** [1] - 81:8
**subsequent** [2] - 54:20, 138:6
**substitution** [1] - 120:24
**sudden** [1] - 30:9
**suddenly** [1] - 125:8
**sued** [2] - 16:13, 16:15
**suffered** [1] - 41:19
**suit** [3] - 11:2, 54:16
**Suite** [1] - 2:4
**supervise** [2] - 63:16, 64:17
**supplement** [1] - 122:21
**supplies** [1] - 60:2
**surface** [3] - 94:24, 128:25, 129:10
**surgery** [9] - 47:2, 48:25, 49:2, 49:9, 49:13, 49:19, 49:25, 76:17, 76:19
**surgical** [1] - 48:6
**surprise** [1] - 105:4
**survey** [2] - 9:4, 60:8
**surveys** [1] - 9:5
**survivability** [3] - 118:21, 118:22, 119:11
**survival** [7] - 118:6, 118:12, 118:18, 119:4, 120:1, 120:3, 120:12
**sustained** [8] - 5:23, 54:7, 73:16, 73:21, 102:15, 103:21, 138:6
**swollen** [1] - 34:24
**SWORN/AFFIRMED** [2] - 6:20, 80:3
**system** [7] - 12:1, 12:2, 23:8, 84:24, 92:12, 92:16
**systems** [3] - 11:25, 12:3, 92:22

**T**

**talks** [1] - 90:16
**Taney** [4] - 130:17, 130:18, 131:2
**Taney's** [1] - 131:7
**tanker** [2] - 8:15, 60:4
**tankers** [3] - 8:25, 60:8, 66:15
**tape** [1] - 112:23
**task** [1] - 85:16
**tasked** [1] - 123:19
**tasks** [2] - 74:23, 75:1
**tax** [2] - 57:3, 57:7
**teach** [1] - 102:24
**technically** [1] - 125:5
**technician** [1] - 107:23
**temperature** [2] - 73:7, 73:8
**ten** [9] - 51:1, 57:23, 61:9, 76:8, 76:12, 76:13, 79:9, 79:12, 133:15
**ten-minute** [1] - 57:23
**tender** [1] - 83:17
**tendon** [5] - 34:18, 34:20, 46:3, 46:4, 46:15
**tendonness** [1] - 46:23
**Terminal** [1] - 18:13
**terminology** [1] - 46:23
**terms** [2] - 52:2, 123:25
**terrorist** [2] - 15:16, 15:17
**test** [6] - 23:9, 25:25, 26:2, 29:5, 39:16, 41:23
**TESTIFIED** [2] - 6:21, 80:3
**testified** [9] - 58:18, 59:11, 62:21, 63:10, 67:1, 68:9, 95:15, 133:8, 136:21
**testify** [3] - 103:11, 104:1, 133:8
**testifying** [1] - 110:12
**testimony** [15] - 85:11, 95:15, 97:5, 98:13, 103:18, 104:13, 104:23, 105:2, 105:7, 107:11, 111:23, 127:25, 128:1, 128:2, 132:23
**testing** [3] - 25:23, 26:15, 68:5
**tests** [2] - 8:20, 11:16

**THE** [244] - 1:1, 1:13, 5:4, 5:15, 6:16, 6:22, 6:23, 6:24, 9:11, 21:21, 21:23, 21:24, 21:25, 22:2, 22:3, 22:5, 22:9, 22:10, 22:12, 27:2, 27:5, 27:8, 27:10, 27:13, 27:16, 27:21, 27:23, 27:25, 28:4, 28:6, 28:11, 28:13, 28:16, 30:18, 30:20, 30:23, 30:24, 31:2, 31:3, 31:15, 31:18, 31:25, 32:2, 32:4, 32:5, 32:6, 34:1, 34:4, 34:10, 36:9, 36:11, 36:13, 36:17, 36:23, 36:25, 37:4, 37:6, 40:5, 40:7, 40:11, 40:13, 40:15, 41:10, 41:25, 42:2, 42:17, 43:2, 43:10, 43:12, 43:17, 43:19, 45:5, 45:7, 47:7, 47:12, 47:14, 47:16, 47:20, 47:22, 50:10, 51:20, 51:22, 52:4, 52:7, 52:9, 52:16, 52:19, 54:3, 54:7, 54:22, 57:11, 57:16, 57:20, 57:22, 57:23, 58:1, 58:3, 58:6, 59:2, 59:6, 69:1, 69:5, 69:7, 70:2, 70:10, 70:14, 72:6, 72:7, 72:10, 72:12, 72:15, 73:16, 73:21, 75:11, 75:13, 75:18, 75:22, 75:23, 75:25, 76:1, 76:3, 76:4, 76:7, 76:8, 76:11, 76:12, 76:14, 76:15, 76:18, 76:19, 76:21, 76:22, 77:1, 77:3, 77:4, 77:5, 77:8, 77:9, 77:10, 77:12, 77:14, 77:15, 77:17, 77:18, 77:19, 77:20, 77:22, 77:23, 77:24, 78:2, 78:5, 78:6, 78:7, 78:10, 78:11, 78:14, 78:16, 78:17, 78:18, 78:19, 78:20, 78:21, 78:22, 78:23, 78:24, 78:25, 79:1, 79:2, 79:3, 79:4, 79:7, 79:10, 79:12, 79:15, 79:18, 79:23, 79:25, 80:5, 80:6, 80:7, 80:8, 80:9, 80:10,

81:7, 83:12, 83:15, 83:19, 83:22, 83:24, 84:6, 87:11, 87:19, 88:3, 88:20, 88:22, 88:24, 97:9, 97:10, 97:11, 97:17, 98:12, 98:21, 99:18, 100:1, 102:15, 103:21, 104:10, 104:20, 105:3, 106:11, 106:13, 106:19, 106:22, 106:24, 106:25, 126:19, 126:20, 126:21, 127:1, 127:2, 127:3, 128:4, 128:5, 132:18, 132:19, 137:18, 138:6, 138:9, 138:11, 138:12, 138:13, 138:18, 138:24, 139:5, 139:12, 139:18, 139:20, 139:22, 139:25, 140:5, 140:7, 140:11, 140:14, 140:16
**themselves** [1] - 119:16
**therapy** [1] - 50:4, 50:6, 50:13, 50:15, 76:23
**thereabouts** [1] - 106:4
**therefore** [2] - 99:13, 124:23
**therein** [1] - 5:21
**thereof** [2] - 42:19, 81:22
**thereto** [1] - 113:25
**they've** [1] - 18:23
**thickness** [1] - 95:21
**thin** [1] - 85:15
**thinking** [1] - 117:3
**thinks** [1] - 103:8
**third** [5] - 11:18, 25:24, 61:14, 62:14, 105:23
**Thomas** [2] - 5:11, 107:3
**THOMAS** [1] - 2:8
**thorough** [1] - 5:20
**three** [14] - 8:7, 10:14, 13:15, 34:7, 59:23, 67:7, 67:10, 77:25, 95:24, 96:2, 96:16, 105:12, 106:3
**three-month** [1] - 67:10
**threshold** [15] - 31:21,

59:15, 68:6, 68:10, 70:17, 70:23, 72:21, 75:20, 112:2, 112:7, 128:13, 129:19, 134:20, 136:5, 137:4
**thresholds** [4] - 66:19, 66:22, 129:25, 131:24
**throbbing** [1] - 77:12
**throughout** [2] - 6:8, 61:7
**tie** [1] - 54:5
**tight** [2] - 89:24, 136:2
**title** [2] - 65:1, 116:1
**today** [13] - 11:2, 11:8, 68:9, 69:20, 69:22, 70:12, 77:5, 79:15, 104:14, 111:24, 132:23, 136:21, 139:23
**toed** [3] - 63:25, 64:4, 64:6
**together** [3] - 6:12, 13:18, 137:8
**tomorrow** [1] - 139:25
**took** [8] - 11:16, 35:6, 35:16, 44:18, 50:2, 62:23, 94:12, 94:18
**tool** [1] - 13:9
**tools** [7] - 13:5, 13:8, 13:9, 13:12, 21:16, 51:8, 53:7
**top** [11] - 30:25, 36:18, 37:2, 65:1, 71:12, 72:16, 94:24, 96:17, 101:22, 135:17, 137:4
**torch** [1] - 21:9
**torn** [2] - 46:2, 46:15
**total** [2] - 65:17, 94:23
**toward** [1] - 30:25
**tracked** [1] - 9:3
**trackers** [1] - 60:8
**train** [2] - 98:4, 122:25
**trainee** [2] - 109:23, 110:2
**training** [1] - 82:20
**transcript** [2] - 1:22, 137:1
**transcription** [1] - 1:23
**transferred** [4] - 84:25, 124:25, 125:22, 125:25
**transiting** [1] - 131:23
**treat** [2] - 26:10, 37:24
**treated** [1] - 48:22
**treating** [1] - 138:16
**treatment** [4] - 37:14, 41:6, 41:21, 44:6

**Treaty** [1] - 92:13
**trial** [6] - 5:19, 5:24, 6:8, 6:12, 40:16, 139:22
**TRIAL** [1] - 1:5
**triceps** [7] - 32:18, 34:17, 46:2, 46:3, 46:14, 46:15, 49:16
**tried** [1] - 126:9
**triggered** [1] - 73:7
**Trina** [2] - 2:15, 5:13
**trip** [5] - 14:3, 31:7, 75:24, 104:6, 113:20
**tripped** [18] - 32:11, 39:7, 55:9, 60:11, 69:12, 70:17, 73:24, 74:7, 94:20, 108:13, 111:8, 112:3, 123:13, 124:13, 134:19, 135:18, 136:16, 136:17
**tripping** [5] - 72:24, 120:6, 128:17, 128:19, 133:9
**troops** [2] - 60:2, 60:3
**true** [1] - 73:2
**try** [9] - 7:6, 24:14, 38:13, 42:21, 56:6, 77:24, 97:17, 98:23, 102:15
**trying** [6] - 71:15, 87:17, 111:23, 115:9, 119:12, 120:13
**Tuesday** [1] - 1:11
**turn** [6] - 69:4, 69:9, 71:22, 82:3, 82:12, 99:7
**turned** [1] - 99:11
**tutor** [1] - 61:7
**twin** [1] - 12:10
**two** [32] - 10:10, 13:15, 13:17, 19:5, 19:13, 19:17, 28:10, 28:14, 28:21, 34:2, 36:13, 85:9, 85:10, 85:13, 86:4, 87:6, 87:8, 87:17, 88:17, 88:25, 96:6, 96:10, 98:17, 100:25, 103:7, 103:9, 105:15, 113:2, 113:6, 136:6, 139:10, 140:11
**Tylenol** [1] - 77:21
**type** [5] - 8:23, 12:21, 13:8, 49:24, 85:7
**typed** [4] - 38:21, 39:4, 39:19
**types** [1] - 119:13

**typewritten** [1] - 39:14
**typically** [1] - 86:16

## U

**U.S** [18] - 8:1, 22:17, 41:1, 74:4, 84:25, 90:6, 91:20, 100:11, 101:13, 115:17, 121:23, 121:24, 122:3, 125:1, 125:2, 125:13, 139:11
**U.S.N.S** [1] - 124:22
**unable** [1] - 14:21
**uncharged** [1] - 53:10
**under** [8] - 16:8, 48:15, 57:13, 68:19, 87:23, 92:12, 126:3, 138:7
**undergraduate** [1] - 81:1
**underlying** [2] - 104:12, 107:20
**underneath** [1] - 95:22
**understood** [1] - 70:13
**underway** [2] - 122:18, 129:7
**unfit** [1] - 49:5
**union** [5] - 16:18, 16:20, 16:22, 17:5, 57:1
**Union** [1] - 16:21
**UNITED** [4] - 1:1, 1:6, 1:14, 2:7
**United** [20] - 1:10, 5:2, 5:9, 5:12, 5:13, 5:14, 8:13, 9:21, 43:14, 51:25, 53:20, 53:24, 56:13, 59:9, 107:4, 115:19, 121:11, 124:22, 139:3, 139:9
**unless** [1] - 67:13
**unlicensed** [3] - 28:21, 62:10, 63:16
**unquote** [1] - 87:18
**unwrapped** [4] - 8:15, 8:25, 60:4
**up** [65] - 7:6, 7:13, 9:7, 10:23, 11:11, 11:12, 11:15, 11:18, 12:7, 13:2, 14:6, 14:8, 14:16, 15:1, 18:10, 20:2, 21:3, 21:14, 21:25, 23:10, 24:14, 24:18, 25:24, 29:20, 29:22, 32:11, 32:18, 35:2, 35:7, 35:17, 38:13, 40:23, 41:15,

42:5, 44:13, 46:6,
48:1, 48:21, 50:18,
50:19, 51:9, 51:17,
51:20, 53:17, 59:15,
63:22, 67:12, 71:13,
74:2, 77:10, 78:13,
80:25, 86:25, 91:5,
91:20, 92:4, 94:14,
94:17, 96:13, 96:15,
98:5, 123:17, 138:2,
138:22
**urine** [3] - 35:17,
35:19, 41:23
**usable** [2] - 102:2,
105:19
**USDOJ** [2] - 2:14, 2:15
**uses** [1] - 101:12
**utility** [1] - 10:17

## V

**vacation** [5] - 17:2,
17:3, 17:7, 17:8,
17:12
**valid** [2] - 10:1, 56:23
**valve** [1] - 13:23
**valves** [2] - 23:7, 35:5
**Vanguard** [1] - 9:2
**varies** [1] - 14:6
**variety** [1] - 73:5
**various** [7] - 10:4,
14:9, 53:6, 88:9,
88:15, 89:8, 89:9
**version** [2] - 125:24,
132:15
**versions** [1] - 132:16
**vertical** [5] - 53:17,
96:5, 96:11, 100:12,
135:2
**vessel** [26] - 8:13,
9:22, 10:5, 11:3,
11:12, 12:5, 14:11,
14:22, 15:15, 23:19,
29:11, 29:13, 41:13,
42:10, 92:3, 92:11,
98:17, 100:24,
103:25, 111:19,
116:7, 116:23,
124:5, 125:10, 130:3
**vessels** [29] - 10:15,
12:17, 12:18, 23:24,
28:10, 28:14, 32:25,
40:21, 60:4, 85:6,
88:9, 90:13, 97:8,
98:18, 102:19,
115:6, 115:8,
115:13, 116:16,
116:17, 124:6,
124:9, 124:10,
126:7, 126:10,

126:12, 137:22
**vicinage** [1] - 5:17
**vicinity** [1] - 133:15
**video** [2] - 138:15,
138:24
**videotape** [1] - 79:17
**videotaped** [1] - 139:7
**view** [1] - 124:1
**vis-à-vis** [1] - 113:15
**visible** [1] - 101:6
**vision** [5] - 17:16,
136:13, 137:5,
137:9, 137:14
**visit** [2] - 131:19,
131:21
**visits** [1] - 131:17
**visual** [6] - 29:9,
104:22, 110:18,
110:21, 111:1, 136:4
**vocational** [1] - 140:1
**voice** [1] - 7:6
**VOLUME** [1] - 1:5

## W

**wait** [4] - 34:4, 36:15,
118:11, 120:20
**waived** [1] - 6:14
**walk** [2] - 133:2
**walked** [5] - 70:18,
70:19, 70:21, 70:22,
72:15
**walking** [2] - 106:1,
132:3
**wants** [1] - 112:11
**warm** [2] - 21:14
**warship** [3] - 123:12,
129:1, 129:10
**warships** [2] - 122:1,
129:7
**wash** [1] - 91:5
**washing** [1] - 91:8
**Washington** [1] - 2:9
**watch** [5] - 12:23,
13:4, 109:12,
109:15, 110:11
**water** [3] - 26:1, 26:2,
26:4
**waters** [1] - 92:14
**watertight** [4] -
117:23, 118:15,
119:3, 121:22
**waves** [2] - 16:11,
91:5
**wear** [4] - 11:2, 11:4,
17:14, 63:25
**wearing** [1] - 17:20
**weather** [5] - 16:4,
91:1, 91:3, 91:4,
105:14

**Webb** [1] - 81:3
**weekdays** [1] - 67:15
**weekend** [1] - 67:14
**weekends** [1] - 67:12
**weight** [8] - 13:25,
14:3, 14:9, 50:17,
50:22, 51:10, 88:23,
105:9
**welcome** [3] - 5:15,
5:16, 80:8
**well-defined** [1] -
102:4
**whereas** [5] - 60:4,
89:4, 91:13, 118:14,
128:1
**white** [18] - 31:8,
31:11, 31:12, 32:11,
37:1, 55:24, 75:16,
75:21, 76:1, 87:23,
95:23, 96:2, 96:15,
101:22, 111:12,
134:25, 136:22,
137:3
**whole** [6] - 25:24,
29:20, 29:22, 30:6,
49:22, 52:15
**wide** [1] - 94:21
**wiggle** [1] - 140:12
**Wilks** [1] - 9:4
**William** [1] - 6:23
**window** [1] - 21:25
**Winter** [1] - 109:13
**wiper** [3] - 10:23,
11:16, 15:3
**wish** [1] - 138:13
**withdraws** [1] - 139:4
**witness** [17] - 6:17,
21:22, 39:9, 42:22,
43:8, 68:25, 79:5,
79:25, 83:25, 84:3,
84:7, 97:14, 98:15,
99:19, 102:10,
103:6, 104:24
**WITNESS** [48] - 6:23,
21:23, 21:25, 22:3,
22:9, 30:23, 31:2,
32:2, 32:5, 57:22,
72:15, 75:22, 75:25,
76:3, 76:7, 76:11,
76:14, 76:18, 76:21,
77:1, 77:4, 77:8,
77:10, 77:14, 77:17,
77:19, 77:22, 77:24,
78:5, 78:7, 78:11,
78:16, 78:18, 78:20,
78:22, 78:24, 79:1,
79:3, 80:6, 80:9,
83:22, 88:24, 97:10,
126:20, 127:2,
128:5, 132:19,

138:12
**witness's** [5] - 97:5,
98:14, 104:22,
105:1, 105:7
**witnessed** [1] - 34:13
**witnesses** [1] - 43:6
**wood** [1] - 78:13
**word** [7] - 31:1, 53:21,
54:1, 93:15, 128:15,
129:20, 133:1
**words** [6] - 96:5,
111:21, 128:13,
129:19, 135:7
**works** [2] - 19:4, 139:6
**world** [4] - 10:9,
103:5, 105:19
**worldwide** [1] - 82:22
**worry** [2] - 91:9, 91:10
**worse** [1] - 76:25
**worth** [2] - 88:23,
105:9
**wow** [1] - 124:19
**wrench** [1] - 13:23
**wrenches** [7] - 13:10,
13:13, 13:14, 13:16,
15:1
**write** [2] - 82:6, 98:4
**writers** [3] - 99:4,
99:6, 102:25
**writing** [1] - 102:24
**written** [5] - 108:3,
124:4, 124:5, 124:7
**wrote** [2] - 39:1, 82:19

## Y

**yards** [1] - 88:8
**year** [4] - 17:12, 57:3,
69:25, 119:18
**years** [13] - 8:7, 23:25,
57:8, 59:23, 60:14,
61:9, 62:19, 80:23,
104:15, 108:18,
119:1, 119:16
**yellow** [9] - 33:6, 39:3,
42:16, 68:10, 68:14,
101:4, 102:7, 129:2,
130:1
**York** [3] - 7:12, 7:14,
81:6
**young** [2] - 22:1,
131:19
**yourself** [4] - 12:22,
81:14, 82:16, 107:6

## Z

**zero** [1] - 132:6
**zoom** [1] - 128:10
**zoom-in** [1] - 128:10